UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF RESCHEDULING MEDIATION

    Plaintiff, Cruz Valdivieso Figuera, notice the Court that the parties complied with the Court's Order of Referral to Mediation [ECF No. 20] and agreed to utilize **Neil Flaxman, Esq., as mediator** and are rescheduling mediation to occur on June 12, 2023, Via Zoom Video Conference. The parties further request the Court enter an Order Rescheduling Mediation.

    A proposed Order Re-Scheduling Mediation is being submitted herewith.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March 2023 I filed the foregoing through CM/ECF, which will serve a copy of all parties of record.

> Respectfully submitted,
>
> s/Tousaint M. Cummings, Esq.
> Toussaint M. Cummings
> Fla. Bar No. 119877
> toussaint@fairlawattorney.com
>
> FAIRLAW FIRM
> *Counsel for Plaintiff*
> 135 San Lorenzo Ave
> Suite 770
> Miami, FL 33146
> Tel:   305.230.4884
> Fax:   305.230.4844