UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:22-CV-61553-WPD

**CRUZ VALDIVIESO FIGUERA**,

        Plaintiff,

vs.

**ALL VIP CARE, INC.**, &
**LIZ VELAZQUEZ McKINNON**,

        Defendants.

_____/

### DEFENDANT'S REPLY TO CRUZ VALDIVIESO FIGUERA'S AFFIRMATIVE DEFENSES PRESENTED IN HER ANSWER/AFFIRMATIVE DEFENSES TO THE DEFENDANTS' COUNTER-COMPLAINT

The Defendants ("Defendants") deny each and every Affirmative Defenses set forth by the Plaintiff CRUZ VALDIVIESO FIGUERA ("Plaintiff") in response to Defendants' Counter-Complaint, and demands strict proof thereof.

### CERTIFICATIONS

I hereby certify that a copy of this pleading which was filed with the Clerk of the Court and was provided to: **Brian Howard Pollock, Esquire,** Fairlaw Firm, 135 San Lorenzo, Avenue, Suiote 770, Coral Gables, FL 33146, Brian@fairlawattorney.com; **Toussaint Marcus Cummings, Esquire**, Quintairos, Prieto, Wood, and Boyer, 9300 South Dadeland Blvd, 4th Floor, Miami, FL 33156, toussaint@fairlawattorney.com; and all attorneys listed on and via the ECM System on **May 2, 2023**.

        */s/ RANDY M. GOLDBERG, ESQUIRE*
        Florida Healthcare Law Firm
        FBN: 045187
        151 NW 1st Avenue
        Delray Beach, FL 33444
        754-224-0867
        RMGEsquire@gmail.com
        RandyMGoldberg@gmail.com