UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CIV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

v.

ALL VIP CARE, INC. and
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

**MEDIATOR'S REPORT**

The parties held a mediation conference on June 12, 2023 at 10:00 a.m., and the results of that conference are indicated below:

    **Attendance:**  Plaintiff and her attorney appeared. Defendants and their attorney appeared. The mediation proceeded via Zoom.

    **Outcome:**  No agreement was reached; IMPASSE

Dated this 12th day of June, 2023

        Respectfully submitted,
        Neil Flaxman, Esq.
        Florida Supreme Court Certified Circuit & Appellate Mediator
        L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
        L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
        Brickell City Tower, Suite 3100
        80 Southwest 8th Street
        Miami, Florida 33130
        Tel: 305-810-2786- Fax: 305-810-2824
        E-mail: neil@flaxmanmediations.com

    By:    *s/ Neil Flaxman*
            Neil Flaxman, Esq.
            Fla. Bar No. 025299