UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on Defendants' Motion to Redact Exhibit A to Their Answer, Affirmative Defenses & Counter-Complaint Filed on January 28, 2023 & Leave to File a Replacement Exhibit A to the Redacted Filing [DE 47]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 47] is **GRANTED** as follows:

1. The Clerk is **DIRECTED** to **SEAL** Defendants' Amended Answer, Affirmative Defenses, and Counter-Complaint [DE 37] and its accompanying exhibits.

2. Defendants shall promptly file a redacted version of Defendants' Amended Answer, Affirmative Defenses, and Counter-Complaint [DE 37] and its accompanying exhibits in the record.[1]

---

[1] The Court is unable to seal individual pages within a filing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day June, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record