UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the Court's careful consideration of Defendants' Amended Motion for Summary Judgment [DE 54]. The Court is otherwise fully advised in the premises.

Per the Local Rules of the Southern District of Florida, the Motion for Summary Judgment and the opposition thereto "shall each be accompanied by a separate and contemporaneously filed and served Statement of Material Facts." L.R. 56.1(a). "All Statements of Material Facts (whether filed by the movant or the opponent) shall be filed and served as separate documents **and not as exhibits or attachments**." L.R. 56.1(b)(1) (emphasis added). S.D. Fla. L.R. 56.1 (emphasis added). Defendants' Amended Motion for Summary Judgment [DE 54] must be stricken because Defendants again failed to comply with the Local Rules, despite the Court having struck Defendants' previously filed motion for Defendants' failure to do so. *See* [DE 53].

1

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Motion for Amended Summary Judgment [DE 54] is hereby **STRICKEN**. Defendants' counsel are instructed to carefully study and follow the requirements of Local Rule 56.1 before making any future filings.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of July, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record