UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendants' Motion to Withdraw Filing Number DE-56, which the Court construes as a Motion to Strike [DE 56] (the "Motion to Strike"). [DE 59]. The Court has carefully reviewed the Motion to Strike and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Strike [DE 59] is hereby **GRANTED**.

2. The filing at [DE 56] is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 17th day of July, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record