# HHAeXchange

## Patient Calendar

Page 1 of 4

Report Date: 11/15/2022 5:17:09 PM

**Patient Name:** IZIQUE A CESAR

**Month:** July  **Year:** 2022

**Office:** All VIP Care, Inc. DBA All VIP Care & Staffing  **Contract:**

**Coordinator(s):** Diana Ramirez

**Language:**

### Last 3 Authorizations

| Contract | | From Date | To Date | Discipline | Svc. Code | Max units for Auth. | Type | Period | Max. | S | S | M | T | W | T | F | Remaining Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Humana (RGA) | | 05/19/2022 | 07/26/2022 | PCA | T1019 | N/A | Hourly | Entire Period | 285.00 | | | | | | | | 0.0 |
| Humana (RGA) | | 05/13/2022 | 07/26/2022 | COMP | S5135 | N/A | Hourly | Entire Period | 150.00 | | | | | | | | 0.0 |
| Humana (RGA) | | 08/06/2021 | 07/26/2022 | HMK | S5130 | N/A | Hourly | Entire Period | 710.00 | | | | | | | | 0.0 |

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | |
| | | | | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0100-0300 (T)<br>V:0100-0300<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| | | | | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0300-0400 (T)<br>V:0300-0400<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| | | | | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| | | | | S:1200-1500<br>V:1200-1500<br>B:Y (03:00)<br>LANDA PEÑA YENNY | | |
| | | | | S:1500-1700<br>V:1500-1700<br>B:Y (02:00)<br>LANDA PEÑA YENNY | | |

VIP.Docs-000153

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0400-0700<br>V:0400-0700<br>B:Y (03:00)<br>Valdivieso Figuera Cruz | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0400-0500<br>V:0400-0500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0700-0800<br>V:0700-0800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>Jaury Esther Ramona (T) | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | |
| S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>Jaury Esther Ramona (T) | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1200-1400 (T)<br>V:1200-1500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA (T) | S:1200-1500<br>V:1200-1500<br>B:Y (03:00)<br>DONAT JULIENNE (T) | | |
| S:1700-1800 (T)<br>V:1700-1800<br>B:Y (01:00)<br>Jaury Esther Ramona (T) | S:1600-1700<br>V:1600-1700<br>B:Y (01:00)<br>LANDA PEÑA YENNY | S:1600-1700<br>V:1600-1700<br>B:Y (01:00)<br>LANDA PEÑA YENNY | S:1500-1700<br>V:1500-1700<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1500-1700<br>V:1500-1700<br>B:Y (02:00)<br>DONAT JULIENNE (T) | | |
| **11** | **12** | **13** | **14** | **15** | **16** | **17** |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0700<br>V:0400-0700<br>B:Y (03:00)<br>Valdivieso Figuera Cruz | S:0200-0300<br>V:0200-0300<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0700-0800<br>V:0700-0800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0500<br>V:0400-0500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |

| | | | | | | |
|---|---|---|---|---|---|---|
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | | |
| S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | |
| S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | | | |
| **18** | **19** | **20** | **21** | **22** | **23** | **24** |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0700<br>V:0400-0700<br>B:Y (03:00)<br>Valdivieso Figuera Cruz | S:0200-0300<br>V:0200-0300<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0700-0800<br>V:0700-0800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0500<br>V:0400-0500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | | |
| S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | |
| S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | | |

VIP.Docs-000157

**HHAeXchange**

## Patient Calendar

Report Date: 11/15/2022 5:17:09 PM

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | | | | | |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | | | | | |
| S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | |
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | |
| S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | | |
| S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | | |

VIP.Docs-000158