← **Reply to review**    ⋮    ✕



**cesar izique**
1 review • 0 photos

★ ★ ★ ★ ★  2 days ago

Bad experience with this company as the customer!
HHA's were always complaining, they were not being paid by the agency and were always threatening to stop delivering services to me the customer/patient! Can never depend on the agency providing the proper help. This type of concern is totally uncalled for an elderly person that depends on this service. And by an Agency operating in Palm Beach County that is supposed to be regulated by the county! The HHA's cannot complain because they need the work, this company just takes advantage not only of their employees, but customers too.



**All VIP Care, Inc.**
Owner

┌─ Replying publicly ──────────────────────────┐
│                                                    ▲ │
│  I am so sorry that you think it is okay to use this platform to lie.  This │
│  platform is not designed for people who are ignorant and with the │
│                                                    ▼ │
│                                         811 / 4000 │
└──────────────────────────────────────────────┘

                                              Reply

VIP.DOCS-000089