# HHA eXchange

## Patient Calendar

Page 1 of 4

Report Date: 11/15/2022 5:17:09 PM

**Patient Name:** IZIQUE A CESAR

**Month:** July   **Year:** 2022

**Office:** All VIP Care, Inc. DBA All VIP Care & Staffing   **Contract:**

**Coordinator(s):** Diana Ramirez

**Language:**

**Last 3 Authorizations**

| Contract | | From Date | To Date | Discipline | Svc. Code | Max units for Auth. | Type | Period | Max. | S | S | M | T | W | T | F | Remaining Units. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Humana (RGA) | | 05/19/2022 | 07/26/2022 | PCA | T1019 | N/A | Hourly | Entire Period | 285.00 | | | | | | | | 0.0 |
| Humana (RGA) | | 05/13/2022 | 07/26/2022 | COMP | S5135 | N/A | Hourly | Entire Period | 150.00 | | | | | | | | 0.0 |
| Humana (RGA) | | 08/06/2021 | 07/26/2022 | HMK | S5130 | N/A | Hourly | Entire Period | 710.00 | | | | | | | | 0.0 |

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | |
| | | | | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0100-0300 (T)<br>V:0100-0300<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| | | | | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0300-0400 (T)<br>V:0300-0400<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| | | | | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| | | | | S:1200-1500<br>V:1200-1500<br>B:Y (03:00)<br>LANDA PEÑA YENNY | | |
| | | | | S:1500-1700<br>V:1500-1700<br>B:Y (02:00)<br>LANDA PEÑA YENNY | | |

VIP.Docs-000153

**HHAeXchange**

# Patient Calendar

Report Date: 11/15/2022 5:17:09 PM

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0400-0700<br>V:0400-0700<br>B:Y (03:00)<br>Valdivieso Figuera Cruz | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0400-0500<br>V:0400-0500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0700-0800<br>V:0700-0800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>Jaury Esther Ramona (T) | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | |
| S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>Jaury Esther Ramona (T) | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1200-1400 (T)<br>V:1200-1500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA (T) | S:1200-1500<br>V:1200-1500<br>B:Y (03:00)<br>DONAT JULIENNE (T) | | |
| S:1700-1800 (T)<br>V:1700-1800<br>B:Y (01:00)<br>Jaury Esther Ramona (T) | S:1600-1700<br>V:1600-1700<br>B:Y (01:00)<br>LANDA PEÑA YENNY | S:1600-1700<br>V:1600-1700<br>B:Y (01:00)<br>LANDA PEÑA YENNY | S:1500-1700<br>V:1500-1700<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1500-1700<br>V:1500-1700<br>B:Y (02:00)<br>DONAT JULIENNE (T) | | |
| **11** | **12** | **13** | **14** | **15** | **16** | **17** |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0700<br>V:0400-0700<br>B:Y (03:00)<br>Valdivieso Figuera Cruz | S:0200-0300<br>V:0200-0300<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0700-0800<br>V:0700-0800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0500<br>V:0400-0500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |

| (Day 1) | (Day 2) | (Day 3) | (Day 4) | (Day 5) | (Day 6) | (Day 7) |
|---|---|---|---|---|---|---|
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | | |
| S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | |
| S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | | | |
| **18** | **19** | **20** | **21** | **22** | **23** | **24** |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0700<br>V:0400-0700<br>B:Y (03:00)<br>Valdivieso Figuera Cruz | S:0200-0300<br>V:0200-0300<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0700-0900<br>V:0700-0900<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0700-0800<br>V:0700-0800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0300-0500<br>V:0300-0500<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0400-0500<br>V:0400-0500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0600-0800<br>V:0600-0800<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2300-0100<br>V:2300-0100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz |
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | | |
| S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | S:1400-1700<br>V:1400-1700<br>B:Y (03:00)<br>CAMPOS ELFA MARIA | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | |
| S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | | |

VIP.Docs-000157

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | | | | | |
| S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | S:0200-0500<br>V:0200-0500<br>B:Y (03:00)<br>MURPHY LILIANA MONICA | | | | | |
| S:0500-0600<br>V:0500-0600<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | |
| S:0900-1100<br>V:0900-1100<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | |
| S:1400-1600<br>V:1400-1600<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | | |
| S:1600-1800<br>V:1600-1800<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | | |

# Patient Calendar

Report Date: 11/15/2022 5:14:14 PM

**HHAeXchange**

| | |
|---|---|
| **Patient Name:** IZIQUE L YOLANDA | **Admission ID:** RGA-900673 |
| **Alt.Patient ID:** H5134409400 | **Month:** July |
| **Office:** All VIP Care, Inc. DBA All VIP Care & Staffing | **Contract:** |
| **Home Phone:** 305-388-8214 | **Address:** 6101 SWINDEN LN DAVIE, FL, 33331 |
| **Coordinator(s):** Diana Ramirez | |
| **Language:** | |

| | |
|---|---|
| **Patient ID:** 8108533279 | **DOB:** 11/21/1925 |
| **Year:** 2022 | |

### Last 3 Authorizations

| Contract | Auth. # | From Date | To Date | Discipline | Svc. Code | Max units for Auth. | Type | Period | Max. | S | S | M | T | W | T | F | Remaining Units. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Humana (RGA) | 158192831 | 06/01/2022 | 07/26/2022 | PCA | T1019 | N/A | Hourly | Entire Period | 280.00 | | | | | | | | 0.0 |
| Humana (RGA) | 158193002 | 06/01/2022 | 07/26/2022 | HMK | S5130 | N/A | Hourly | Entire Period | 112.00 | | | | | | | | 0.0 |
| Humana (RGA) | 158193473 | 06/01/2022 | 07/26/2022 | COMP | S5135 | N/A | Hourly | Entire Period | 224.00 | | | | | | | | 0.0 |

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| | | | | **1** | **2** | |
| | | | | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:2000-2100<br>V:2000-2100<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| | | | | S:0400-0600<br>V:0400-0600<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1500<br>V:1400-1500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2100-2200<br>V:2100-2200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| | | | | S:0800-1200<br>V:0800-1200<br>B:Y (04:00)<br>LANDA PEÑA YENNY | S:1500-1600<br>V:1500-1600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2200-2300<br>V:2200-2300<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| | | | | S:2000-2100<br>V:2000-2100<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | |
| | | | | S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| S:0500-0900<br>V:0500-0900<br>B:Y (04:00)<br>Valdivieso Figuera Cruz | S:0500-0900<br>V:0500-0900<br>B:Y (04:00)<br>Valdivieso Figuera Cruz | S:0200-0300<br>V:0200-0300<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0100-0300<br>V:0100-0300<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:2000-2100<br>V:2000-2100<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:0800-1000<br>V:0800-1000<br>B:Y (02:00)<br>Jaury Esther Ramona (T) | S:0800-1000<br>V:0800-1000<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:0300-0700<br>V:0300-0700<br>B:Y (04:00)<br>Valdivieso Figuera Cruz | S:0400-0900<br>V:0400-0900<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | S:0400-0600<br>V:0400-0600<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1500<br>V:1400-1500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2100-2200<br>V:2100-2200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:1000-1100<br>V:1000-1100<br>B:Y (01:00)<br>Jaury Esther Ramona (T) | S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:0800-1000<br>V:0800-1000<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:0800-1000<br>V:0800-1000<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:0800-1200<br>V:0800-1200<br>B:Y (04:00)<br>DONAT JULIENNE (T) | S:1500-1600<br>V:1500-1600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2200-2300<br>V:2200-2300<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:1100-1200<br>V:1100-1200<br>B:Y (01:00)<br>Jaury Esther Ramona (T) | S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>MURPHY LILIANA MONICA | S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>LANDA PEÑA YENNY | S:2000-2100<br>V:2000-2100<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | |
| S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>MURPHY LILIANA MONICA | | S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | S:2100-0100<br>V:2100-0100<br>B:Y (04:00)<br>MURPHY LILIANA MONICA | S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | | |
| **11** | **12** | **13** | **14** | **15** | **16** | **17** |
| S:0500-0900<br>V:0500-0900<br>B:Y (04:00)<br>Valdivieso Figuera Cruz | S:0500-0900<br>V:0500-0900<br>B:Y (04:00)<br>Valdivieso Figuera Cruz | S:0200-0300<br>V:0200-0300<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:0000-0200<br>V:0000-0200<br>B:Y (02:00)<br>MURPHY LILIANA MONICA | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:2000-2100<br>V:2000-2100<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0300-0700<br>V:0300-0700<br>B:Y (04:00)<br>Valdivieso Figuera Cruz | S:0400-0900<br>V:0400-0900<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | S:0400-0600<br>V:0400-0600<br>B:Y (02:00)<br>Valdivieso Figuera Cruz | S:1400-1500<br>V:1400-1500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2100-2200<br>V:2100-2200<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| S:1200-1300<br>V:1200-1300<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:1000-1400<br>V:1000-1400<br>B:Y (04:00)<br>CAMPOS ELFA MARIA | S:1500-1600<br>V:1500-1600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2200-2300<br>V:2200-2300<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |

| | | | | | | |
|---|---|---|---|---|---|---|
| S:1300-1400<br>V:1300-1400<br>B:Y (01:00)<br>CAMPOS ELFA MARIA<br><br>S:2000-0100 (T)<br>V:2000-0100<br>B:Y (05:00)<br>MURPHY LILIANA MONICA | S:2000-0100 (T)<br>V:2000-0100<br>B:Y (05:00)<br>MURPHY LILIANA MONICA | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:2000-0000<br>V:2000-0000<br>B:Y (04:00)<br>MURPHY LILIANA MONICA | S:2000-2100<br>V:2000-2100<br>B:Y (01:00)<br>Valdivieso Figuera Cruz<br><br>S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | S:1700-1800<br>V:1700-1800<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | |
| **18** | **19** | **20** | **21** | **22** | **23** | **24** |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA<br><br>S:0500-0900<br>V:0500-0900<br>B:Y (04:00)<br>Valdivieso Figuera Cruz<br><br>S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:1200-1300<br>V:1200-1300<br>B:Y (01:00)<br>CAMPOS ELFA MARIA<br><br>S:1300-1400<br>V:1300-1400<br>B:Y (01:00)<br>CAMPOS ELFA MARIA<br><br>S:2000-0100<br>V:2000-0100<br>B:Y (05:00)<br>MURPHY LILIANA MONICA | S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA<br><br>S:0500-0900<br>V:0500-0900<br>B:Y (04:00)<br>Valdivieso Figuera Cruz<br><br>S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:2000-0100<br>V:2000-0100<br>B:Y (05:00)<br>MURPHY LILIANA MONICA | S:0200-0300<br>V:0200-0300<br>B:Y (01:00)<br>Valdivieso Figuera Cruz<br><br>S:0300-0700<br>V:0300-0700<br>B:Y (04:00)<br>Valdivieso Figuera Cruz<br><br>S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | S:0400-0900<br>V:0400-0900<br>B:Y (05:00)<br>Valdivieso Figuera Cruz<br><br>S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA<br><br>S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | S:0200-0400<br>V:0200-0400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz<br><br>S:0400-0600<br>V:0400-0600<br>B:Y (02:00)<br>Valdivieso Figuera Cruz<br><br>S:1000-1400<br>V:1000-1400<br>B:Y (04:00)<br>CAMPOS ELFA MARIA<br><br>S:2000-0000<br>V:2000-0000<br>B:Y (04:00)<br>MURPHY LILIANA MONICA<br><br>S:2100-0200<br>V:2100-0200<br>B:Y (05:00)<br>Valdivieso Figuera Cruz | S:1200-1400<br>V:1200-1400<br>B:Y (02:00)<br>Valdivieso Figuera Cruz<br><br>S:1400-1500<br>V:1400-1500<br>B:Y (01:00)<br>Valdivieso Figuera Cruz<br><br>S:1500-1600<br>V:1500-1600<br>B:Y (01:00)<br>Valdivieso Figuera Cruz<br><br>S:1600-1700<br>V:1600-1700<br>B:Y (01:00)<br>Valdivieso Figuera Cruz<br><br>S:2000-2100<br>V:2000-2100<br>B:Y (01:00)<br>Valdivieso Figuera Cruz | S:2000-2200<br>V:2000-2200<br>B:Y (02:00)<br>Valdivieso Figuera Cruz<br><br>S:2200-2300<br>V:2200-2300<br>B:Y (01:00)<br>Valdivieso Figuera Cruz |
| **25** | **26** | **27** | **28** | **29** | **30** | **31** |
| S:0100-0200<br>V:0100-0200<br>B:Y (01:00)<br>MURPHY LILIANA MONICA | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S:0500-0900<br>V:0500-0900<br>B:Y (04:00)<br>Valdivieso Figuera Cruz | | | | | | | |
| S:1000-1200<br>V:1000-1200<br>B:Y (02:00)<br>CAMPOS ELFA MARIA | | | | | | | |
| S:1200-1300<br>V:1200-1300<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | | | | | | |
| S:1300-1400<br>V:1300-1400<br>B:Y (01:00)<br>CAMPOS ELFA MARIA | | | | | | | |
| S:2000-0100<br>V:2000-0100<br>B:Y (05:00)<br>MURPHY LILIANA MONICA | | | | | | | |