Case 0:22-cv-61553-WPD   Document 65-7   Entered on FLSD Docket 07/20/2023   Page 1 of 1



Home    Services    Our Team    Testimonials    Contact    Careers

BOOK AN APPOINTMENT

## Your Care Is Our Concern, Always!
# We Care for Your Health

Qualified Staff with Expertise in Services Offered for More Reasonable Cost with Love!

**JUST EXPLORE MORE**



# Elderly Home
# Health Care Service in Florida

All VIP Care is focused on providing high-quality home nursing service and customer satisfaction - we will do everything we can to meet your expectations. Our business model is to "treat our clients as guests." Your care is our concern, always! Based on this model, All VIP Care specializes in setting up services to enhance the client's quality of life.



### Only the Pros
Your aide will always be there to support you.



### It's About Happiness!
Seniors who choose to remain in their homes and receive support to

