UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S AMENDED *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS

THIS CAUSE came before the Court on Amended *Nunc Pro Tunc* Motion For Extension Of Time To File Motion For Partial Summary Judgment And Statement Of Material Facts ("Motion"). Having reviewed the motion, and being otherwise duly advised in the premises, it is hereby **ORDERED** that same is: **GRANTED**.

**DONE** AND **ORDERED** in Ft. Lauderdale, Florida, this ___ day of July, 2023.

                                                      WILLIAM P. DIMITROULEAS
                                                      United States District Judge

cc:   *Counsel of record by CM/ECF*