UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Amended Motion for Summary Judgment (the "Motion"). Having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby

**ORDERED** that same is: **GRANTED**.

**DONE** AND **ORDERED** in Ft. Lauderdale, Florida, this ___ day of July, 2023.

                                                                   WILLIAM P. DIMITROULEAS
                                                                   United States District Judge

cc:    *Counsel of record by CM/ECF*