UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

  Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

  Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Amended Motion for Summary Judgment (the "Motion") [DE 72]. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 72] is **GRANTED**; and

2. The deadline for Plaintiff to respond to Defendants' Amended Motion for Summary Judgment [DE 57] and Defendants' Amended Statement of Undisputed Material Facts [DE 58] is hereby extended to August 2, 2023.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of July, 2023.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record