

## ALL VIP CARE & STAFFING WEEKLY VISIT RECORD

Client Name: ANGELA MELENDEZ  Week of 06/06/22 through 06/11/22

| ACTIVITIES | Mon | TUES | WED | THUR | FRI | SAT | SUN | OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | | |
| TIME IN | 12:PM | 12:PM | 12:PM | 12:PM | 12 PM | 4 PM | | |
| TIME OUT | 8 PM | 8 PM | 8 PM | 8 PM | 8 PM | 6 PM | | |
| Temperature | | | | | | | | |
| BP | | | | | | | | |
| Pulse | | | | | | | | |
| Respirations | | | | | | | | |
| Last BM | | | | | | | | |
| Bed bath | | | | | | | | |
| Shower-standing | ✓ | ✓ | | | | | | |
| Shower-chair | | | | | | | | |
| Tub bath | | | | | | | | |
| Shampoo hair | | | ✓ | | ✓ | | | |
| Dry hair | | | | | | | | |
| Set hair | | | | | | | | |
| Brush and style hair | | | | | | | | |
| Shave | | | | | | | | |
| Nail care ___ Do not cut nails | | | | | | | | |
| Brush teeth/dentures | | | | | | | | |
| Check pressure areas | | | | | | | | |
| Checked pressure areas | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Assist with walking | | | | | | | | |
| Assist with transferring | | | | | | | | |
| Hoyer lift | | | | | | | | |
| Assisted with dressing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Assisted with toileting | | | | | | | | |
| Assisted with feeding | | | | | | | | |
| Weigh client | | | | | | | | |
| Assist with self-administration of medications | ✓ | | | ✓ | | | | |
| Ambulation assist W/C Walker Cane | | | | | | | | |
| Meal preparation | | | | | | | | |
| Vacuum and dust | | | | ✓ | | | | |
| Laundry | | | | ✓ | | | | |
| Change bed linens | | | | | | | | |
| Transportation | | | ✓ | | | | | |
| Grocery shopping | | | | | | | | |
| Limit/Encourage fluids | | | | | | | | |
| Doctor's appointments | | | | | | | | |
| Shopping | | | ✓ | | | | | |
| Outdoor recreation | | | ✓ | ✓ | | | | |
| Assist with mail | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Other | | | | | | | | |

Aide/Companion Signature/Title: CRUZ NAVIESO HHA

Client Signature: Angela Melendez

Date 6-6-22

Date 6-11-22

VIP.Docs-000033



## ALL VIP CARE & STAFFING WEEKLY VISIT RECORD

Client Name: ANGELA MELENDEZ
Week of 6/20/22 through 6/25/22

| ACTIVITIES | Mon | TUES | WED | THUR | FRI | SAT | SUN | OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6-20 | 6-21 | 6-22 | 6-23 | 6-24 | 6-25 | | |
| TIME IN | 12 PM | 12 PM | 12 PM | 12 PM | 12 PM | 4 PM | | |
| TIME OUT | 8 PM | 8 PM | 8 PM | 8 PM | 8 PM | 6 PM | | |
| Temperature | | | | | | | | |
| BP | | | | | | | | |
| Pulse | | | | | | | | |
| Respirations | | | | | | | | |
| Last BM | | | | | | | | |
| Bed bath | ✓ | | | | | | | |
| Shower-standing | | | | | | | | |
| Shower-chair | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Tub bath | | | | | | | | |
| Shampoo hair | ✓ | | ✓ | | ✓ | | | |
| Dry hair | | | | | | | | |
| Set hair | | | | | | | | |
| Brush and style hair | | | | | | | | |
| Shave | | | | | | | | |
| Nail care ___ Do not cut nails | | | | | | | | |
| Brush teeth/dentures | | | | | | | | |
| Check pressure areas | | | | | | | | |
| Checked pressure areas | | | | | | | | |
| Assist with walking | ✓ | | ✓ | | ✓ | | | |
| Assist with transferring | | | | | | | | |
| Hoyer lift | | | | | | | | |
| Assisted with dressing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Assisted with toileting | | | | | | | | |
| Assisted with feeding | | | | | | | | |
| Weigh client | | | | | | | | |
| Assist with self-administration of medications | | | | | | | | |
| Ambulation assist W/C Walker Cane | | | | | | | | |
| Meal preparation | | | | | | | | |
| Vacuum and dust | | | | | | | | |
| Laundry | | | | | | | | |
| Change bed linens | | | | | | | | |
| Transportation | | | | | | | | |
| Grocery shopping | | | | | | | | |
| Limit/Encourage fluids | | | | | | | | |
| Doctor's appointments | | | | | | | | |
| Shopping | | | | | | | | |
| Outdoor recreation | | | | | | | | |
| Assist with mail | | | | | | | | |
| Other | | | | | | | | |

Aide/Companion Signature/Title: CRUZ VALDIVIESO Date: 6-20-22

Client Signature: Angela Melendez Date: 6-25-22

VIP.Docs-000034

**ALL VIP CARE & STAFFING WEEKLY VISIT RECORD**

Client Name: Yolanda Izquo  
Week of 6/6/22 through 6/12/22

| | Mon | Tues | Wed | Thur | Fri | Sat | Sun | OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | |
| TIME IN | 4AM | 5AM | 9PM | 3AM | 3AM | 9AM | 6PM | |
| TIME OUT | 6AM | 8AM | 3AM | 5AM | 11AM | 7PM | 4AM | |
| ACTIVITIES | | | | | | | | |
| Temperature | | | | | | | | |
| BP | | | | | | | | |
| Pulse | | | | | | | | |
| Respirations | | | | | | | | |
| Last BM | | | | | | | | |
| Bed bath | | / | / | | / | / | / | |
| Shower-standing | | | | | | | | |
| Shower-chair | | | | | | | | |
| Tub bath | | | | | | | | |
| Shampoo hair | | | | | | / | / | |
| Dry hair | | | | | | | | |
| Set hair | | | / | | / | / | / | |
| Brush and style hair | | | | | | | | |
| Shave | | | | | | | | |
| Nail care ___ Do not cut nails | | | | | | | | |
| Brush teeth/dentures | | | / | | / | / | / | |
| Check pressure areas | | | | | | | | |
| Checked pressure areas | | | | | | | | |
| Assist with walking | | | / | | / | | | |
| Assist with transferring | / | / | / | / | / | / | / | |
| Hoyer lift | | | | | | | | |
| Assisted with dressing | | | | | | | | |
| Assisted with toileting | / | / | / | / | / | / | / | |
| Assisted with feeding | | | | | | | / | |
| Weigh client | | | | | | | | |
| Assist with self-administration of medications | | | | | | | | |
| Ambulation assist W/C Walker Cane | | | | | | | | |
| Meal preparation | | | | | | / | / | |
| Vacuum and dust | | | | / | | / | | |
| Laundry | | | | | | / | | |
| Change bed linens | | | | | | | / | |
| Transportation | | | | | | | | |
| Grocery shopping | | | | | | | | |
| Limit/Encourage fluids | | | | | | | | |
| Doctor's appointments | | | | | | | | |
| Shopping | | / | | | | | | |
| Outdoor recreation | | | | | | | | |
| Assist with mail | | | | | | | | |
| Other | | | | | | | | |

Aide/Companion Signature/Title: Cruz Valdivieso HHA     Date 6-6-22

Client Signature: ana M Rowland     Date 6-12-22