UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON
    Defendants.
_____/

## NOTICE OF DISSOCIATION AS COUNSEL FOR PLAINTIFF

    Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties that Toussaint Cummings, Inc., has dissociated himself from the firm and is no longer of record for Plaintiff Cruz Valdivieso Figuera, in this action.

    Dated this 24th day of August 2023.

                                            s/Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            **FAIRLAW FIRM**
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*