UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

THIS MATTER comes before the Court on the Notice of Dissociation as Counsel for Plaintiff, which the Court construes as a Motion to Withdraw as Counsel for Plaintiff [DE 81] ("Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 81] is **GRANTED**.

2. Toussaint Cummings is hereby relieved from further responsibilities with respect to representation of the Plaintiff in the above matter. All further pleadings, orders, and other papers in this action shall be served upon remaining counsel of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day August 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record