UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON
    Defendants.
_____/

## NOTICE OF STRIKING PROPOSAL FOR SETTLEMENT – ECF NO. 84
### (COUNTS I, II, AND IV OF THE COUNTER-COMPLAINT)

Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties of the striking of her Proposal for Settlement to Defendant, All VIP Care Inc., as directed to Counts I, II, and IV of the Counter-Complaint [ECF No. 37], as having been filed in error.

Dated this 14th day of September 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:   305.230.4884
                                              *Counsel for Plaintiff*