UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON
    Defendants.
_____/

## **NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT**
**(COUNTS I, II, AND IV OF THE COUNTER-COMPLAINT)**

    Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties of the service of her Proposal for Settlement to Defendant, All VIP Care Inc., as directed to Counts I, II, and IV of the Counter-Complaint [ECF No. 37], on the date set forth below.

    Dated this 14th day of September 2023.

                                                        s/Brian H. Pollock, Esq.
                                                        Brian H. Pollock, Esq.
                                                        Fla. Bar No. 174742
                                                        brian@fairlawattorney.com
                                                        FAIRLAW FIRM
                                                        135 San Lorenzo Avenue
                                                        Suite 770
                                                        Coral Gables, FL 33146
                                                        Tel:    305.230.4884
                                                        *Counsel for Plaintiff*