UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON
    Defendants.
_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT
### (COUNTS III AND IV OF SECOND AMENDED COMPLAINT)

    Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties of the service of her Proposal for Settlement to Defendant, All VIP Care Inc., as directed to Counts III and IV of the Second Amended Complaint [ECF No. 22], on the date set forth below.

    Dated this 14th day of September 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*