| United States District Court ||
|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION ||
| CRUZ VALDIVIESO FIGUERA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALL VIP CARE INC. AND<br>LIZ VELAZQUEZ MCKINNON,<br><br>    Defendants. | **PLAINTIFF'S TRIAL WITNESS LIST**<br><br>CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |
| PRESIDING JUDGE<br>HONORABLE<br>WILLIAM P. DIMITROULEAS | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |
| TRIAL DATE(S)<br>October 23, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | LIVE or BY DEPOSITION | ADDRESS | WITNESSES |
|---|---|---|---|
| 1 | Live | c/o Plaintiff's counsel | Plaintiff, Cruz Valdivieso Figuera (Needs Interpreter) |
| 2 | Live | | Luz D. Soto |
| 3 | Live | | Ana Maria Rowland |
| 4 | Live | c/o Def. Counsel | Defendant, All VIP Care Inc. |
| 5 | Live | c/o Def. Counsel | Defendant, Liz Velasquez McKinnon |
| 6 | Live | c/o Def. Counsel | Diana Ramirez |
| 7 | | | |

The Plaintiff reserves the right to supplement this Trial Witness List.

Dated October 6, 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*