# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| CRUZ VALDIVIESO FIGUERA, | DEFENDANT/COUNTER-PLAINTIFF'S TRIAL WITNESS LIST |
|---|---|
| Plaintiffs, | CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |
| vs. | |
| ALL VIP CARE INC. AND LIZ VELAZQUEZ MCKINNON, | |
| Defendants. | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE WILLIAM P. DIMITROULEAS | FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| October 23, 2023 | | |

| PLF. NO | LIVE or BY DEPOSITION | ADDRESS | WITNESSES |
|---|---|---|---|
| 1 | Live | c/o Plaintiff's counsel | Plaintiff, **Cruz Valdivieso Figuera** (Needs Interpreter) |
| 2 | Live | c/o Def. Counsel | Defendant, **Liz Velasquez McKinnon** |
| 3 | Live | c/o Def. Counsel | **Diana Ramirez** |
| 4 | Live | 3670 SW 60th Avenue Davie, FL 33314 | **Angela Melendez** |
| 5 | | | **All Witnesses called by the Plaintiff** |
| 6. | | | **All records custodians necessary to authenticate documents at issue** |
| 7. | | | **All impeachment witnesses** |

The Plaintiff reserves the right to supplement this Trial Witness List.

Dated October 6, 2023.

*/s/ RANDY M. GOLDBERG, ESQUIRE*
Florida Healthcare Law Firm
FBN: 045187
151 NW 1ST Avenue
Delray Beach, FL 33444
754-224-0867
Randy@FloridaHealthcareLawFirm.com
RMGEsquire@gmail.com