AO 187 (Rev. 7/87) Exhibit and List
.

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| CRUZ VALDIVIESO FIGUERA, Plaintiffs, vs. ALL VIP CARE INC. AND LIZ VELAZQUEZ MCKINNON, Defendants. | **DEFENDANT/COUNTER-PLAINTIFF** (ALL VIP CARE, LLC) <br><br> **TRIAL EXHIBIT LIST** <br><br> **CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT** |
|---|---|
| **PRESIDING JUDGE** <br> HONORABLE WILLIAM P. DIMITROULEAS | **PLAINTIFF'S/COUNTER-DEFENDANT ATTORNEY** <br> FAIRLAW FIRM <br> Brian H. Pollock, Esq. <br> 135 San Lorenzo Ave <br> Suite 770 <br> Coral Gables, FL 33146 | **DEFENDANT'S /COUNTER-PLAINITFF'S ATTORNEY** <br> FLORIDA HEALTHCARE LAW FIRM. <br> Randy M. Goldberg Esq., <br> 151 NW 1st Avenue., <br> Delray Beach, FL 33444 |
| **TRIAL DATE(S)** <br> October 23, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLTF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | A, H, R, UP | | **Independent Contractor Agreement & sub parts between parties.** (25pgs)* |
| 2 | | | A, R, H, UP, | | **All VIP Care Home Agency License from State of Florida.** |
| 3 | | | A, R, H, UP | | **All VIP Care Nurse Registry License from State of Florida.** |
| 4 | | | A, H, C | | **Affidavit of Angela Melendez** |
| 5 | | | A, H, C | | **Statement of Angela Melendez** |
| 6 | | | A, H, C | | **Statement by Diana Ramirez of Angela Melendez** |
| 7 | | | A, H, R, NP | | **AHCA Profile Report on Plaintiff** |

Objection Codes (per Local Rule 16.1)
1. A–Authenticity
    I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
    R–Relevancy
    H–Hearsay
    UP–Unduly prejudicial-probative value outweighed by undue prejudice
    P–Privileged
    NP – Not produced/disclosed before discovery cut-off

.     *Plaintiff objects to the inclusion of her social security number and date of birth in this Exhibit. Plaintiff further objects to page No. All VIP 26 A 000020 for A, R, H, UP of this composite exhibit.

Defendants reserve the right to amend this exhibit list.

Submitted on October 6, 2023

/s/ Randy M. Goldberg, Esquire
Florida Healthcare Law Firm
FBN: 045187
151 NW 1st Avenue
Delray Beach, FL 33444
754-224-0867
Randy@FloridaHealthcarelawFirm.com
RMGEsquire@gmail.com