UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

### ORDER REFERRING PART OF MOTION IN LIMINE TO MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Motion in Limine and/or to Exclude [DE 91] (the "Motion"), filed herein on October 6, 2023. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In section (9) of the Motion, Plaintiff seeks to exclude evidence of gross earnings, net profits, damages, or losses at trial as not timely disclosed during discovery. *See* [DE 91] at 14–16.

Accordingly, it is **ORDERED AND ADJUDGED** that the discovery arguments in section (9) of Plaintiff's Motion [DE 91] are hereby **REFERRED** to Magistrate Judge Hunt pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida. If appropriate, Judge Hunt may order separate briefing on an expedited basis on this issue from the parties.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of October 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record