UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JURY INSTRUCTIONS, VERDICT FORM, AND RESPONSE TO MOTION IN LIMINE

THIS CAUSE came before the Court on the Joint Motion for Extension of Time to File Jury Instructions, Verdict Form, and Response to Motion in Limine, filed on October 13, 2023 . Having considered the Motion, the agreement of the parties, and being otherwise duly advised in the premises, it is hereby **ORDERED** that same is

**GRANTED**; the parties shall file their proposed Jury Instructions and Verdict Form no later than Tuesday, October 17, 2023, and Defendants shall file their Response to the Motion in Limine [ECF No. 91] no later than Monday, October 16, 2023.

**DONE** AND **ORDERED** in Ft. Lauderdale, Florida, this ___ day of October 2023.

                                                      _____
                                                      WILLIAM P. DIMITROULEAS
                                                      United States District Judge

cc:    *Counsel of record by CM/ECF*