UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

     Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

     Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on the Joint Motion for Extension of Time to File Jury Instructions, Verdict Form, and Response to Motion in Limine [DE 95]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 95] is **GRANTED**. Defendants shall file their response to Plaintiff's Motion in Limine [DE 91] no later than **October 16, 2023**. The parties shall provide their proposed jury instructions and verdict forms no later than **October 17, 2023**.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this 13th day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of Record