UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:22-CV-61553-WPD

**CRUZ VALDIVIESO FIGUERA**,

      Plaintiff,

vs.

**ALL VIP CARE, INC.**, &
**LIZ VELAZQUEZ McKINNON**,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION LEAVE FOR WITNESS ANGELA MELENDEZ TO APPEAR TELEPHONCALLY OR BY ZOOM AT TRIAL

This matter coming before the Court on the Defendants Motion to For Leave for Witness Angela Melendez to Appear Telephonically or by Zoom for Trial and the Court having reviewed the Court file and hearing argument of counsel, it is therefore,

Ordered that the Defendants motion is GRANTED and that Angela Melendez may appear telephonically at the Court's designated phone number of _____ or by way of Zoom, via access code _____ and password _____.


Ordered in Fort Lauderdale, Florida on _____

               By: _____
               WILLIAM P. DIMITROULEAS
               District Court Judge

Cc:
Brian Howard Pollock, Esquire, Brian@fairlawattorney.com
*RANDY M. GOLDBERG, ESQUIRE,* RMGEsquire@gmail.com