| United States District Court |
|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |

| | |
|---|---|
| CRUZ VALDIVIESO FIGUERA,<br><br>            Plaintiffs,<br><br>vs.<br><br>ALL VIP CARE INC. AND<br>LIZ VELAZQUEZ MCKINNON,<br><br>            Defendants. | **JOINT EXHIBIT LIST**<br><br><br>CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |

| PRESIDING JUDGE<br>HONORABLE<br>WILLIAM P.<br>DIMITROULEAS | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |
|---|---|---|
| TRIAL DATE(S)<br>October 23, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| JOINT NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | All VIP Care Letter regarding Application |
| 2 | | | | | Application for Contract or Employment* |
| 3 | | | | | Independent Contractor Agreement* |
| 4 | | | | | Acknowledgement of Nurse Registry Policy & Procedure* |
| 5 | | | | | Home Health Aide/Certified Nursing Assistant Job Description |
| 6 | | | | | Affidavit of Compliance with Background Screening |
| 7 | | | | | Independent Contractor Professional Liability Policy |
| 8 | | | | | Waiver of Professional Liability Insurance |
| 9 | | | | | Time Records |
| 10 | | | | | Plaintiff's Paystubs |
| 11 | | | | | HHA Exchange Patient Calendar |
| 12 | | | | | Defendants' Response to Plaintiff's Request for Production |
| 13 | | | | | Defendant, All VIP's Answers to Plaintiff's Interrogatories |
| 14 | | | | | Defendant, Velazquez McKinnon's Answers to Plaintiff's Interrogatories |

* Pending the Court's ruling on Plaintiff's Motion in Limine [ECF No. 91], Plaintiff submits that the references

to "nurse registry, "registry," and Florida Statutes governing "Nurse Registries" in these Joint Exhibits should be redacted if the Court were to determine the references should be excluded.

Respectfully Submitted on October 17, 2023.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | /s/ Randy M. Goldberg, Esquire |
| Brian H. Pollock, Esq. | Randy M. Goldberg, Esq |
| Fla. Bar No. 17474 | FBN: 045187 |
| brian@fairlawattorney.com | Florida Healthcare Law Firm |
| FAIRLAW FIRM | 151 N.W. 1st Ave. |
| 135 San Lorenzo Avenue | Delray Beach, FL 33444 |
| Suite 770 | 754-224-0867 |
| Coral Gables, FL 33146 | Randy@FloridaHealthcareLawFirm.com |
| Tel:   305.230.4884 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |