## United States District Court

### SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| CRUZ VALDIVIESO FIGUERA, Plaintiffs, vs. ALL VIP CARE INC. AND LIZ VELAZQUEZ MCKINNON, Defendants. | **PLAINTIFF'S TRIAL WITNESS LIST** CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |
|---|---|
| **PRESIDING JUDGE** HONORABLE WILLIAM P. DIMITROULEAS | **PLAINTIFF'S ATTORNEY** FAIRLAW FIRM Brian H. Pollock, Esq. 135 San Lorenzo Ave Suite 770 Coral Gables, FL 33146 | **DEFENDANT'S ATTORNEY** FLORIDA HEALTHCARE LAW FIRM. Randy M. Goldberg Esq., 151 NW 1st Avenue., Delray Beach, FL 33444 |
| **TRIAL DATE(S)** October 23, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO | LIVE or BY DEPOSITION | ADDRESS | WITNESSES |
|---|---|---|---|
| 1 | Live | c/o Plaintiff's counsel | Plaintiff, Cruz Valdivieso Figuera (Needs Interpreter) |
| 2 | Live | 28 Thurston Drive, Palm Beach | Ana Maria Rowland |
| 4 | Live | c/o Def. Counsel | Defendant, All VIP Care Inc. |
| 5 | Live | c/o Def. Counsel | Defendant, Liz Velasquez McKinnon |
| 6 | Live | c/o Def. Counsel | Diana Ramirez |

The Plaintiff reserves the right to supplement this Trial Witness List.

Dated October 17, 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*