# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| CRUZ VALDIVIESO FIGUERA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALL VIP CARE INC. AND<br>LIZ VELAZQUEZ MCKINNON,<br><br>    Defendants. | **PLAINTIFF'S AMENDED EXHIBIT LIST WITH DEFENDANT'S OBJECTIONS**<br><br>CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE WILLIAM P. DIMITROULEAS | FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |
| **TRIAL DATE(S)**<br>October 23, 2023 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLTF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | A, I, H, R UP | | Cesar Izique Sr. Letter Statement |
| 2 | | | A, I, H, R UP | | All VIP Website Homepage |
| 3 | | | A, I, H, R UP | | Check #517, |
| 4 | | | A, I, H, R UP | | Check #2414 |
| 5 | | | A, I, H, R UP | | Unpaid Wages email to Leslie Rodriguez |
| 6 | | | A, I, H, R UP | | Email from Ana Maria Rowland |
| 7 | | | A, I, H, R UP | | Humana Records |
| 8 | | | A, I, H, R UP | | Google Review to All VIP Care Inc. |
| 9 | | | A, I, H, R UP | | Text Messages from Evelyn Vapi |
| 10 | | | A, I, H, UP | | Text Messages between Plaintiff and Diane Ramirez |
| 11 | | | A, I, H, UP | | Excel Spreadsheet Summarizing Pay Records |

Plaintiff reserves the right to amend this exhibit list.

Respectfully Submitted on October 17, 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*