| United States District Court ||
|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION ||
| CRUZ VALDIVIESO FIGUERA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALL VIP CARE INC. AND<br>LIZ VELAZQUEZ MCKINNON,<br><br>Defendants. | **DEFENDANT/COUNTER-PLAINTIFF'S<br>TRIAL WITNESS LIST**<br><br>CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |
| PRESIDING JUDGE<br>HONORABLE WILLIAM P. DIMITROULEAS | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |

| TRIAL DATE(S)<br>October 23, 2023 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| PLF. NO | LIVE or BY DEPOSITION | ADDRESS | WITNESSES |
|---|---|---|---|
| 1 | Live | c/o Plaintiff's counsel | Plaintiff, **Cruz Valdivieso Figuera** (Needs Interpreter) |
| 2 | Live | c/o Def. Counsel | Defendant, **Liz Velasquez McKinnon** |
| 3 | Live | c/o Def. Counsel | **Diana Ramirez** |
| 4 | Live | 3670 SW 60th Avenue<br>Davie, FL 33314 | **Angela Melendez (*ND)** |
| 5 | | | **All Witnesses called by the Plaintiff** |
| 6. | | | **All records custodians necessary to authenticate documents at issue** |
| 7. | | | **All impeachment witnesses** |

*ND - Plaintiff objects to the Defendants' disclosure of Ms. Melendez, and to her testifying at trial, as Defendants did **not disclose** her as a witness during the discovery period, in their Answers to Interrogatories, or their Rule 26 Initial Disclosures.

Dated October 17, 2023.

/s/ RANDY M. GOLDBERG, ESQUIRE
Florida Healthcare Law Firm
FBN: 045187
151 NW 1ST Avenue
Delray Beach, FL 33444
754-224-0867
Randy@FloridaHealthcareLawFirm.com
RMGEsquire@gmail.com