AO 187 (Rev. 7/87) Exhibit and List
.

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| CRUZ VALDIVIESO FIGUERA,<br><br>     Plaintiffs,<br><br>vs.<br><br>ALL VIP CARE INC. AND<br>LIZ VELAZQUEZ MCKINNON,<br><br>     Defendants. | **DEFENDANT/COUNTER-PLAINTIFF** (ALL VIP CARE, LLC)<br><br>**AMENDED TRIAL EXHIBIT LIST**<br>**WITH PLAINTIFF'S OBJECTIONS**<br><br>CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |

| PRESIDING JUDGE<br>HONORABLE WILLIAM P. DIMITROULEAS | PLAINTIFF'S/COUNTER-DEFENDANT ATTORNEY<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S /COUNTER-PLAINITFF'S ATTORNEY<br>FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |
|---|---|---|
| TRIAL DATE(S)<br>October 23, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLTF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | R, UP, H | | **Plaintiff's W-9 (Redacted)** |
| 2 | | | A, R, I, UP, H | | **All VIP Care Home Agency License from State of Florida.** |
| 3 | | | A, R, I, UP, H | | **All VIP Care Nurse Registry License from State of Florida.** |
| 4 | | | R, C, H | | **Affidavit of Angela Melendez** |
| 5 | | | R, C, H | | **Statement of Angela Melendez** |
| 6 | | | R, C, H | | **Statement by Diana Ramirez of Angela Melendez** |
| 7 | | | A, R, H, NP | | **AHCA Profile Report on Plaintiff** |

Objection Codes (per Local Rule 16.1)
1. A–Authenticity
    I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
    R–Relevancy
    H–Hearsay
    UP–Unduly prejudicial-probative value outweighed by undue prejudice
    P–Privileged

Add'l Objections
    C-Cumulative
    NP-Not Produced/Provided In Discovery Period

Defendants reserve the right to amend this exhibit list.

Submitted on October 17, 2023

s/ Randy M. Goldberg, Esquire<br>
Florida Healthcare Law Firm<br>
FBN: 045187<br>
151 NW 1st Avenue<br>
Delray Beach, FL 33444<br>
754-224-0867<br>
Randy@FloridaHealthcarelawFirm.com<br>
RMGEsquire@gmail.com