UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## **ORDER MEMORIALIZING RULINGS FROM THE BENCH**

THIS CAUSE is before the Court on the Calendar Call in this matter, which occurred on October 20, 2023, and Plaintiff's Motion in Limine and/or to Exclude [DE 91], filed on October 6, 2023. The Court has carefully considered the Motion, Defendants' Response [DE 99], and Plaintiff's Reply [DE 106]. At the October 20, 2023 Calendar Call, the Court heard arguments on Plaintiff's Motion in Limine and/or to Exclude Evidence [DE 91]. This Order will memorialize the Court's rulings from the bench.

Accordingly, for the reasons stated by the Court at the October 20, 2023 Calendar Call, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion in Limine [DE 91] is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Requests No. 1 (as to attorneys' fees), No. 2 (as to liquidated damages), No. 3 (as to untimely disclosed documents), and No. 7 (as to any debts purportedly owed by Plaintiff) in the Motion is Limine are **GRANTED** as unopposed; and

2. Requests No. 4 (as to Plaintiff's prior and subsequent employment), No. 5 (as to whether Plaintiff thought she was an independent contractor), No. 6 (as to whether

home health aides or CNAs are taught the definition of an independent contractor), and No. 8 (as to Defendant All VIP's status as a Nurse Registry under Florida law) in the Motion in Limine are **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record