UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER MEMORIALIZING RULING FROM THE BENCH

THIS CAUSE is before the Court on the Calendar Call in this matter, which occurred on October 20, 2023, and Defendants' Motion for Leave for Witness Angela Melendez to Appear Telephonically or by Zoom at Trial [DE 100], filed on October 17, 2023. The Court has carefully considered the Motion, Plaintiff's Response [DE 101], and Defendants' Reply [DE 102]. The Court has also considered the arguments presented to the Court at the October 20, 2023 Calendar Call, in which Plaintiff's counsel indicated that he would not be opposed to deposing Angela Melendez next week. This Order memorializes the Court's ruling from the bench.

Accordingly, for the reasons stated by the Court at the October 20, 2023 Calendar Call, it is **ORDERED AND ADJUDGED** that Defendants' Motion for Leave for Witness Angela Melendez to Appear Telephonically or by Zoom at Trial [DE 100] is **GRANTED.** Angela Melendez may testify during the trial remotely using the Zoom videoconferencing platform. The Court will provide Defendants' counsel of record with information on how Angela Melendez can access the Court's Zoom meeting room via email.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record