UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON
    Defendants.
_____/

### NOTICE OF STRIKING MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE DURING EACH DAY OF THE TRIAL– ECF NO. 113

    Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties of the striking of her Motion To Allow Electronic Equipment In The Courtroom For Use During Each Day Of The Trial [ECF No. 113], as having been filed in error.

    Dated this 27th day of October 2023.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*