UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE DURING EACH DAY OF THE TRIAL

Plaintiff, Cruz Valdivieso Figuera, request the Court to enter an Order allowing them to bring electronic equipment in the Courtroom for use during each day of trial, which is scheduled to begin on **Monday, October 30, 2023, at 9:00 a.m.,** before the Honorable William P. Dimitrouleas, at the Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301

Plaintiff requests permission to utilize the following electronic devices for and during the trial of this cause:

| Owner | Electronic Equipment |
|---|---|
| Brian H. Pollock, Esq., Counsel | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Lunar C. Alvey, Esq., Counsel | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Steffany Sanguino, Paralegal | Cellular Phone w/charging cord<br>Laptop w/ charging cord |

WHEREFORE Plaintiff, Cruz Valdivieso Figuera, requests the Court to enter an Order granting the relief requested herein.

Respectfully submitted this 27th day of October 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*