UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE DURING EACH DAY OF THE TRIAL

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Leave to Allow Electric Equipment in the Courtroom for Use During Each Day of Trial, and the Court having considered the Motion and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED as that the Motion is GRANTED:

The following persons are permitted to bring the designated electronic equipment into the Courtroom for each day of the trial, which commences on October 30, 2023:

| Owner | Electronic Equipment |
|---|---|
| Brian H. Pollock, Esq., Counsel | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Lunar C. Alvey, Esq., Counsel | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Steffany Sanguino, Paralegal | Cellular Phone w/charging cord<br>Laptop w/ charging cord |

**DONE AND ORDERED** in Fort Lauderdale, Florida this _____ day of October 2023.

                                          _____
                                          WILLIAM P. DIMITROULEAS
                                          UNITED STATES DISTRICT JUDGE