UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## AMENDED SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. Was Cruz Valdivieso Figuera an employee or an independent contractor regarding her relationship with All VIP Care, Inc.

   (Please mark "YES" or "NO" for each):

   \_\_\_\_, Cruz Valdivieso Figuera was an employee of ALL VIP Care Inc.

   \_\_\_\_, Cruz Valdivieso Figuera was an independent contractor of All VIP Care, Inc.

2. If you found that Cruz Valdivieso Figuera was an employee of All VIP Care, Inc, was she also an employee of Liz Velazquez McKinnon?(Please mark "YES" or "NO")):

_____   Cruz Valdivieso Figuera was also an employee of Liz Velazquez McKinnon

*If you found that Cruz Valdivieso Figuera was an independent contractor of ALL VIP Care, Inc., please skip to Question 5. If you found that Cruz Valdivieso Figuera was an employee of All VIP Care, Inc., and/or of Liz McKinnon, please answer Question 3.*

3. That the Employer failed to pay Cruz Valdivieso Figuera the minimum wages required by the FLSA:

   Answer "YES" or "NO"            _____

   If "YES," in what amount         _____

   *Please answer Question 4.*

4. That the Employer(s) identified in Question 2 failed to pay Cruz Valdivieso Figuera the overtime wages required by the FLSA:

   Answer "YES" or "NO"            _____

   If "YES," in what amount         _____

   *Please answer Question 5.*

5. That All VIP Care Inc. materially breached its written contract to pay Cruz Valdivieso Figuera $13 per hour, causing her damages:

   Answer "YES" or "NO"            _____

   If "YES," in what amount         _____

   *If you answered "YES" to Question 5, please answer Question 6.*
   *If you answered "NO" to Question 5, please skip to Question 7.*

6.  That All VIP Care Inc. materially breached its written contract with Cruz Valdivieso Figuera before any material breach of that contract by Cruz Valdivieso Figuera:

    Answer "YES" or "NO"          _____

    *If you answered "YES" to Question 6, please answer Question 7.*
    *If you answered "NO" to Question 6, please skip to Question 8.*

7.  That All VIP Care Inc.'s material breach of its written contract with Cruz Valdivieso Figuera relieved Cruz Valdivieso Figuera of any subsequent obligations:

    Answer "YES" or "NO"          _____

    *If you answered "YES" to Question 6, please skip to Question 8.*
    *If you answered "NO" to Question 6, please answer Question 7.*

8.  That Cruz Valdivieso Figuera materially breached the restrictive covenants contained in the contract with All VIP Care Inc. by:

    Answer "YES" or "NO"

    Soliciting clients of All VIP Care Inc.          _____

    Sharing All VIP Care Inc.'s confidential,
    trade secret, or proprietary information
    with its client(s) and/or third parties:          _____

    Using All VIP Care Inc.'s confidential,
    trade secret, or proprietary information
    for her own benefit:          _____

    If "YES," to any of the above what amount
    of damages did All VIP Care Inc. prove resulted     _____

*If you answered "YES" to one of the categories in Question 8, you are done. Please sign and date your verdict form. If you answered "NO" to Question 8, please answer Question 9.*

9.  That Cruz Valdivieso Figuera tortiously interfered with All VIP Care Inc.'s business relationships with its clients:

>   Answer "YES" or "NO"                    _____
>
>   If "YES," what amount of damages
>   did All VIP Care Inc. prove resulted    _____

>   SO SAY WE ALL.

>                                           _____
>                                                   Foreperson's Signature
>
>                                           DATE: _____