DATE: June. 24, 2023

STATE OF FLORIDA:

COUNTY OF: Broward.

REFERENCE: ALL VIP CARE, INC.

## STATEMENT

I, Angela. G. Melendez RESIDING AT 3670 S.W. 60 Ave, Apt 4, Davie Fl 33314 GIVE THIS STATEMENT, VOLUNTARILY AND OF MY OWN FREE WILL. I HAVE NOT BEEN PROMISED ANYTHING FOR GIVING THIS STATEMENT, NOR HAVE I BEEN THREATEN OR PRESSURED INTO GIVING THIS STATEMENT. I SWEAR THAT THE FOLLOWING LISTED FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

I have been using All VIP Care for the last two years. I had Dainey known as Cruz Valdivieso she was my asistant for several different occasions & different times, she was working two jobs. She every wk would complain that she was owed hours, she came my apt to the office to try and straighten that out. She made the mistake of billing for 42 hrs where they reduced my hrs from 42 to 38 hrs it was an honest mistake I pointed it out to her, but she must of forgotten on 2 occasions. I recommended her for the apt next door to mine and she was accepted so she became my neighbor.

Page 1 of 2     witness initials AGM





When she decided to quit the agency ALL VIP. on Wed night she called me and informed me that she wouldn't be available from the Thursday on for she was quitting the agency, and going to use another agency. So as I complain that she was leaving me she suggested that I move my service to another agency so I wouldn't lose her services. And I said no.

*(Use additional pages if necessary)*

I the undersigned Affiant acknowledge that the above representations are true and correct.

Sign: Angela G. Melendez
Print: ANGELA MELENDEZ
Address: 3670 SW 60th Ave
apt J DAVIE FL 33714
Email: gela1944.AMGE@gmail.com
Phone: 773 397-5763

Dated: Jun 24, 2023

STATE OF FLORIDA
COUNTY OF BROWARD.

Sworn to or affirmed and subscribed before me by means of [X] physical presence or [ ] online notarization, this 24 day of June by Angela G. Melendez.

By: _____
Notary Public – State of Florida

ISAAC A. RODRIGUEZ
MY COMMISSION # HH 365420
EXPIRES: February 22, 2027

Personally Known _____, or
Produced FL DL _____ as Identification.

2 of 2

6/15/2023

I Angela Melendez Am hereby state in that I am not able to go to court. I have been diagnosed with Major Depression plus other illness when Daisey works with me as an aide assisting me, told me she would be quitting All Vipcare there for she won't be working with me and I wanted her to continue working with me she suggested to change agency. And the time she reported some additional hrs. was by Mistake I had my hrs. reduced and she forgot and put them down on Time sheet by (mistake) I repeat it was an oversight, she had no bad intentions she hadn't had any sleep (Much sleep for days).

Thank You,
Ms Angela G. Melendez.

