UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff, Cruz Valdivieso Figuera, requests that the Court ask the following questions during its voir dire:

- Does anyone have their own business or has anyone had their own business at one time or another?
    - Where do you work?
- Does anyone here work as an independent contractor?
- Have any of you ever asked to be paid as an independent contractor instead of an employee?
- Is there anyone here who would have a problem applying United States federal law?
    - What about if you though Florida law suggested a different result, would you still be able to apply United States federal law?
- Does anyone currently work, or has anyone worked in home healthcare? [Nurse, Case Manager, CNA, Home Health Aide]
    - In what capacity?
- Has anyone here been owed money by their employer?
    - If so, explain the circumstances?
    - How was it resolved?

- Does anyone here get paid time and one-half for working overtime?
- Has anyone ever asked their employer about getting paid overtime or minimum wage?
- Does anyone here feel they should be getting paid overtime pay by their employer but is not being compensated for work that exceeds 40 hours?
    - Why?
- Does anyone believe that employees must be paid hourly to be entitled to overtime pay?
- Does everyone agree that disputes should be settled in court and not by parties taking matters into their own hands?
- What are your hobbies?
- What newspapers, television shows, or apps do you get your news from?

Dated this 29th day of October 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
