UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

### ORDER MEMORIALIZING RULING FROM THE BENCH ON DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

THIS CAUSE is before the Court upon Defendants All VIP Care, Inc. and Liz Velazquez McKinnon ("Defendants")'s Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50, made at the close of Plaintiff Cruz Valdivieso Figuera's case-in-chief on October 31, 2023. This Order will memorialize the rulings from the bench.

Accordingly, for the reasons stated by the Court on the record at trial, it is **ORDERED AND ADJUDGED** that Defendants' Rule 50 Motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 1st day of November, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record