UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER MEMORIALIZING RULING FROM THE BENCH ON PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW

THIS CAUSE is before the Court on Plaintiff Cruz Valdivieso Figuera's Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50, made at the close of Defendants All VIP Care, Inc. and Liz Velazquez McKinnon ("Defendants")'s case-in-chief on November 1, 2023. This Order will memorialize the rulings from the bench.

Accordingly, for the reasons stated by the Court on the record at trial, it is **ORDERED AND ADJUDGED** that Plaintiff's Rule 50 Motion is **GRANTED** as to All VIP Care Inc.'s Counterclaims for Breach of Contract (Counterclaim Count I) and Tortious Interference With Contractual Relationship (Counterclaim Count IV); **GRANTED** as to Plaintiff's Breach of Contract Claim (Count III)[1]; **DENIED** as to Plaintiff's FLSA Claims (Counts I and II); and **DENIED** as to the good faith defense and damages.

---

[1] The Court notes that Plaintiff agreed to drop the breach of contract claim with respect to damages occurring in May 2021.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 1st day of November 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record