## Valdivieso Figuera v. VIP Care Inc. et al

## 22-cv-61553 WPD

Jury Notes

Where is the evidence of the 1099 form?

Why didn't they do anything about her not using the app?

Why wasn't the contract offered in Spanish?

Why wasn't a copy of the document given to the plaintiff?

Please Rely on your collective Recollections of what the testimony was. It would be inappropriate to supplement the evidence now.

*[signature]*
11/1/23

11/1/2023
Date

## Valdivieso Figuera v. VIP Care Inc. et al

## 22-cv-61553 WPD

Jury Notes

---

We have reached a verdict

11/1/2023

Foreperson Name        Foreperson Signature        Date