❦ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Cruz Valdivieso Figuera

V.

VIP Care Inc. et al

**EXHIBIT AND WITNESS LIST**

Case Number: 22-cv-61553 WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | B. Pollock   Luna Alvarez | Goldberg, R |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/30/23, 10/31, 11/1 | Laura Melton | Crystal Barnes-Butler  Jermaine Cleary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/30 | | | Ana Rowland |
| 2 | | " 10/31 | | | Liz Velazquez McKinnon |
| | 1 | 10/31 | | | Angela Melendez (zoom) |
| 3 | | " | | | Cruz Valdivieso Figuera |
| | 2 | 11/1 | | | Diana Ramirez |
| | | | | | |
| | | | | | |
| | | | | | see attached exhibit lists |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| CRUZ VALDIVIESO FIGUERA, | JOINT EXHIBIT LIST |
|---|---|
| Plaintiffs, | |
| vs. | CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |
| ALL VIP CARE INC. AND LIZ VELAZQUEZ MCKINNON, | |
| Defendants. | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE WILLIAM P. DIMITROULEAS | FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |

| TRIAL DATE(S) October 30, 2023, 10/31 | COURT REPORTER Laura Melton | COURTROOM DEPUTY Jermaine Creay, Crystal Barnes-Butler |
|---|---|---|

| JOINT NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | | 10/30 | All VIP Care Letter regarding Application |
| 2 | | | | \\ | Application for Contract or Employment* |
| 3 | | | | \\ | Independent Contractor Agreement* |
| 4 | | | | \\ | Acknowledgement of Nurse Registry Policy & Procedure* |
| 5 | | | | \\ | Home Health Aide/Certified Nursing Assistant Job Description |
| 6 | | | | \\ | Affidavit of Compliance with Background Screening |
| 7 | | | | \\ | Independent Contractor Professional Liability Policy |
| 8 | | | | \\ | Waiver of Professional Liability Insurance |
| 9 | | | | \\ | Time Records |
| 10 | | | | \\ | Plaintiff's Paystubs |
| 11 | | | | \\ | HHA Exchange Patient Calendar |
| 12 | | | | \\ | Defendants' Response to Plaintiff's Request for Production |
| 13 | | | | \\ | Defendant, All VIP's Answers to Plaintiff's Interrogatories |
| 14 | | | | \\ | Defendant, Velazquez McKinnon's Answers to Plaintiff's Interrogatories |

* Pending the Court's ruling on Plaintiff's Motion in Limine [ECF No. 91], Plaintiff submits that the references

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| CRUZ VALDIVIESO FIGUERA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALL VIP CARE INC. AND<br>LIZ VELAZQUEZ MCKINNON,<br><br>Defendants. | **PLAINTIFF'S AMENDED EXHIBIT LIST WITH DEFENDANT'S OBJECTIONS**<br><br>CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE WILLIAM P. DIMITROULEAS | FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |
| TRIAL DATE(S)<br>October 30, 2023, 10/31 | COURT REPORTER<br>Laura Melton | COURTROOM DEPUTY<br>Jermaine Creary, Crystal Burns-Butler |

| PLTF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | A, I, H, R UP | | Cesar Izique Sr. Letter Statement |
| 2 | | | A, I, H, R UP | | All VIP Website Homepage |
| 3 | | | A, I, H, R UP | | Check #517, |
| 4 | | | A, I, H, R UP | 10/30 | Check #2414 |
| 5 | | | A, I, H, R UP | | Unpaid Wages email to Leslie Rodriguez |
| 6 | | | A, I, H, R UP | | Email from Ana Maria Rowland |
| 7 | | | A, I, H, R UP | | Humana Records |
| 8 | | | A, I, H, R UP | | Google Review to All VIP Care Inc. |
| 9 | | | A, I, H, R UP | | Text Messages from Evelyn Vapi |
| 10 | | | A, I, H, UP | | Text Messages between Plaintiff and Diane Ramirez |
| 11 | | | A, I, H, UP | | Excel Spreadsheet Summarizing Pay Records |

Plaintiff reserves the right to amend this exhibit list.

Respectfully Submitted on October 17, 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

Page 1 of 1