UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment [DE 83], the Trial conducted October 30–November 1, 2023, and the Jury Verdict of November 1, 2023. Pursuant to Fed. R. Civ. P. 58(a), the Court enters this separate judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants ALL VIP CARE, INC. and LIZ VELAZQUEZ MCKINNON and against Plaintiff CRUZ VALDIVIESO FIGUERA on Plaintiff's claims for minimum wages, overtime pay, and FLSA retaliation.

2. Judgment is entered in favor of Plaintiff CRUZ VALDIVIESO FIGUERA and against Defendant ALL VIP CARE, INC. on Plaintiff's claim for breach of contract in the amount of $1,768.00, plus post judgment interest at the legal rate, for which let execution issue.

3. Judgment is entered in favor of Defendant ALL VIP CARE, INC. and against

      Plaintiff CRUZ VALDIVIESO FIGUERA on Plaintiff's claim for unjust enrichment.

4. Judgment is entered in favor of Plaintiff CRUZ VALDIVIESO FIGUERA and against Defendant ALL VIP CARE, INC. on Defendant ALL VIP CARE, INC.'s claims for breach of contract, promissory estoppel, violation of Florida's Trade Secret Act, and tortious interference with contractual relationship.

5. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 1st day of November, 2023.

Copies to:
Counsel of record

WILLIAM P. DIMITROULEAS
United States District Judge