AO 187 (Rev. 7/87) Exhibit and List
.

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| CRUZ VALDIVIESO FIGUERA,<br><br>          Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ALL VIP CARE INC. AND<br>LIZ VELAZQUEZ MCKINNON,<br><br>          Defendants/Counterclaimant. | **JOINT EXHIBIT LIST – USED AT TRIAL**<br><br>CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT |

| PRESIDING JUDGE<br><br>HONORABLE<br>WILLIAM P.<br>DIMITROULEAS | PLAINTIFF'S ATTORNEY<br><br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br><br>FLORIDA HEALTHCARE LAW FIRM.<br>Randy M. Goldberg Esq.,<br>151 NW 1st Avenue.,<br>Delray Beach, FL 33444 |

| TRIAL DATE(S)<br>Oct. 30 – Nov. 2, 2023 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| JOINT NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | Application for Contract or Employment |
| 3 | | | | | Independent Contractor Agreement |
| 4 | | | | | Acknowledgement of Nurse Registry Policy & Procedure |
| 5 | | | | | Home Health Aide/Certified Nursing Assistant Job Description |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | Time Records |
| 10 | | | | | Plaintiff's Paystubs |
| 11 | | | | | HHA Exchange Patient Calendar |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

Respectfully Submitted on November 6, 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 17474
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*