# HOME HEALTH AIDE/CERTIFIED NURSING ASSISTANT
# JOB DESCRIPTION

**REPORTS TO**   Administrator

**QUALIFICATIONS**
- Licensed by the Florida Department of Health as a Certified Nursing Assistant, or for home health aides, documentation of successful completion of at least forty hours of training (content must be consistent with Florida regulations specific to home health aide training).
- Individuals who earn their CNA certificate in another state must contact the Florida Certified Nursing Assistant office at the Department of Health to inquire about taking the written examination prior to working as a CNA in Florida.
- Registered nurses and licensed practical nurses who can show proof they are licensed in another state or in Florida can work as a home health aide in Florida.
- Home health aides who complete their training in another state must provide a copy of the course work and a copy of their training documentation to the nurse registry. If the course work is equivalent to Florida's requirements, the nurse registry may refer the home health aide for contract.
- Current CPR certification.
- Evidence of continuing education as required.
- One (1) year experience preferred.

**PRIMARY RESPONSIBILITIES** (including but not limited to the following):
- Fulfills assignments delegated by the nurse registry and provides services in accordance with a client's service provision plan.
- Meets all contractual obligations on an ongoing basis.
- Performs all personal care activities contained in a written assignment by a licensed health professional employee or contractor of the home health nurse registry and which includes assisting the client with personal hygiene, ambulation, eating, dressing, shaving, physical transfer, and other duties as assigned.
- Provides assistance with ambulation, limited to providing physical support to enable the client to move about within or outside of the client's place of residence. Physical support includes holding the client's hand, elbow, under the arm, or holding on to a support belt worn by the client to assist in providing stability or direction while the client ambulates.
- Provides assistance with bathing, limited to helping the client in and out of the bathtub or shower, adjusting water temperatures, washing and drying portions of the body which are difficult for the client to reach, and being available while the client is bathing. Can also include washing and drying the client who is bed-bound.
- Provides assistance with dressing, to include helping the client put on and remove clothing.
- Helps the client with shaving and with oral, hair, skin and nail care. (Nail trimming not allowed).
- Assists with toileting, including reminding the client about using the toilet, assisting to the bathroom, helping to undress, positioning on the commode, and helping with related personal hygiene, including assistance with changing of an adult brief. Also includes assisting with positioning the client on the bedpan and helping with related personal hygiene.
- Provides assistance with physical transfer. Providing verbal and physical cueing, physical assistance, or both while the client moves from one position to another, for example between the following: a bed, chair, wheelchair, commode, bathtub or shower, or a standing position. Transfer can also include use of a mechanical lift, if a home health aide or CNA is trained in its

© 2014 Alliance Consulting Services of Florida, Inc.

**EXHIBIT J-5**

use.
- Maintains a clean, safe and healthy environment, which may include light cleaning and straightening of the bathroom, straightening the sleeping and living areas, washing the client's dishes or laundry, and such tasks to maintain cleanliness and safety for the client.
- Responsible for observing appearance and gross behavioral changes in the client and reporting these changes to the caregiver and the nurse registry or the registered nurse responsible for assessing the case when giving care in the home or to the responsible facility employee if staffing in a facility.
- Documents services provided to the client or client and for filing said documentation with the nurse registry on a regular basis.
- Performs other activities as taught and documented by a registered nurse, concerning activities for a specific client and restricted to the following:
    - Assisting with the change of a colostomy bag, reinforcement of dressing;
    - Assisting with the use of devices for aid to daily living such as a wheelchair or walker;
    - Assisting with prescribed range of motion exercises;
    - Assisting with prescribed ice cap or collar;
    - Doing simple urine tests for sugar, acetone or albumin;
    - Measuring and preparing special diets;
    - Teaching household routine and skills to well members of the family;
    - Measuring intake and output of fluids;
    - Measuring temperature, pulse, respiration or blood pressure;
    - Keeping records of personal health care activities;
    - Assisting with ADL's and IADL's;
    - Providing nutritional support.
- Provides assistance with a client's self administration of medication, including the following:
    - Taking the medication in its previously dispensed, properly labeled container, from where it is stored and bringing it to the client.
    - In the presence of the client, reading the label, opening the container, removing a prescribed amount of medication from the container, and closing the container.
    - Placing an oral dosage in the client's hand or placing the dosage in another container and helping the client by lifting the container to his or her mouth.
    - Applying topical medications.
    - Returning the medication container to proper storage.
    - Keeping a record of when a client receives assistance with self-administration of medication.
- Assistance with a client's self-administration of medication does not include the following:
    - Mixing, compounding, converting, or calculating medication doses, except for measuring a prescribed amount of liquid doses, except for measuring a prescribed amount of liquid medication or breaking a scored tablet or crushing a tablet as prescribed.
    - The preparation of syringes for injection or the administration of medications by injectable route.
    - Administration of medications through intermittent positive pressure breathing machines or a nebulizer.
    - Administration of medications by way of a tube inserted in a cavity of the body. (e) Administration of parenteral preparations.
    - Irrigations for debriding agents used in the treatment of a skin condition.
    - Rectal, urethral, or vaginal preparations.

© 2014 Alliance Consulting Services of Florida, Inc.

- Medications ordered by the physician or health care professional with prescriptive authority to be given "as needed", unless the order is written with specific parameters that preclude independent judgment on the part of the unlicensed person, and at the request of a competent client.
- Medication for which the time of administration, the amount, the strength of dosage, the method of administration, or the reason for administration requires judgment or discretion on the part of the unlicensed person.

- The home health aide and CNA may also provide the following assistance with self-administered medication, as needed by the client:
    - Prepare necessary items such as juice, water, cups, or spoons to assist the client in the self-administration of medication;
    - Open and close the medication container or tear the foil of prepackaged medications;
    - Assist the resident in the self-administration process. Examples of such assistance include the steadying of the arm, hand, or other parts of the client's body so as to allow the self-administration of medication;
    - Assist the client by placing unused doses of solid medication back into the medication container.
- The home health aide or CNA may not change sterile dressings, irrigate body cavities such as giving an enema, irrigate a colostomy or wound, perform a gastric irrigation or enteral feeding, catheterize a client, administer medication, apply heat by any method, care for a tracheotomy tube, nor provide any personal health service which has not been included in the service provision plan.
- Adheres to standard precautions.
- Additional duties as assigned.
- Abides by the registry's Code of Conduct.
- Maintains client confidentiality per registry policy and federal privacy laws regarding the use and disclosure of client's protected health information.

By my signature below, I acknowledge and accept the responsibilities of this position.

Signature _____ Date 5·3·21

© 2014 Alliance Consulting Services of Florida, Inc.