ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245          DD

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx      **Contractor ID:**  2245

**Pay Period:**  12/20/21 **to** 12/26/21
**Check Date:** 12/31/21      **Check #:**  29605
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 715.00 | 22399.00 |
| **NET PAY** | **715.00** | **22399.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | 126.00 | 1638.00 |
| | | 1099 Misc Comp | 55.00 | 13.0000 | 715.00 | 1584.00 | 20761.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 715.00 | | 22399.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **715.00** | **22399.00** |

**EXHIBIT**

**J-10**

**0944 1813-2169**  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245          DD

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 12/13/21 **to** 12/19/21
**Check Date:** 12/24/21    **Check #:** 29297
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 312.00 | 21684.00 |
| **NET PAY** | **312.00** | **21684.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | 126.00 | 1638.00 |
| | | 1099 Misc Comp | 24.00 | 13.0000 | 312.00 | 1529.00 | 20046.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 312.00 | | 21684.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **312.00** | **21684.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245          DD

Payrolls by Paychex, inc.
Payrolls by Paychex, inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:** 2245

**Pay Period:** 12/06/21 **to** 12/12/21
**Check Date:** 12/17/21     **Check #:** 28981

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 104.00 | 21372.00 |
| **NET PAY** | **104.00** | **21372.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | 126.00 | 1638.00 |
| | | 1099 Misc Comp | 8.00 | 13.0000 | 104.00 | 1505.00 | 19734.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 104.00 | | 21372.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | **104.00** | **21372.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC                    1813-2169
5601 Corporate Way                  EE ID: 2245          DD
Suite 110
West Palm Beach FL  33407

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 11/29/21 **to** 12/05/21
**Check Date:** 12/10/21    **Check #:** 28657
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 21268.00 |
| **NET PAY** | **819.00** | **21268.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | 126.00 | 1638.00 |
| | | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 1497.00 | 19630.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 21268.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **819.00** | **21268.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC                1813-2169
5601 Corporate Way              EE ID: 2245         DD
Suite 110
West Palm Beach FL  33407

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:** 2245

**Pay Period:** 11/22/21 **to** 11/28/21
**Check Date:** 12/03/21     **Check #:** 28342
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 20449.00 |
| **NET PAY** | **819.00** | **20449.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | 63.00 | 13.0000 | 819.00 | 126.00 | 1638.00 |
| | 1099 Misc Comp | | | | 1434.00 | 18811.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 20449.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | |
| | Fed Backup | No Withholding | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **20449.00** |

*Payrolls by Paychex, Inc.*

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245          DD

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 11/15/21 **to** 11/21/21
**Check Date:** 11/26/21    **Check #:** 28031
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1235.00 | 19630.00 |
| **NET PAY** | **1235.00** | **19630.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | | | | 63.00 | 819.00 |
| | 1099 Misc Comp | 95.00 | 13.0000 | 1235.00 | 1434.00 | 18811.00 |
| | **REIMB & OTHER PAYMENTS** | | | 1235.00 | | 19630.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) |
|---|---|---|---|
| | Fed Backup | No Withholding | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | **1235.00** | **19630.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL 33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245          DD

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:**  2245

**Pay Period:** 11/08/21 **to** 11/14/21
**Check Date:** 11/19/21     **Check #:** 27723
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 18395.00 |
| **NET PAY** | **819.00** | **18395.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | | | | 63.00 | 819.00 |
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 1339.00 | 17576.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 18395.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | |
| | Fed Backup | No Withholding | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **18395.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245          DD

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | | | | 63.00 | 819.00 |
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 1276.00 | 16757.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 17576.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | |
| | Fed Backup | No Withholding | | | | |

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:** 2245

**Pay Period:** 11/01/21 **to** 11/07/21
**Check Date:** 11/12/21     **Check #:** 27409
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 17576.00 |
| **NET PAY** | **819.00** | **17576.00** |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **819.00** | **17576.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245          DD

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | | 1099 Misc | | | | 63.00 | 819.00 |
| 6401 Perry St | | | | 1099 Misc Comp | 71.00 | 13.0000 | 923.00 | 1213.00 | 15938.00 |
| Hollywood, FL  33024 | | | | **REIMB & OTHER PAYMENTS** | | | 923.00 | | 16757.00 |
| **Soc Sec #:** xxx-xx-xxxx  **Contractor ID:** 2245 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Fed Backup | No Withholding | | | | |
| **Pay Period:** 10/18/21 **to** 10/24/21 | | | | | | | | | |
| **Check Date:** 10/29/21   **Check #:** 26808 | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | | | | | | |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 923.00 | 16757.00 |
| **NET PAY** | **923.00** | **16757.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **923.00** | **16757.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 10/11/21 **to** 10/17/21
**Check Date:** 10/22/21    **Check #:**  26464
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1131.00 | 15834.00 |
| **NET PAY** | **1131.00** | **15834.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | | | | 63.00 | 819.00 |
| | 1099 Misc Comp | 87.00 | 13.0000 | 1131.00 | 1142.00 | 15015.00 |
| | **REIMB & OTHER PAYMENTS** | | | 1131.00 | | 15834.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Fed Backup | No Withholding | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1131.00** | **15834.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:**  2245

**Pay Period:** 10/04/21 **to** 10/10/21
**Check Date:** 10/15/21     **Check #:**  26165
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 14703.00 |
| **NET PAY** | **819.00** | **14703.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | | | | 63.00 | 819.00 |
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 1055.00 | 13884.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 14703.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Fed Backup | No Withholding | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **14703.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245
DD 1

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

**Pay Period:** 09/27/21 **to** 10/03/21
**Check Date:** 10/08/21   **Check #:** 25862
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 13884.00 |
| **NET PAY** | **819.00** | **13884.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | | | | 63.00 | 819.00 |
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 992.00 | 13065.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 13884.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Fed Backup | No Withholding | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **13884.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
DD

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

**Pay Period:** 09/20/21 **to** 09/26/21
**Check Date:** 10/01/21   **Check #:** 25567
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 13065.00 |
| **NET PAY** | **819.00** | **13065.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | 63.00 | 13.0000 | 819.00 | 63.00 | 819.00 |
| | 1099 Misc Comp | | | | 929.00 | 12246.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 13065.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | |
| | Fed Backup | No Withholding | | | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **819.00** | **13065.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Cruz Valdivieso Figuera | | |
| 6401 Perry St | | |
| Hollywood, FL  33024 | | |
| **Soc Sec #:** xxx-xx-xxxx | **Contractor ID:** 2245 | |

**Pay Period:** 09/13/21 **to** 09/19/21
**Check Date:** 09/24/21     **Check #:** 25282
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 12246.00 |
| **NET PAY** | **819.00** | **12246.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 929.00 | 12246.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 12246.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **819.00** | **12246.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 09/06/21 **to** 09/12/21
**Check Date:** 09/17/21    **Check #:** 24983
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 11427.00 |
| **NET PAY** | **819.00** | **11427.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 866.00 | 11427.00 |
| | REIMB & OTHER PAYMENTS | | | 819.00 | | 11427.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **11427.00** |

*Payrolls by Paychex, Inc.*

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 803.00 | 10608.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 10608.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 08/30/21 to 09/05/21
**Check Date:** 09/10/21    **Check #:** 24695
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 10608.00 |
| **NET PAY** | **819.00** | **10608.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **10608.00** |

Payrolls by Paychex, Inc.

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
DD1

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 08/23/21 **to** 08/29/21
**Check Date:** 09/03/21    **Check #:**  24409
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 9789.00 |
| **NET PAY** | **819.00** | **9789.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 740.00 | 9789.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 9789.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **819.00** | **9789.00** |

Payrolls by Paychex, Inc.

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

*Payrolls by Paychex, inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

**NON-NEGOTIABLE**

*Payrolls by Paychex inc.*

**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx      **Contractor ID:** 2245

**Pay Period:** 08/16/21 **to** 08/22/21
**Check Date:** 08/27/21     **Check #:** 24117
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 8970.00 |
| **NET PAY** | **819.00** | **8970.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 677.00 | 8970.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 8970.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **819.00** | **8970.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
Dept

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 614.00 | 8151.00 |
| 6401 Perry St | | | | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 8151.00 |
| Hollywood, FL  33024 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Soc Sec #:** xxx-xx-xxxx | **Contractor ID:**  2245 | | | | | | | | |
| | | | | Fed Backup | No Withholding | | | | |
| **Pay Period:**  08/09/21 **to** 08/15/21 | | | | | | | | | |
| **Check Date:**  08/20/21 | **Check #:**  23823 | | | | | | | | |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 8151.00 |
| **NET PAY** | **819.00** | **8151.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **8151.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
Dept

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 08/02/21 **to** 08/08/21
**Check Date:** 08/13/21    **Check #:** 23528
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 7332.00 |
| **NET PAY** | **819.00** | **7332.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 551.00 | 7332.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 7332.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **7332.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
DD 1

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 07/26/21 **to** 08/01/21
**Check Date:** 08/06/21    **Check #:** 23236
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 819.00 | 6513.00 |
| **NET PAY** | **819.00** | **6513.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 63.00 | 13.0000 | 819.00 | 488.00 | 6513.00 |
| | **REIMB & OTHER PAYMENTS** | | | 819.00 | | 6513.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **819.00** | **6513.00** |

*Payrolls by Paychex, Inc.*

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 754.00 | 425.00 | 5694.00 |
| | **REIMB & OTHER PAYMENTS** | | | 754.00 | | 5694.00 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Fed Backup | No Withholding | | | | |

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:**  2245

**Pay Period:** 07/19/21 **to** 07/25/21
**Check Date:** 07/30/21     **Check #:**  22950
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 754.00 | 5694.00 |
| **NET PAY** | **754.00** | **5694.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **754.00** | **5694.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 23.00 | 13.0000 | 299.00 | 380.00 | 4940.00 |
| | **REIMB & OTHER PAYMENTS** | | | 299.00 | | 4940.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 07/12/21 **to** 07/18/21
**Check Date:** 07/23/21    **Check #:**  22660
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 299.00 | 4940.00 |
| **NET PAY** | **299.00** | **4940.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **299.00** | **4940.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245
DID 1

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

**NON-NEGOTIABLE**

Payrolls by Paychex, Inc.

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Cruz Valdivieso Figuera | | |
| 6401 Perry St | | |
| Hollywood, FL 33024 | | |
| **Soc Sec #:** xxx-xx-xxxx | **Contractor ID:** 2245 | |

**Pay Period:** 07/05/21 **to** 07/11/21
**Check Date:** 07/16/21    **Check #:** 22388
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 4641.00 |
| **NET PAY** | **585.00** | **4641.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 357.00 | 4641.00 |
| | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 4641.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **585.00** | **4641.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL 33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
Dpt

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 06/28/21 **to** 07/04/21
**Check Date:** 07/09/21    **Check #:**  22124

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 4056.00 |
| **NET PAY** | **585.00** | **4056.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 312.00 | 4056.00 |
| | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 4056.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **585.00** | **4056.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:** 2245

**Pay Period:** 06/21/21 **to** 06/27/21
**Check Date:** 07/02/21     **Check #:** 21857
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 3471.00 |
| **NET PAY** | **585.00** | **3471.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 267.00 | 3471.00 |
| | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 3471.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **585.00** | **3471.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:** 2245

**Pay Period:** 06/14/21 **to** 06/20/21
**Check Date:** 06/25/21     **Check #:** 21602
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 2886.00 |
| **NET PAY** | **585.00** | **2886.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 222.00 | 2886.00 |
| | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 2886.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **585.00** | **2886.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
DD1

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 06/07/21 **to** 06/13/21
**Check Date:** 06/18/21    **Check #:** 21343
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 2301.00 |
| **NET PAY** | **585.00** | **2301.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 177.00 | 2301.00 |
| | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 2301.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **585.00** | **2301.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

**Pay Period:** 05/31/21 **to** 06/06/21
**Check Date:** 06/11/21   **Check #:** 21088
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 1716.00 |
| **NET PAY** | **585.00** | **1716.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 132.00 | 1716.00 |
| | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 1716.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **585.00** | **1716.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 05/17/21 **to** 05/23/21
**Check Date:** 05/28/21    **Check #:** 20593
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 1131.00 |
| **NET PAY** | **585.00** | **1131.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 87.00 | 1131.00 |
| | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 1131.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **585.00** | **1131.00** |

0944 1813-2169 ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL 33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

**Pay Period:** 05/10/21 **to** 05/16/21
**Check Date:** 05/21/21   **Check #:** 20347
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 481.00 | 546.00 |
| **NET PAY** | **481.00** | **546.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 37.00 | 13.0000 | 481.00 | 42.00 | 546.00 |
| | **REIMB & OTHER PAYMENTS** | | | 481.00 | | 546.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **481.00** | **546.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx      **Contractor ID:** 2245

**Pay Period:** 05/03/21 **to** 05/09/21
**Check Date:** 05/14/21     **Check #:** 20100
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 65.00 | 65.00 |
| **NET PAY** | **65.00** | **65.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 5.00 | 13.0000 | 65.00 | 5.00 | 65.00 |
| | **REIMB & OTHER PAYMENTS** | | | 65.00 | | 65.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **65.00** | **65.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 07/11/22 **to** 07/17/22
**Check Date:** 07/22/22    **Check #:** 39262

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 455.00 | 26455.00 |
| **NET PAY** | **455.00** | **26455.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M133.00 | 1729.00 |
| | | 1099 Misc Comp | 35.00 | 13.0000 | 455.00 | 1902.00 | 24726.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 455.00 | | 26455.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **455.00** | **26455.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 07/04/22 **to** 07/10/22
**Check Date:** 07/15/22    **Check #:**  38889
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1365.00 | 26000.00 |
| **NET PAY** | **1365.00** | **26000.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M133.00 | 1729.00 |
| | | 1099 Misc Comp | 105.00 | 13.0000 | 1365.00 | 1867.00 | 24271.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1365.00 | | 26000.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **1365.00** | **26000.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245
Dpt

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

**Pay Period:** 06/27/22 **to** 07/03/22
**Check Date:** 07/08/22   **Check #:** 38544
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1391.00 | 24635.00 |
| **NET PAY** | **1391.00** | **24635.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | M107.00 | | 1391.00 | M133.00 | 1729.00 |
| | | 1099 Misc Comp | | | | 1762.00 | 22906.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1391.00 | | 24635.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | **1391.00** | **24635.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 06/20/22 **to** 06/26/22
**Check Date:** 07/01/22    **Check #:**  38470
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1378.00 | 23244.00 |
| **NET PAY** | **1378.00** | **23244.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 106.00 | 13.0000 | 1378.00 | 1762.00 | 22906.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1378.00 | | 23244.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1378.00** | **23244.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.
NON-NEGOTIABLE
NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

## PERSONAL AND CHECK INFORMATION

Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 06/13/22 **to** 06/19/22
**Check Date:** 06/24/22    **Check #:** 38121

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1404.00 | 21866.00 |
| **NET PAY** | **1404.00** | **21866.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 108.00 | 13.0000 | 1404.00 | 1656.00 | 21528.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1404.00 | | 21866.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1404.00** | **21866.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
Dpt

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx      **Contractor ID:**  2245

**Pay Period:** 06/06/22 **to** 06/12/22
**Check Date:** 06/17/22      **Check #:** 37769
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1274.00 | 20462.00 |
| **NET PAY** | **1274.00** | **20462.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 98.00 | 13.0000 | 1274.00 | 1548.00 | 20124.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1274.00 | | 20462.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | **1274.00** | **20462.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

Payrolls by Paychex, inc.

Payrolls by Paychex, inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

**Pay Period:** 05/30/22 **to** 06/05/22
**Check Date:** 06/10/22   **Check #:** 37405

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1365.00 | 19188.00 |
| **NET PAY** | **1365.00** | **19188.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 105.00 | 13.0000 | 1365.00 | 1450.00 | 18850.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1365.00 | | 19188.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1365.00** | **19188.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | 1099 Misc | | | | M26.00 | 338.00 |
| 6401 Perry St | | | 1099 Misc Comp | 87.00 | 13.0000 | 1131.00 | 1345.00 | 17485.00 |
| Hollywood, FL  33024 | | | **REIMB & OTHER PAYMENTS** | | | 1131.00 | | 17823.00 |
| **Soc Sec #:** xxx-xx-xxxx  **Contractor ID:** 2245 | | | | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

**Pay Period:** 05/23/22 to 05/29/22
**Check Date:** 06/03/22    **Check #:** 37045

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1131.00 | 17823.00 |
| **NET PAY** | **1131.00** | **17823.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1131.00** | **17823.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | 1099 Misc | | | | M26.00 | 338.00 |
| 6401 Perry St | | | 1099 Misc Comp | 121.00 | 13.0000 | 1573.00 | 1258.00 | 16354.00 |
| Hollywood, FL  33024 | | | **REIMB & OTHER PAYMENTS** | | | 1573.00 | | 16692.00 |

**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

**Pay Period:** 05/16/22 **to** 05/22/22
**Check Date:** 05/27/22   **Check #:** 36681

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1573.00 | 16692.00 |
| **NET PAY** | **1573.00** | **16692.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1573.00** | **16692.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
D01

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 05/09/22 **to** 05/15/22
**Check Date:** 05/20/22    **Check #:**  36317
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | |
| Chkg 533 | 871.00 | 15119.00 |
| **NET PAY** | **871.00** | **15119.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 67.00 | 13.0000 | 871.00 | 1137.00 | 14781.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 871.00 | | 15119.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **871.00** | **15119.00** |

*Payrolls by Paychex, Inc.*

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
DI01

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

Payrolls by Paychex, inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:** 2245

**Pay Period:** 05/02/22 **to** 05/08/22
**Check Date:** 05/13/22     **Check #:** 35963
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1027.00 | 14248.00 |
| **NET PAY** | **1027.00** | **14248.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 79.00 | 13.0000 | 1027.00 | 1070.00 | 13910.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1027.00 | | 14248.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1027.00** | **14248.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | 1099 Misc | | | | M26.00 | 338.00 |
| 6401 Perry St | | | 1099 Misc Comp | 87.00 | 13.0000 | 1131.00 | 991.00 | 12883.00 |
| Hollywood, FL  33024 | | | **REIMB & OTHER PAYMENTS** | | | 1131.00 | | 13221.00 |
| **Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245 | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | Fed Backup | No Withholding | | | | |
| **Pay Period:** 04/25/22 **to** 05/01/22 | | | | | | | | |
| **Check Date:** 05/06/22   **Check #:** 35606 | | | | | | | | |

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1131.00 | 13221.00 |
| **NET PAY** | **1131.00** | **13221.00** |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1131.00** | **13221.00** |

*Payrolls by Paychex, Inc.*

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
D01

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, inc.

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx      **Contractor ID:**  2245

**Pay Period:** 04/18/22 **to** 04/24/22
**Check Date:** 04/29/22      **Check #:**  35243
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1027.00 | 12090.00 |
| **NET PAY** | **1027.00** | **12090.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 79.00 | 13.0000 | 1027.00 | 904.00 | 11752.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1027.00 | | 12090.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1027.00** | **12090.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245
DPI

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:** 2245

**Pay Period:** 04/11/22 **to** 04/17/22
**Check Date:** 04/22/22     **Check #:** 34886

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1027.00 | 11063.00 |
| **NET PAY** | **1027.00** | **11063.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 79.00 | 13.0000 | 1027.00 | 825.00 | 10725.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1027.00 | | 11063.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **1027.00** | **11063.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
DD

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | 1099 Misc | | | | M26.00 | 338.00 |
| 6401 Perry St | | | 1099 Misc Comp | 45.00 | 13.0000 | 585.00 | 746.00 | 9698.00 |
| Hollywood, FL  33024 | | | **REIMB & OTHER PAYMENTS** | | | 585.00 | | 10036.00 |
| **Soc Sec #:** xxx-xx-xxxx   **Contractor ID:**  2245 | | | | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

**Pay Period:** 04/04/22 **to** 04/10/22
**Check Date:** 04/15/22    **Check #:**  34526
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 585.00 | 10036.00 |
| **NET PAY** | **585.00** | **10036.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **585.00** | **10036.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 03/28/22 **to** 04/03/22
**Check Date:** 04/08/22    **Check #:** 34163
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 793.00 | 9451.00 |
| **NET PAY** | **793.00** | **9451.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 61.00 | 13.0000 | 793.00 | 701.00 | 9113.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 793.00 | | 9451.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **793.00** | **9451.00** |

0944 1813-2169 ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL 33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 03/21/22 **to** 03/27/22
**Check Date:** 04/01/22    **Check #:** 33816

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1001.00 | 8658.00 |
| **NET PAY** | **1001.00** | **8658.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 77.00 | 13.0000 | 1001.00 | 640.00 | 8320.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1001.00 | | 8658.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **1001.00** | **8658.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

Payrolls by Paychex, inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 03/14/22 **to** 03/20/22
**Check Date:** 03/25/22    **Check #:** 33467
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 1001.00 | 7657.00 |
| **NET PAY** | **1001.00** | **7657.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 77.00 | 13.0000 | 1001.00 | 563.00 | 7319.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 1001.00 | | 7657.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) |
|---|---|---|---|
| | Fed Backup | No Withholding | |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1001.00** | **7657.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

Payrolls by Paychex, inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

Payrolls by Paychex inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 03/07/22 **to** 03/13/22
**Check Date:** 03/18/22    **Check #:** 33129
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 767.00 | 6656.00 |
| **NET PAY** | **767.00** | **6656.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 59.00 | 13.0000 | 767.00 | 486.00 | 6318.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 767.00 | | 6656.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | **767.00** | **6656.00** |

Payrolls by Paychex, Inc.

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 02/28/22 **to** 03/06/22
**Check Date:** 03/11/22    **Check #:** 32783

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 806.00 | 5889.00 |
| **NET PAY** | **806.00** | **5889.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 62.00 | 13.0000 | 806.00 | 427.00 | 5551.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 806.00 | | 5889.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | **806.00** | **5889.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx     **Contractor ID:**  2245

**Pay Period:** 02/21/22 **to** 02/27/22
**Check Date:** 03/04/22     **Check #:**  32450
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 702.00 | 5083.00 |
| **NET PAY** | **702.00** | **5083.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 54.00 | 13.0000 | 702.00 | 365.00 | 4745.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 702.00 | | 5083.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **702.00** | **5083.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245
D61

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | 1099 Misc | | | | M26.00 | 338.00 |
| 6401 Perry St | | | 1099 Misc Comp | 52.00 | 13.0000 | 676.00 | 311.00 | 4043.00 |
| Hollywood, FL  33024 | | | **REIMB & OTHER PAYMENTS** | | | 676.00 | | 4381.00 |
| **Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245 | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | Fed Backup | No Withholding | | | | |
| **Pay Period:** 02/14/22 **to** 02/20/22 | | | | | | | | |
| **Check Date:** 02/25/22    **Check #:** 32116 | | | | | | | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 676.00 | 4381.00 |
| **NET PAY** | **676.00** | **4381.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **676.00** | **4381.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:**  2245

**Pay Period:** 02/07/22 **to** 02/13/22
**Check Date:** 02/18/22   **Check #:**  31780
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 767.00 | 3705.00 |
| **NET PAY** | **767.00** | **3705.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 59.00 | 13.0000 | 767.00 | 259.00 | 3367.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 767.00 | | 3705.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **767.00** | **3705.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 01/31/22 **to** 02/06/22
**Check Date:** 02/11/22    **Check #:** 31449
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 702.00 | 2938.00 |
| **NET PAY** | **702.00** | **2938.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 54.00 | 13.0000 | 702.00 | 200.00 | 2600.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 702.00 | | 2938.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **702.00** | **2938.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Cruz Valdivieso Figuera | | | 1099 Misc | | | | M26.00 | 338.00 |
| 6401 Perry St | | | 1099 Misc Comp | 40.00 | 13.0000 | 520.00 | 146.00 | 1898.00 |
| Hollywood, FL 33024 | | | **REIMB & OTHER PAYMENTS** | | | 520.00 | | 2236.00 |
| **Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245 | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | Fed Backup | No Withholding | | | | |
| **Pay Period:** 01/24/22 **to** 01/30/22 | | | | | | | | |
| **Check Date:** 02/04/22   **Check #:** 31127 | | | | | | | | |
| NET PAY ALLOCATIONS | | | | | | | | |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 520.00 | 2236.00 |
| **NET PAY** | **520.00** | **2236.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **520.00** | **2236.00** |

0944 1813-2169 ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL 33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 01/17/22 **to** 01/23/22
**Check Date:** 01/28/22    **Check #:** 30804
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 702.00 | 1716.00 |
| **NET PAY** | **702.00** | **1716.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 54.00 | 13.0000 | 702.00 | 106.00 | 1378.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 702.00 | | 1716.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **702.00** | **1716.00** |

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx   **Contractor ID:** 2245

**Pay Period:** 01/10/22 **to** 01/16/22
**Check Date:** 01/21/22   **Check #:** 30496
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 390.00 | 1014.00 |
| **NET PAY** | **390.00** | **1014.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 30.00 | 13.0000 | 390.00 | 52.00 | 676.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 390.00 | | 1014.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | **390.00** | **1014.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL  33407

1813-2169
EE ID: 2245

Payrolls by Paychex, Inc.

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL  33024

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL  33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:**  2245

**Pay Period:** 01/03/22 **to** 01/09/22
**Check Date:** 01/14/22    **Check #:**  30187
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 286.00 | 624.00 |
| **NET PAY** | **286.00** | **624.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | | | | M26.00 | 338.00 |
| | | 1099 Misc Comp | 22.00 | 13.0000 | 286.00 | 22.00 | 286.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 286.00 | | 624.00 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Fed Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **286.00** | **624.00** |

0944  1813-2169  ALL VIP CARE Inc • 5601 Corporate Way • Suite 110 • West Palm Beach FL  33407 • (561) 268-2531

ALL VIP CARE INC
5601 Corporate Way
Suite 110
West Palm Beach FL 33407

1813-2169
EE ID: 2245

NON-NEGOTIABLE

CRUZ VALDIVIESO FIGUERA
6401 PERRY ST
HOLLYWOOD FL 33024

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Cruz Valdivieso Figuera
6401 Perry St
Hollywood, FL 33024
**Soc Sec #:** xxx-xx-xxxx    **Contractor ID:** 2245

**Pay Period:** 12/27/21 **to** 01/02/22
**Check Date:** 01/07/22    **Check #:** 29891
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 533 | 338.00 | 338.00 |
| **NET PAY** | **338.00** | **338.00** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | 1099 Misc | M26.00 | | 338.00 | M26.00 | 338.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 338.00 | | 338.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **338.00** | **338.00** |