UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO: 0:22-CV-61553-WPD**

**CRUZ VALDIVIESO FIGUERA,**

                Plaintiff,

vs.

**ALL VIP CARE, INC., &**
**LIZ VELAZQUEZ McKINNON,**

                Defendants.

_____/

## MOTION TO WITHDRAW

The undersigned attorney, Randy M. Goldberg, Esquire, and the Florida Healthcare Law Firm (collectively the "FHLF") in accordance with Rule 4-1.16 of the R. Regul. FL. Bar, et al, files this Motion to Withdraw from further representation of the Defendants **ALL VIP CARE, INC., &** **LIZ VELAZQUEZ McKINNON**, as the Defendants have terminated the relationship between the Plaintiff and the FHLF effective immediately.

The Defendants' current mailing address collectively is c/o **LIZ VELAZQUEZ McKINNON**, individually and on behalf of **ALL VIP CARE, INC.** 5601 Corporate Way, Ste 204, W. Palm Beach, FL 33407, with an email address of liz@allvipcare.com.

WHEREFORE FHLF respectfully requests that this Court enter an Order: (i) granting FHLF's Motion to Withdraw; (ii) together with whatever further relief that this Court deems fit and proper.

## VERIFICATION & CONSENT

**I, LIZ VELAZQUEZ McKINNON**, verify that the foregoing representations are true and correct to the best of my ability and knowledge and I request to terminate FHLF's further representation of the Defendants in this action.

1

By: _____       Dated: _____

**LIZ VELAZQUEZ McKINNON**, individually and
as President of **ALL VIP CARE, INC.**

## CERTIFICATIONS

I hereby certify that a copy of this pleading which was filed with the Clerk of the Court

and was provided to: **Brian Howard Pollock, Esquire,** Fairlaw Firm, 135 San Lorenzo, Avenue,

Suiote 770, Coral Gables, FL 33146, Brian@fairlawattorney.com; and all attorneys listed on and

via the ECM System on **November 6, 2023**.

/s/ *RANDY M. GOLDBERG, ESQUIRE*
Florida Healthcare Law Firm
FBN: 045187
151 NW 1st Avenue
Delray Beach, FL 33444
754-224-0867
RMGEsquire@gmail.com
Randy@Randygoldberglaw.com

2