UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:22-CV-61553-WPD

**CRUZ VALDIVIESO FIGUERA**,
                Plaintiff,

vs.

**ALL VIP CARE, INC.**, &
**LIZ VELAZQUEZ McKINNON**,
                Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

      This cause coming before the Court upon the Motion to Withdraw filed by Randy M. Goldberg, Esquire, and the Florida Healthcare Law Firm (collectively the "FHLF") in accordance with Rule 4-1.16 of the R. Regul. FL. Bar, et al. This Court having reviewed the Court file, hearing the argument of Counsel and being advised of the consent of the Defendants, along with the fact that the Plaintiff does not oppose the relief requested in the Motion to Withdraw, it is therefore, ORDERED AND ADJUDGED that:

      1.    The Motion to Withdraw is Granted and that effective immediately, Randy M. Goldberg, Esquire, and the Florida Healthcare Law Firm are relieved of further representation and responsibility on behalf of the Defendants in this matter.

      2.    That all future filings and documents tendered to the Defendants **ALL VIP CARE, INC.**, & **LIZ VELAZQUEZ McKINNON**, be sent to **LIZ VELAZQUEZ McKINNON**, individually and on behalf of **ALL VIP CARE, INC.** to 5601 Corporate Way, Ste 204, W. Palm Beach, FL 33407, with an email address of liz@allvipcare.com.

      Ordered. In Broward County, Florida on _____

                                                                                  By: _____
                                                                                   WILLIAM P. DIMITROULEAS
                                                                                   District Court Judge

Cc:    Brian Howard Pollock, Esquire, Brian@fairlawattorney.com;
           Randy M. Goldberg, Esquire, RMGEsquire@gmail.com

1