**Accurate Serve of Plantation**

151 North Nob Hill Road #254
Plantation, FL 33324
Phone: 954-299-1552    Fax: --
47-1231858

**accurateserve®**
WHERE PERFECTION IS THE PROCESS
"We Give Attorneys Peace of Mind"

**Invoice # MIA4154**

| Client Info: | Invoice Info: |
|---|---|
| FairLaw Firm<br>FairLaw Firm<br>135 San Lorenzo Ave, Suite 770<br>Coral Gables, FL  33146 | Client Ref #  Cruz Valdivieso Figuera vs.<br>Job #  VIP Care, Inc., All VIP Care Inc., John Corrigan, and Leigh-Ann Figueira<br>Invoice Date: MIA4154<br>9/14/2022<br>Client ID: 3522 |

**Case Info:**

Court Name: DISTRICT COURT
Court Division:
Case # 0:22-CV-61553

Plaintiff:
CRUZ VALDIVIESO FIGUERA
 -versus-
Defendant:
ALL VIP CARE INC. c/o LIZ VELAZQUEZ MCKINNON, its Registered Agent

**Service Info:**

Serve To: ALL VIP CARE INC. c/o LIZ VELAZQUEZ MCKINNON, its Registered Agent
Service: SUB/AUTHORIZED AGENT
Date: 09/19/2022  Time: 04:20 PM

Location:
5601 Corporate Way STE 204 West Palm Beach, FL  33407

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | Local Attorney - Routine Service - Miami-Dade, Palm Beach, Broward | $49.00 | $49.00 |
| 1 | Local Attorney - Routine Service - Miami-Dade, Palm Beach, Broward | $49.00 | $49.00 |
| | | Sub Total | $98.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $98.00 |

Thank you for choosing AccurateServe of Plantation - Miami - Palm Beach where perfection is the process.

Payment is due upon receipt of invoice and/or within 30 days. Payment may be sent in the form of check and/or money order to our accounting department located at - 4600 Summerlin Road, Suite C2-411, Fort Myers FL, 33919 or Credit card payments are accepted online at www.ACCURATESERVEPLANTATION.com/payment.
For questions and concerns, you may reach our office at 954-299-1552, Monday thru Friday 9am – 5pm.
Thank you for your cooperation and supporting local small businesses.

**A subsequent $5 fee will be added once the invoice is 60 days overdue. A fee will be added each additional 30 days the invoice ages past due until the invoice is paid in full. IF PAYMENT CONTINUES TO GO UNPAID WE WILL FILE A FLORIDA BAR COMPLAINT!**



1 of 1

**From:** **Accurate Serve FL** beau.charlet@accurateservefl.com
**Subject:** Thank you for your payment
**Date:** September 21, 2022 at 9:29 AM
**To:** melody@fairlawattorney.com



Hello Brian Polllock,

Thank you for your invoice payment to Accurate Serve FL.

Invoice Number: mia 4154
Invoice Amount: $98.00
Transaction id: ch_3LkSz6HUIYZqMpQk1tJWYZqt

Thank you,
Accurate Serve Florida