**Accurate Serve of Plantation**

151 North Nob Hill Road #254
Plantation, FL  33324
Phone: 954-299-1552    Fax: --
47-1231858



**Invoice # MIA5246**

| Client Info: | Invoice Info: |
|---|---|
| FairLaw Firm<br>FairLaw Firm<br>135 San Lorenzo Ave, Suite 770<br>Coral Gables, FL  33146 | Client Ref #  Cruz Valdivieso Figuera vs. VIP Care, Inc.<br>Job #  MIA5246<br>Invoice Date:  10/25/2022<br>Client ID:  3522 |

**Case Info:**

Court Name: UNITED STATES DISTRICT COURT
Court Division: SOUTHERN DISTRICT
Case # 0:22-CV-61553

Plaintiff:
CRUZ VALDIVIESO FIGUERA
 -versus-
Defendant:
ALL VIP CARE INC., ET AL

**Service Info:**

Serve To: Liz Velazquez McKinnon c/o Michael Garcia, P.A., as authorized to accept service
Service: SUBSTITUTE BUSINESS
Date: 10/27/2022  Time: 02:30 PM

Location:
888 S.E. 3rd Avenue, Suite 400-D Fort Lauderdale, FL  33316

| Qty | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | Local Attorney - Routine Service - Miami-Dade, Palm Beach, Broward | $49.00 | $49.00 |
| | | Sub Total | $49.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $49.00 |

Thank you for choosing AccurateServe of Plantation - Miami - Palm Beach where perfection is the process.

Payment is due upon receipt of invoice and/or within 30 days. Payment may be sent in the form of check and/or money order to our accounting department located at - 4600 Summerlin Road, Suite C2-411, Fort Myers FL, 33919 or Credit card payments are accepted online at www.ACCURATESERVEPLANTATION.com/payment.

For questions and concerns, you may reach our office at 954-299-1552, Monday thru Friday 9am – 5pm.
Thank you for your cooperation and supporting local small businesses.

**A subsequent $5 fee will be added once the invoice is 60 days overdue. A fee will be added each additional 30 days the invoice ages past due until the invoice is paid in full. IF PAYMENT CONTINUES TO GO UNPAID WE WILL FILE A FLORIDA BAR COMPLAINT!**



1 of 1

**From:** **Accurate Serve FL** beau.charlet@accurateservefl.com
**Subject:** Thank you for your payment
**Date:** November 2, 2022 at 1:07 PM
**To:** melody@fairlawattorney.com



Hello Brian Polllock,

Thank you for your invoice payment to Accurate Serve FL.

Invoice Number: mia5246
Invoice Amount: $49.00
Transaction id: ch_3LzkPNHUIYZqMpQk19II6sed

Thank you,
Accurate Serve Florida