

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20511636 | 5/22/2023 | 630025 |
| Job Date | Case No. | |
| 5/16/2023 | 0:22-CV-61553-DIMITROULEAS/HUNT | |
| Case Name | | |
| Cruz Valdivieso Figuera vs. All Vip Care & Liz Velazquez McKinnon | | |
| Payment Terms | | |
| Due upon receipt | | |

Toussaint Cummings, Esq.
Fair Law Firm
135 San Lorenzo Ave
Suite 770
Coral Gables , FL 33146

Deposition of :
    Liz Vanessa McKinnon, Corp Rep.
        Appearance Fee: First Hour                         1.00    Hours    @    95.000    95.00
        Appearance Fee: Each Additional Hour        3.00    Hours    @    55.000    165.00
        **Complimentary Zoom**                               **1.00**             **@**    **0.000**    **0.00**

TOTAL DUE   >>>                                                                                              $260.00

Location of Job   : REMOTE-ALL PARTIES REMOTE , FL

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

TO PAY USE THIS LINK
https://www.e-billexpress.com/ebpp/ucrinc/

( - ) Payments/Credits:       260.00
(+) Finance Charges/Debits:       0.00
(=) New Balance:       $0.00

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Toussaint Cummings, Esq.
Fair Law Firm
135 San Lorenzo Ave
Suite 770
Coral Gables , FL 33146

Job No.       : 630025           BU ID        : Digi Brwrd
Case No.      : 0:22-CV-61553-DIMITROULEAS/HUNT
Case Name     : Cruz Valdivieso Figuera vs. All Vip Care & Liz
                Velazquez McKinnon
Invoice No.   : 20511636         Invoice Date : 5/22/2023
**Total Due**     : **$0.00**

Remit To:  **Universal Court Reporting, Inc.**
             **Phone: 954-712-2600**
             **Fax: 954-779-2800**
             **888 E. Las Olas Blvd. Suite 508**
             **Fort Lauderdale, FL 33301**

**PAYMENT WITH CREDIT CARD**   

Cardholder's Name:
Card Number:
Exp. Date:                                Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: