

**INVOICE**

Invoice #NAY-2023001663
10/12/2023

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 0:22-CV-61553-DIMITROULEAS**

Plaintiff:
**CRUZ VALDIVIESO FIGUERA**

Defendant:
**ALL VIP CARE INC., et al.**

Received: 10/9/2023   Served: 10/11/2023 10:15 am   INDIVIDUAL/PERSONAL
To be served on: Ana Marie Rowland

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Palm Beach County ROUTINE (Subpoena). | 1.00 | 50.00 | 50.00 |
| Print Fee. | 4.00 | 0.20 | 0.80 |
| TOTAL CHARGED: | | | $50.80 |

**BALANCE DUE:** $50.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295