# I N V O I C E

1 of 1

**Bailey Entin Reporting**
101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 745-9511

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14764 | 7/6/2023 | 16254 |
| Job Date | Case No. | |
| 6/6/2023 | 0:22-CV-61553-WPD | |
| Case Name | | |
| CRUZ VALDIVIESO FIGUERA v. ALL VIP CARE, INC., & LIZ VELAZQUEZ McKINNON | | |
| Payment Terms | | |
| Due upon receipt | | |

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Ave.
Coral Gables, FL 33146

Zoom deposition of:

| | | | | |
|---|---|---|---|---|
| CRUZ DAICELIS VALDIVIESO FIGUERA | 72.00 Pages | @ | 3.950 | 284.40 |
| B/W Exhibits | 86.00 Pages | @ | 0.500 | 43.00 |
| Color Exhibits | 61.00 Pages | @ | 2.000 | 122.00 |
| Index & Condensed Transcript | 72.00 Pages | @ | 0.500 | 36.00 |
| Electronic Package | 1.00 | @ | 45.000 | 45.00 |
| Credit Card Convenience Fee | 1.00 | @ | 15.910 | 15.91 |
| | **TOTAL DUE   >>>** | | | **$546.31** |

Copy ordered

We thank you for your business.

The party identified above is the contracting party and is responsible for payment including all collection fees unless agreed to in writing prior to services. Invoices not paid by the due date may be subject to late fees and interest of 1.5 % per month.

(-) Payments/Credits:           546.31
(+) Finance Charges/Debits:      0.00
(=) New Balance:              $0.00

**Tax ID:** 85-2073234

*Please detach bottom portion and return with payment.*

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Ave.
Coral Gables, FL 33146

Job No.       : 16254         BU ID      : BE
Case No.      : 0:22-CV-61553-WPD
Case Name     : CRUZ VALDIVIESO FIGUERA v. ALL VIP CARE, INC., & LIZ VELAZQUEZ McKINNON
Invoice No.   : 14764         Invoice Date : 7/6/2023
**Total Due**     : **$0.00**

Remit To: **BAILEY ENTIN REPORTING, LLC**
**101 N.E. 3rd Avenue**
**Suite 1500**
**Fort Lauderdale, FL 33301**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: