# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20543728 | 10/31/2023 | 677132 |
| Job Date | Case No. | |
| 10/25/2023 | 0:22-CV-61553-DIMITROULEAS/HUNT | |
| Case Name | | |
| Cruz Valdivieso Figuera vs. All Vip Care & Liz Velazquez McKinnon | | |
| Payment Terms | | |
| Due upon receipt | | |

Brian H. Pollock, Esq.
Fair Law Firm
135 San Lorenzo Ave
Suite 770
Coral Gables , FL 33146

Deposition of :
   Angela Melendez

| | | | |
|---|---|---|---|
| Appearance Fee: First Hour | 1.00 Hours | @ 95.000 | 95.00 |
| **Complimentary Zoom** | **1.00** | **@ 0.000** | **0.00** |
| | TOTAL DUE   >>> | | **$95.00** |

Location of Job    : REMOTE-ALL PARTIES REMOTE , FL

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

Exhibit Handling - Scan, Mark, Download & Repository Archival

TO PAY USE THIS LINK
https://www.e-billexpress.com/ebpp/ucrinc/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $95.00 |

**Tax ID:** 26-3522685

Please detach bottom portion and return with payment.

Brian H. Pollock, Esq.
Fair Law Firm
135 San Lorenzo Ave
Suite 770
Coral Gables , FL 33146

Job No.      : 677132          BU ID      : Digi Brwrd
Case No.    : 0:22-CV-61553-DIMITROULEAS/HUNT
Case Name : Cruz Valdivieso Figuera vs. All Vip Care & Liz Velazquez McKinnon
Invoice No.  : 20543728      Invoice Date  : 10/31/2023
**Total Due**   : **$95.00**

Remit To: **Universal Court Reporting, Inc.**
   **Phone: 954-712-2600**
   **Fax: 954-779-2800**
   **888 E. Las Olas Blvd. Suite 508**
   **Fort Lauderdale, FL 33301**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: