UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

### ORDER DEFERRING RULING ON MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE is before the Court upon the Motion to Withdraw [DE 132] (the "Motion"), filed by Randy M. Goldberg, Esq. and the Florida Healthcare Law Firm on November 6, 2023. The Court has carefully considered the Motion [DE 132] and is otherwise fully advised in the premises.

The Court will defer ruling on the Motion [DE 132] until Defendants have had an opportunity to file any objection to the Motion. A failure to timely file an objection will result in the granting of the Motion.

The Court notes that if the Motion is granted, Defendant All VIP Care, Inc. will be required to obtain new counsel to file an appearance in the record. It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court will defer ruling on the Motion [DE 132] until **November 20, 2023**; and

2. On or before **November 13, 2023**, Randy M. Goldberg, Esq. is required to (1) provide a copy of this Order to Defendants; and (2) file notice with the Court of doing so and state the manner in which the Order was provided to each Defendant.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 6th day of November, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record