UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 0:22-CV-61553-WPD

**CRUZ VALDIVIESO FIGUERA**,

        Plaintiff,

vs.

**ALL VIP CARE, INC.**, &
**LIZ VELAZQUEZ McKINNON**,

        Defendants.
_____/

### NOTICE OF COMPLIANCE WITH COURT'S ORDER OF NOVEMBER 6, 2023, DOCKETED AS DE-134

The undersigned attorney, Randy M. Goldberg, Esquire, and the Florida Healthcare Law Firm (collectively the "FHLF") files this Notice of Compliance with the Court's Order dated November 6, 2023, docketed as DE-134 and in support thereof:

1. The undersigned upon receipt of the Court's Order of November 6, 2023 (DE-134) sent an email to the Defendants via email on November 7, 2023. A copy of this email is attached hereto as **Exhibit A**.

2. The Defendants responded to the email acknowledging receipt of the Court's Order (DE-134).

3. As such, FHLF has complied with the Court's Order DE-134.

### CERTIFICATIONS

I hereby certify that a copy of this pleading which was filed with the Clerk of the Court and was provided to: **Brian Howard Pollock, Esquire,** Fairlaw Firm, 135 San Lorenzo, Avenue, Suiote 770, Coral Gables, FL 33146, Brian@fairlawattorney.com; and all attorneys listed on and via the ECM System on **November 7, 2023**.

                                                       */s/ RANDY M. GOLDBERG, ESQUIRE*

                                                        Florida Healthcare Law Firm  
                                                        FBN: 045187  
                                                        151 NW 1st Avenue  
                                                        Delray Beach, FL 33444  
                                                        754-224-0867  
                                                        RMGEsquire@gmail.com  
                                                        Randy@Randygoldberglaw.com