| | |
|---|---|
| **From:** | **Randy Goldberg, Esquire** rmgesquire@gmail.com |
| **Subject:** | Court's Order Regarding MTW |
| **Date:** | November 7, 2023 at 06:06 |
| **To:** | liz allvipcaredotcom  liz@allvipcare.com |
| **Cc:** | Randy Goldberg  rmgesquire@gmail.com,  FHLF  jcohen@floridahealthcarelawfirm.com,  diana allvipcaredotcom  diana@allvipcare.com |

Liz:  In accordance with the Court's order (DE-134) I am required to serve upon you individually and on behalf of All VIP Care, Inc., with the Court's Order (DE-134)  as a precursor to the entry of the Order on the Motion to Withdraw.  Please review the Court's Order.

**DE-134.pdf**
157 KB

https://ecf.flsd.uscourts.gov/cgi-bin/show_temp.pl?file=23853339-0--81059.pdf&type=application/pdf

**WebPage.pdf**
199 KB

Thank you for your attention to this matter. In the event that you have any questions, please contact me.

PLEASE DO NOT USE MY OLD EMAIL OF Randy@RandyGoldbergLaw.com

Randy M. Goldberg, Esquire
Law Offices of Goldberg & Nicole
151 NW 1st Avenue
Delray Beach, FL 33444
754-224-0867 (direct)
954-507-6741 (e-fax)
Conference Call: 716-427-1108
Participant No: 216-063
RMGESQUIRE@gmail.com
Randymgoldberg@gmail.com

This Email: (i) may be privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender; (ii) does not create an attorney-client relationship; (iii) is not a legal or advisory opinion; (iv) unintended transmission shall not constitute waiver of the attorney-client or any other privilege; and (v) although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.  NOTICE TO CONSUMER DEBTORS: OUR LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (FDCPA). THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.

# EXHIBIT A