UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER REFERRING MOTION FOR BILL OF COSTS

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiff's Motion for Bill of Costs [DE 133] is hereby referred to United States Magistrate Judge Patrick Hunt for appropriate disposition or report and recommendation.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of November, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record