UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON
    Defendants.
_____/

## NOTICE OF NON-OBJECTION

    Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties that **does not object** to the request by Randy M. Goldberg, Esquire, and the Florida Healthcare Law Firm, to withdraw as counsel for All VIP Care Inc. and Liz Velazquez McKinnon in this action.

    Dated this 7th day of November 2023.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*