UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON

    Defendants.
_____/

## NOTICE OF FILING UNACCEPTED PROPOSAL FOR SETTLEMENT
## (COUNTS I, II, AND IV OF THE COUNTER-COMPLAINT)

Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties of her filing the unaccepted Proposal for Settlement to Defendant, All VIP Care Inc., as directed to Counts I, II, and IV of the Counter-Complaint, on September 14, 2023, per Fla. Stat. §768.79

Dated this 9th day of November 2023.

                                                    s/Brian H. Pollock, Esq.
                                                    Brian H. Pollock, Esq.
                                                    Fla. Bar No. 174742
                                                    brian@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, FL 33146
                                                    Tel:   305.230.4884
                                                    *Counsel for Plaintiff*