UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

THIS CAUSE is before the Court upon the Motion to Withdraw [DE 132] (the "Motion"), filed by Randy M. Goldberg, Esq. and the Florida Healthcare Law Firm on November 6, 2023. The Court has carefully considered the Motion [DE 132] and is otherwise fully advised in the premises.

On November 7, 2023, the Court entered an Order deferring ruling on the Motion until November 20, 2023 to allow Defendants an opportunity to file any objections to the Motion. *See* [DE 134]. The Court stated that failure to timely file objections will result in the granting of the Motion. *See id.* No response was filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 132] is **GRANTED**.

2. Randy M. Goldberg, Esq. and the Florida Healthcare Law Firm are discharged from further responsibility to Defendants in connection with this action.

3. In the absence of Defendant Liz Velazquez McKinnon obtaining new counsel and having said counsel file a Notice of Appearance, the Court will assume that Defendant Liz Velazquez McKinnon is representing herself *pro se*.

4. By separate Order, the Court will issue a copy of the Court's Instructions to *Pro Se* Litigants to Defendant Liz Velazquez McKinnon.

5. The Court cautions that if any post-judgment litigation occurs in this action, Defendant All VIP Care, Inc. will be required to obtain new counsel to file an appearance in the record. It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

6. The Clerk is **DIRECTED** to provide a copy of this Order to Defendants at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of November 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record

Liz Velazquez McKinnon and All VIP Care, Inc.
5601 Corporate Way, Ste 204
W. Palm Beach, FL 33407