UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANT

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. Pro se litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders.

It is therefore **ORDERED** that Defendant Liz Velazquez McKinnon, *pro se* litigant, shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of the Court. Failure to comply with the federal and local rules may result in sanctions being imposed against pro se litigants. Some of the requirements of these rules are as follows:

1.     Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and not considered by the Court.

2.     All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1.* The signature block

of each pleading must also contain the *pro se* litigant's name and address.

3. All papers filed with the Clerk of Court must also be served on the opposing counsel. Each filing must include a certificate of service indicating the name and address of the attorney served.

4. A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the rules of procedure.

5. Any litigant and his or her family, friends, or acquaintances may not call the Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, *pro se* or otherwise.

6. A *pro se* litigant bears responsibility for actively pursuing his or her case and must file all necessary pleadings and motions, comply with all court orders. Failure to do so may result in dismissal of the case.

7. A *pro se* litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

8. The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of November 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Liz Velazquez McKinnon
5601 Corporate Way, Ste 204
W. Palm Beach, FL 33407