UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:22-CV-61553-WPD

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE, INC. &
LIZ VELAZQUEZ McKINNON,

    Defendants.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

    IT IS STIPULATED AND AGREED between the undersigned that RANDY M. GOLDBERG, Esq. and FLORIDA HEALTHCARE LAW FIRM hereby withdraws as counsel of record for Defendants, ALL VIP CARE INC. & LIZ VELAZQUEZ McKINNON, in the above-styled case.

    IT IS FURTHER STIPULATED between the undersigned that ELIZABETH P. PEREZ, ESQ., from ELIZABETH P. PEREZ, P.A. be substituted as counsel of record for the Defendants, ALL VIP CARE, INC., P.A., and LIZ VELAZQUEZ McKINNON.

/s/ Elizabeth P. Perez
Elizabeth P. Perez, Esq.
Elizabeth P. Perez, P.A.
8004 NW 154th Street, Suite 280
Miami Lakes, FL 33016
Office: (786) 368-3070
Elizabeth@perezhealthlaw.com
FBN: 182461

Randy M. Goldberg, Esq.
Florida Healthcare Law Firm
151 NW 1st Avenue
Delray Beach, Florida 33444
Office.: (754) 224-0867
randy@floridahealthcarelawfirm.com
randymgoldberg@gmail.com
FBN: 045187

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading which was filed with the Clerk of the Court was provided to Brian Pollock, Esq., Counsel for Plaintiff, at 135 San Lorenzo Ave., Ste. 770, Coral Gables, FL 33146, brian@fairlawgroup.com via the Court's ECM/ECF Portal on November 20, 2023.

/s/ *Elizabeth P. Perez*
ELIZABETH P. PEREZ, ESQ.