# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.                  /

## **NOTICE OF APPEAL**

Notice is hereby given that ALL VIP CARE INC. and LIZ VELAZQUEZ MCKINNON, the Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from this Court's Final Judgment (DE 130) that was entered in this action on November 2, 2023.

Respectfully submitted,

By: */s/ Elizabeth P. Perez, Esq.*
    Elizabeth P. Perez, Esq.
    Florida Bar No. 182461
    Elizabeth@perezhealthlaw.com
    Elizabeth P. Perez, P.A.
    8004 NW 154th Street, Suite 280
    Miami Lakes, FL 33016
    Telephone: (786) 368-3070
    *Counsel for Defendants*

and

CRISTINA ALONSO
Florida Bar No. 327580
alonso@alonsoappeals.com
ALONSO APPEALS
15757 Pines Boulevard, Suite 222
Pembroke Pines, FL 33027
Telephone: (954) 667-8675
*Appellate Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2023, I electronically filed or caused to be filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day via transmission of a Notice of Electronic Filing generated by CM/ECF to: Brian Pollock, Esq., 135 San Lorenzo Ave., Ste. 770, Coral Gables, Florida 33146, brian@fairlawgroup.com, *Counsel for Plaintiff*.

                   By: */s/ Elizabeth P. Perez, Esq.*
                     Elizabeth P. Perez, Esq.
                     Florida Bar No. 182461