**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT**

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS APPELLATE COUNSEL

Cristina Alonso of the law firm of Alonso Appeals hereby files this notice of limited appearance as appellate counsel on behalf of All VIP Care Inc. and Liz Velazquez McKinnon, the defendants in the above-named case for purposes of appeal, and respectfully requests that all electronic filings, correspondence, and other papers be served on the undersigned.

Respectfully submitted,

By: */s/ Cristina Alonso*
CRISTINA ALONSO
Florida Bar No. 327580
alonso@alonsoappeals.com
**ALONSO APPEALS**
15757 Pines Boulevard, Suite 222
Pembroke Pines, Florida 33027
Telephone: (954) 667-8675
*Appellate Counsel for Defendants*
*All VIP Care Inc. and Liz Velazquez McKinnon*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2023, I electronically filed or caused to be filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document

is being served this day on all counsel of record via transmission of a Notice of Electronic Filing generated by CM/ECF to:

| | |
|---|---|
| Brian Pollock, Esq.<br>135 San Lorenzo Ave., Ste. 770<br>Coral Gables, Florida 33146<br>brian@fairlawgroup.com<br>*Counsel for Plaintiff* | Elizabeth P. Perez, Esq.<br>Elizabeth P. Perez, P.A.<br>8004 NW 154th Street, Suite 280<br>Miami Lakes, FL 33016<br>Elizabeth@perezhealthlaw.com<br>*Counsel for Defendants*<br><br>By: */s/ Cristina Alonso*<br>     CRISTINA ALONSO |