**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT**

CRUZ VALDIVIESO FIGUERA,

      Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

      Defendants.

_____/

**BILL OF COSTS**

Judgment having been entered in the above entitled action on November 2, 2023, against

Plaintiff, Cruz Valdivieso Figuera.  The Clerk is requested to tax the following as costs:

Fees of the Clerk ..................................................................... $405.00

Fees for service of summons and subpoena ....................... _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . .
.............................................................. $1,464.61_____

Fees and disbursements for printing ............................._____

Fees for witnesses (itemize on page two) ........................._____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case.............................._____-0-_____

Docket fees under 28U.S.C.1923 ................................_____-0-_____

Costs as shown on Mandate of Court of Appeals ......................._____-0-_____

Compensation of court-appointed experts ..........................._____-0-_____

Compensation of interpreters and costs of special interpretation services under
28 U.S.C.1828 ................................................._____-0-_____
Other costs (please itemize) Mediation .............................925.00_____

Investigator Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    600.00

                                                       TOTAL        4,319.61

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

**Declaration**

---

Date: December 4, 2023

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner: ' '

For:
Electronic service: Method of Delivery
Other:
/s/ Attorney:_*Elizabeth P. Perez, Esq.*_____
Name of Attorney:  __Elizabeth P. Perez_____

Name of Claiming Party: Liz Vanessa McKinnon and ALL VIP CARE, INC.

---

Taxation of Costs

---

Costs are taxed in the amount of
Date:
and included in the judgment.
 By:
Clerk of Court _____
Deputy Clerk  _____
Date _____

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20543729 | 10/31/2023 | 677132 |
| **Job Date** | **Case No.** | |
| 10/25/2023 | 0:22-CV-61553-DIMITROULEAS/HUNT | |

| Case Name |
|---|
| Cruz Valdivieso Figuera vs. All Vip Care & Liz Velazquez McKinnon |

| Payment Terms |
|---|
| Due upon receipt |

Randy M. Goldberg, Esq.
Randy M. Goldberg & Associates, PLLC
151 NW 1st Ave
Delray Beach, FL 33444

Original & One Certified Transcript of Deposition:

| | | | | |
|---|---|---|---|---|
| Angela Melendez - | 52.00 Pages | @ | 4.350 | 226.20 |
| Overnight Expedite | | | | 294.06 |
| Litigation Support Package Plus Condensed Transcript | 1.00 | @ | 35.000 | 35.00 |
| Electronic Processing/Archival/Delivery (O&1) | 1.00 | @ | 15.000 | 15.00 |
| **TOTAL DUE  >>>** | | | | **$570.26** |

Location of Job    : REMOTE-ALL PARTIES REMOTE , FL

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

Exhibit Handling - Scan, Mark, Download & Repository Archival

TO PAY USE THIS LINK
https://www.e-billexpress.com/ebpp/ucrinc/

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Randy M. Goldberg, Esq.
Randy M. Goldberg & Associates, PLLC
151 NW 1st Ave
Delray Beach, FL 33444

| | | | |
|---|---|---|---|
| Job No. | : 677132 | BU ID | : Digi Brwrd |
| Case No. | : 0:22-CV-61553-DIMITROULEAS/HUNT | | |
| Case Name | : Cruz Valdivieso Figuera vs. All Vip Care & Liz Velazquez McKinnon | | |
| Invoice No. | : 20543729 | Invoice Date | : 10/31/2023 |
| **Total Due** | : **$570.26** | | |

Remit To:  **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL 33301**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**UNIVERSAL COURT REPORTING**
CLEAR VALUE. EVERY CASE.

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20514162 | 5/31/2023 | 630025 |

| Job Date | Case No. |
|---|---|
| 5/16/2023 | 0:22-CV-61553-DIMITROULEAS/HUNT |

| Case Name |
|---|
| Cruz Valdivieso Figuera vs. All Vip Care & Liz Velazquez McKinnon |

| Payment Terms |
|---|
| Due upon receipt |

Randy M. Goldberg, Esq.
Randy M. Goldberg & Associates, PLLC
151 NW 1st Ave
Delray Beach, FL 33444

ORIGINAL TRANSCRIPT OF:

Liz Mckinnon-

| | | | | |
|---|---|---|---|---|
| B & W Exhibit Handling | 173.00 Pages | @ | 4.350 | 752.55 |
| Litigation Support Package Plus Condensed Transcript | 153.00 Pages | @ | 0.600 | 91.80 |
| Electronic Processing/Archival/Delivery (O&1) | 1.00 | @ | 35.000 | 35.00 |
| | 1.00 | @ | 15.000 | 15.00 |

TOTAL DUE  >>>  **$894.35**

Location of Job   : REMOTE-ALL PARTIES REMOTE , FL

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client. Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

Exhibit Handling - Scan, Mark, Download & Repository Archival

TO PAY USE THIS LINK
https://www.e-billexpress.com/ebpp/ucrinc/

*PAID by cc*

| | |
|---|---|
| (-) Payments/Credits: | 894.35 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

Tax ID: 26-3522685

*Please detach bottom portion and return with payment.*

Randy M. Goldberg, Esq.
Randy M. Goldberg & Associates, PLLC
151 NW 1st Ave
Delray Beach, FL 33444

| | | | |
|---|---|---|---|
| Job No. | : 630025 | BU ID | : Digi Brwrd |
| Case No. | : 0:22-CV-61553-DIMITROULEAS/HUNT | | |
| Case Name | : Cruz Valdivieso Figuera vs. All Vip Care & Liz Velazquez McKinnon | | |
| Invoice No. | : 20514162 | Invoice Date | : 5/31/2023 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**     AMEX   [ ]   VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL 33301**