UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

    Defendants.
_____/

### NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Cruz Valdivieso Figuera, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 5th day of December 2023.

                                             s/ Lunar Alvey, Esq.
                                             Lunar Claire Alvey, Esq. (713473)
                                             luna@fairlawattorney.com
                                           FAIRLAW FIRM
                                           135 San Lorenzo Avenue
                                           Suite 770
                                           Coral Gables, FL 33146
                                           Tel: (305) 230-4884
                                           *Counsel for Plaintiff*