UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

### ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH LOCAL RULE 7.3(b)

THIS CAUSE is before the Court on Defendants' Motion for Enlargement of Time to Comply with Local Rule 7.3(b) [DE 150], and the Court having considered the Motion and otherwise being fully advises of the premises, it is hereby **ORDERED and ADJUDGED** as follows:

Defendants' Motion for Enlargement of Time to Comply with Local Rule 7.3(b) [DE 150] is **GRANTED**. Defendants' shall serve their Motion for Attorney's Fees and Costs on Plaintiff on or before December 8, 2023. This Motion shall be referred to the Magistrate Judge.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of December 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record