# FairLaw Firm

**INVOICE**

**Open (Not Sent)**

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Cruz Valdivieso Fiquera

| | |
|---|---|
| **Invoice #** | 563 |
| **Invoice Date:** | 12/22/2023 |

Amount due
172,825.88

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 8/15/2022 | Brian H. Pollock Esq. | Legal | Initial consultation with client; discuss claims, what to expect, and review sign-up procedures | 1.00 | 550.00 |
| 8/17/2022 | Bridget Obando | Receipt, Review, and Analysis | Receive, Analyze and scan all documents provided by client. | 0.70 | 105.00 |
| 8/19/2022 | Brian H. Pollock Esq. | Draft/revise | Draft Complaint | 1.20 | 660.00 |
| 8/19/2022 | Brian H. Pollock Esq. | Legal | Review documents provided by client prior to filing Complaint | 0.50 | 275.00 |
| 8/22/2022 | Brian H. Pollock Esq. | Draft/revise | Draft summonses for each Defendant (x4) and conduct online research re: same | 0.50 | 275.00 |
| 8/22/2022 | Bridget Obando | Draft/revise | Draft Civil Cover Sheet, finalize complaint and summons to all four defendants, file and audit file case. | 0.40 | 60.00 |
| 8/22/2022 | Brian H. Pollock Esq. | Legal | Receipt and review of Clerks' Notice of Judge Assignment (Judge Dimitrouleas and Magistrate Judge Hunt) | 0.10 | 55.00 |
| 8/22/2022 | Brian H. Pollock Esq. | Legal | Receipt and review of Summonses issued to each Defendant (x4) | 0.30 | 165.00 |
| 8/23/2022 | Brian H. Pollock Esq. | Draft/revise | Drafted letter to client in both english and spanish re: preservation of evidence | 0.40 | 220.00 |
| 8/23/2022 | Brian H. Pollock Esq. | Draft/revise | Drafted letter to client in both english and spanish re: case being filed in federal court | 0.40 | 220.00 |
| 8/23/2022 | Bridget Obando | Receipt, Review, and Analysis | Receive, analyze, and update case for Issued summons, send over to process server for service. | 0.30 | 45.00 |
| 8/23/2022 | Bridget Obando | Receipt, Review, and Analysis | Receive, Analyze and organize documents sent by client for discovery including timesheets via text messages, | 0.30 | 45.00 |
| 8/23/2022 | Bridget Obando | Draft/revise | Draft Notice of Appearance for Toussaint Cummings, Esq. and send to attorney for approval. | 0.20 | 30.00 |
| 8/23/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze ECFs Nos 5 and 6. | 0.40 | 140.00 |
| 8/24/2022 | Bridget Obando | Receipt, Review, and Analysis | Receive and review order requiring joint scheduling report and discovery. | 0.20 | 30.00 |
| 8/24/2022 | Bridget Obando | Receipt, Review, and Analysis | Receive and revise witness list from client. | 0.20 | 30.00 |
| 9/1/2022 | Brian H. Pollock Esq. | Document/File Management | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 165.00 |
| 9/2/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt and review summons served to defendant All Vip Care. Update file audit. | 0.20 | 30.00 |
| 9/2/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt and review summons served to defendant Leigh-Ann. Update file audit. | 0.20 | 30.00 |
| 9/2/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt and review summons served to defendant John Corrigan. Update file audit. | 0.20 | 30.00 |
| 9/2/2022 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Notice to Parties in FLSA Cases | 0.20 | 110.00 |
| 9/9/2022 | Brian H. Pollock Esq. | Teleconference with | T/c with and then call with Judge Dimitrouleas to address the dismissal of the wrong Defendant; then, draft email re: same | 0.30 | 165.00 |
| 9/12/2022 | Brian H. Pollock Esq. | Draft/revise | Exchange emails with defense counsel re: their representation of All VIP Care Inc. and the docket issues | 0.20 | 110.00 |
| | Brian H. | | Draft Amended Complaint (to be filed once defense counsel appears) to include Ms. Velazquez McKinnon as an additional | | |

| Date | Person | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/12/2022 | Brian H. Pollock Esq. | Draft/revise | appears) to include Ms. Velazquez-Mortinnon as an additional Defendant; also, Draft proposed Summons and NOF Summons for same | 0.50 | 275.00 |
| 9/12/2022 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the Corrected Order of Dismissal | 0.10 | 55.00 |
| 9/21/2022 | Bridget Obando | Draft/revise | Draft notice of filing return of service. | 0.30 | 45.00 |
| 9/21/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt and analyze return of service on defendant. | 0.20 | 30.00 |
| 9/23/2022 | Brian H. Pollock Esq. | Legal | T/c with defense counsel to request the time and pay records for Ms. Valdivieso to assist with preparing a more accurate statement of claim | 0.20 | 110.00 |
| 9/27/2022 | Brian H. Pollock Esq. | Legal | Tc with defense counsel re: their position that Plaintiff was an IC and that she signed a noncompete and violated it, the records to be reviewed/exchanged, and the potential for resolution | 0.20 | 110.00 |
| 9/29/2022 | Brian H. Pollock Esq. | Document/File Management | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 165.00 |
| 10/6/2022 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Answer and (4) Affirmative Defenses | 0.40 | 220.00 |
| 10/6/2022 | Brian H. Pollock Esq. | Draft/revise | Revise and finalize the Amended Complaint for filing | 0.10 | 55.00 |
| 10/10/2022 | Brian H. Pollock Esq. | Draft/revise | Draft proposed Summons on Ms. McKinnon and Notice of Filing for same | 0.30 | 165.00 |
| 10/10/2022 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt of email from defense counsel re: retaliatory lawsuit filed against Ms. Valdivieso in state court; then, review lawsuit to determine its timing as after the filing of the FLSA case, and conduct research re: lawsuit as FLSA retaliation | 0.90 | 495.00 |
| 10/10/2022 | Brian H. Pollock Esq. | Draft/revise | Draft email to Ms. Valdivieso re: the retaliatory Complaint filed against her | 0.20 | 110.00 |
| 10/18/2022 | Bridget Obando | Draft/revise | Draft Joint scheduling Report and proposed schedule, send to toussaint to approve. | 0.50 | 75.00 |
| 10/18/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Review and approve joint scheduling report and schedule. | 0.20 | 70.00 |
| 10/19/2022 | Bridget Obando | Email Communication | Email exchange with opposing counsel regarding joint scheduling report. | 0.20 | 30.00 |
| 10/20/2022 | Brian H. Pollock Esq. | Draft/revise | Drafted letter enclosing amended complaint to client in both english and spanish | 0.30 | 165.00 |
| 10/24/2022 | Brian H. Pollock Esq. | Draft/revise | Conduct legal research and then draft the Second Amended Complaint to include the FLSA Retaliation claim | 0.60 | 330.00 |
| 10/24/2022 | Brian H. Pollock Esq. | Draft/revise | Revise the proposed Joint Scheduling Report and then draft email to defense counsel to confer re: same and the filing of a Second Amended Complaint | 0.50 | 275.00 |
| 10/25/2022 | Brian H. Pollock Esq. | Draft/revise | Further revise the proposed Second Amended Complaint; then, draft Motion for Leave and proposed Order Granting same | 0.80 | 440.00 |
| 10/25/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt and send email issued summons to process server. | 0.20 | 30.00 |
| 10/27/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt, review, and deadline Trial Order. | 0.30 | 45.00 |
| 10/28/2022 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Granting M/Amend | 0.10 | 55.00 |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/31/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt, review, and update case on return of service. | 0.30 | 45.00 |
| 10/31/2022 | Brian H. Pollock Esq. | Draft/revise | Drafted letter to client in regards to trial date in both english and spanish | 0.40 | 220.00 |
| 10/31/2022 | Bridget Obando | Email Communication | Multiple emails with opposing counsel regarding trial order. | 0.30 | 45.00 |
| 11/3/2022 | Bridget Obando | Phone Call | Phone call with opposing counsel assistant regarding case. | 0.30 | 45.00 |
| 11/3/2022 | Bridget Obando | Draft/revise | Draft notice of mediator selection. | 0.20 | 30.00 |
| 11/3/2022 | Bridget Obando | Draft/revise | Draft mediation order. | 0.20 | 30.00 |
| 11/3/2022 | Bridget Obando | Email Communication | email exchange with mediator Neil Flaxman regarding mediation. | 0.20 | 30.00 |
| 11/3/2022 | Bridget Obando | Phone Call | Phone call with client. | 1.00 | 150.00 |
| 11/7/2022 | Brian H. Pollock Esq. | Draft/revise | Revise the INTs to the corporate Defendant and then draft INTs to the individual Defendant; also, revise the RFPs to Defendants | 0.80 | 440.00 |
| 11/7/2022 | Shakira Brizuela | FLSA - Plaintiff | Telephone conference with client requesting from client the name of any Supervisors or Managers she had that had knowledge of her work or schedule and any clients that had knowledge of her work or schedule. | 0.30 | 45.00 |
| 11/7/2022 | Shakira Brizuela | FLSA - Plaintiff | Drafted Rule 26 disclosure. Sent to attorney for review. | 0.80 | 120.00 |
| 11/7/2022 | Shakira Brizuela | FLSA - Plaintiff | Telephone conference requesting hours worked and hours paid for. | 0.20 | 30.00 |
| 11/7/2022 | Brian H. Pollock Esq. | Legal | Revise the Rule 26 Disclosures and analyze the materials to be produced | 1.40 | 770.00 |
| 11/7/2022 | Brian H. Pollock Esq. | Legal | Draft Notice of Related Action | 0.20 | 110.00 |
| 11/7/2022 | Shakira Brizuela | FLSA - Plaintiff | Bate Stamped Rule 26 Disclosure documents. | 0.20 | 30.00 |
| 11/7/2022 | Brian H. Pollock Esq. | Legal | Revise and finalize the Notice of Mediation and proposed Order | 0.20 | 110.00 |
| 11/9/2022 | Bridget Obando | Receipt, Review, and Analysis | Finalize and serve rule 26 disclosure on opposing counsel. | 0.20 | 30.00 |
| 11/9/2022 | Shakira Brizuela | FLSA - Plaintiff | Receipt and review of email records provided by client. | 0.40 | 60.00 |
| 11/11/2022 | Brian H. Pollock Esq. | Draft/revise | Further revise the discovery to Defendants and then draft email to defense counsel enclosing and regarding same | 0.30 | 165.00 |
| 11/15/2022 | Bridget Obando | Receipt, Review, and Analysis | File Audit case. | 0.30 | 45.00 |
| 12/6/2022 | Brian H. Pollock Esq. | Document/File Management | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 165.00 |
| 12/9/2022 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by Mr. Goldberg for the corporate Defendant | 0.10 | 55.00 |
| 12/9/2022 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by Mr. Goldberg for the individual Defendant | 0.10 | 55.00 |
| 1/2/2023 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze case law on home health aide exemptions based on Defendant's affirmative defenses. | 0.40 | 150.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/2/2023 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze answer and affirmative defenses to second amended complaint at ECF 28. | 0.30 | 112.50 |
| 1/2/2023 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Defts Motion for Leave to Amend Answer and proposed amended answer at ECF 31. | 0.70 | 262.50 |
| 1/17/2023 | Bridget Obando | Phone Call | Phone call with client. | 0.20 | 30.00 |
| 1/17/2023 | Brian H. Pollock Esq. | Legal | Continue to conduct legal research and to draft Response in Opposition to Motion to Amend | 1.30 | 715.00 |
| 1/18/2023 | Bridget Obando | Email Communication | Email to opposing counsel. | 0.10 | 15.00 |
| 1/25/2023 | Shakira Brizuela | Phone Call | Telephone conference with client. Reviewed docket and provided case status. Client asked to be called back with confirmation on how the fee agreement will work with her two cases. | 0.20 | 30.00 |
| 1/25/2023 | Shakira Brizuela | FLSA - Plaintiff | Consulted with attorney regarding fee agreement. | 0.10 | 15.00 |
| 1/25/2023 | Shakira Brizuela | Phone Call | Telephone call with client explaining fee agreement. | 0.10 | 15.00 |
| 1/26/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Order at ECF 36 granting Defts motion to amend Answer to include counterclaims. | 0.20 | 75.00 |
| 2/1/2023 | Adrian Castillo | Email Communication | Email sent to OC in order to agree to a mediation date. Per OC's email they will get back to me to confirm once it has been discussed with their clt. | 0.20 | 35.00 |
| 2/3/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze 46 pages of defendants answer, affirmative defenses, counterclaim and attached documents at ECF 37. | 1.20 | 450.00 |
| 2/3/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Defendant's responses to interrogatories to McKinnon. | 0.30 | 112.50 |
| 2/3/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Defendant's responses to interrogatories to All VIP. | 0.70 | 262.50 |
| 2/3/2023 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Read and respond to email from opposing counsel re: discovery. | 0.30 | 112.50 |
| 2/3/2023 | Bridget Obando | Paralegal | Discuss case with Toussaint, file audit case and discuss discovery. | 0.30 | 45.00 |
| 2/6/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Defs Rule 26 disclosure statement. | 0.20 | 75.00 |
| 2/6/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Initial analysis of responses to Plaintiff's RFP sent by opposing counsel. | 0.80 | 300.00 |
| 2/9/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Initial draft of answer and affirmative defenses to Counterclaim. | 0.80 | 300.00 |
| 2/9/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft motion to dismiss counter-complaint and research all cases included therein. | 3.60 | 1,350.00 |
| 2/16/2023 | Brian H. | Draft/revise | Drafted notice of unavailability. | 0.20 | 110.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Pollock Esq. | Draft/revise | Drafted notice of unavailability | 0.20 | 75.00 |
| 2/19/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Initial review of Defendant's response to Plaintiff's MTD counterclaim. | 0.30 | 112.50 |
| 2/21/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted letter to client in both English and Spanish regarding their in person deposition | 0.40 | 150.00 |
| 3/7/2023 | Bridget Obando | Receipt, Review, and Analysis | Review case tasks to update case file. | 0.20 | 30.00 |
| 3/7/2023 | Bridget Obando | Email Communication | Email exchange to Neil Flaxman regarding rescheduling mediation. | 0.20 | 30.00 |
| 3/9/2023 | Bridget Obando | Email Communication | Email to mediator. | 0.10 | 15.00 |
| 3/9/2023 | Brian H. Pollock Esq. | Document/File Management | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 165.00 |
| 3/10/2023 | Bridget Obando | Email Communication | Email to opposing counsel. | 0.10 | 15.00 |
| 3/20/2023 | Bridget Obando | Email Communication | Email to opposing counsel regarding mediation, access Neil Flaxman schedule and offer new dates. | 0.20 | 30.00 |
| 3/21/2023 | Bridget Obando | Email Communication | Email exchange with Neil regarding mediation. | 0.20 | 30.00 |
| 3/21/2023 | Bridget Obando | Draft/revise | Draft mediation letter to client in spanish. | 0.30 | 45.00 |
| 3/21/2023 | Bridget Obando | Draft/revise | Draft mediation letter to client in english. | 0.30 | 45.00 |
| 3/22/2023 | Bridget Obando | Draft/revise | Draft rescheduling notice for meditation. | 0.30 | 45.00 |
| 3/22/2023 | Bridget Obando | Draft/revise | Draft proposed order. | 0.20 | 30.00 |
| 3/23/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Review documents in file in advance of deposition preparation with client. | 0.40 | 150.00 |
| 3/23/2023 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Deposition preparation with client. Bridget translating. | 1.90 | 712.50 |
| 3/23/2023 | Bridget Obando | Paralegal | Assist Toussaint in translating pre deposition for client. | 2.00 | 300.00 |
| 3/23/2023 | Bridget Obando | Email Communication | Email to Neil Flaxman. | 0.10 | 15.00 |
| 3/27/2023 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Read and respond to emails from opposing counsel re: resetting deposition. | 0.20 | 75.00 |
| 3/28/2023 | Bridget Obando | Draft/revise | Draft letter for rescheduling mediation in english. | 0.30 | 45.00 |
| 3/28/2023 | Bridget Obando | Draft/revise | Draft letter for rescheduling mediation in spanish. | 0.30 | 45.00 |
| 3/28/2023 | Bridget Obando | Email Communication | Email to client. | 0.10 | 15.00 |
| 3/29/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze order rescheduling mediation at ECF 42. | 0.10 | 37.50 |
| | Toussaint M. | Receipt, Review, and | Analyze email from opposing counsel rejecting the taking deposition | | |

| Date | Person | Task | Description | Hours | Amount |
|------|--------|------|-------------|-------|--------|
| 3/30/2023 | Cummings, Esq. | Receipt, Review, and Analysis | Analyze email from opposing counsel advising that deposition witness no longer works for Deft | 0.10 | 37.50 |
| 4/3/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted deposition letter to client in both english and spanish | 0.40 | 150.00 |
| 4/6/2023 | Toussaint M. Cummings, Esq. | Email Communication | Read and respond to email form Carlos Arce, Esq. advising that Randy Goldberg is in hospital and cancelling tomorrow's deposition. | 0.20 | 75.00 |
| 4/7/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze court order denying motion to dismiss at ECF 43. | 0.40 | 150.00 |
| 4/10/2023 | Toussaint M. Cummings, Esq. | Email Communication | Email communication with Carlos Arce re: cancelling deposition of Plaintiff on April 10. | 0.20 | 75.00 |
| 4/19/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Research labyrinth of federal laws concerning the companionship services exemption to FLSA. | 1.50 | 562.50 |
| 4/19/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft notes detailing laws pertaining to the claim. | 0.50 | 187.50 |
| 4/20/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Finish drafting answer and affirmative defenses to counterclaim. | 0.90 | 337.50 |
| 4/24/2023 | Bridget Obando | Draft/revise | Draft letter to client enclosing discovery in english. | 0.20 | 30.00 |
| 4/24/2023 | Bridget Obando | Draft/revise | Draft letter to client enclosing discovery in spanish. | 0.20 | 30.00 |
| 4/24/2023 | Bridget Obando | Draft/revise | Begin drafting responses to request for production. | 0.50 | 75.00 |
| 5/5/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Defts Response to Plaintiff's Answer and Affirm Defenses to Counter Claim at ECF 45. | 0.10 | 37.50 |
| 5/8/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted notice of deposition for Corporate representative and Liz Mckinnon | 0.60 | 225.00 |
| 5/16/2023 | Toussaint M. Cummings, Esq. | Depositions | Conduct deposition of Corp Rep Liz McKinnon. | 3.50 | 1,312.50 |
| 5/16/2023 | Toussaint M. Cummings, Esq. | Depositions | Draft questions in preparation for deposition of Liz McKinnon as CR. | 0.90 | 337.50 |
| 5/16/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Review client file in preparation for deposition of corporate rep. | 0.50 | 187.50 |
| 5/17/2023 | Bridget Obando | Receipt, Review, and Analysis | Receipt and review email from opposing counsel. | 0.10 | 15.00 |
| 5/17/2023 | Bridget Obando | Email Communication | Email reply to opposing counsel. | 0.10 | 15.00 |
| 5/18/2023 | Brian H. Pollock Esq. | Document/File Management | Conduct routine file audit to determine what needs to be done and document file re: same | 0.30 | 165.00 |
| 5/24/2023 | Brian H. Pollock Esq. | Legal | Conduct legal research re: whether a nurse registry is automatically protected from an FLSA Overtime claim; review cases that say it is not (and that either deny MSJ to the Defendant or grant MSJ to the plaintiff as an employee) | 1.00 | 550.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/6/2023 | Toussaint M. Cummings, Esq. | Depositions | Attend client's deposition. | 3.00 | 1,125.00 |
| 6/7/2023 | Toussaint M. Cummings, Esq. | Depositions | Conduct deposition of Diana Ramirez. | 3.00 | 1,125.00 |
| 6/7/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft questions in preparation for deposition of Diana Ramirez. | 0.80 | 300.00 |
| 6/7/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze all documents in client file in preparation for deposition of Diana Ramirez. | 0.50 | 187.50 |
| 6/7/2023 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Strategy discussion with Brian Pollock. | 0.20 | 75.00 |
| 6/8/2023 | Bridget Obando | Draft/revise | Draft responses to request for production. | 0.50 | 75.00 |
| 6/11/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze all client's paystubs provided by ALL VIP in preparation to calculate overtime damages. | 1.40 | 525.00 |
| 6/12/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Calculate damages by creating spreadsheet of all overtime owed. | 1.30 | 487.50 |
| 6/12/2023 | Toussaint M. Cummings, Esq. | Email Communication | Email exchange with opposing counsel re discovery and mediation. | 0.50 | 187.50 |
| 6/12/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze case law on FLSA superseding case law in nurse registry scenarios. | 1.80 | 675.00 |
| 6/12/2023 | Toussaint M. Cummings, Esq. | Arbitrators/mediators | Attend mediation. | 3.50 | 1,312.50 |
| 6/12/2023 | Bridget Obando | Phone Call | Phone call with witness Ana Maria. | 0.30 | 45.00 |
| 6/12/2023 | Bridget Obando | Phone Call | Phone call with witness Melendez. | 0.10 | 15.00 |
| 6/12/2023 | Bridget Obando | Paralegal | Assist in translating mediation. | 3.60 | 540.00 |
| 6/13/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze third party subpoena to Senior Nannies prepared by opposing counsel. | 0.40 | 150.00 |
| 6/13/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze deposition notice for five witnesses prepared by opposing counsel. | 0.10 | 37.50 |
| 6/13/2023 | Toussaint M. Cummings, Esq. | Email Communication | Read and respond to email from opposing counsel. | 0.20 | 75.00 |
| 6/13/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze request for admissions and second request for production sent by opposing counsel. | 0.70 | 262.50 |
| 6/15/2023 | Brian H. Pollock Esq. | Legal | Review file and then send email to defense counsel to address the improper inclusion of her date of birth and ss number in the Exhibit to the Amended Answer to the Second Amended Complaint and that she considers same as part of the | 0.50 | 275.00 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | vindictive strategy employed by Defendants in this case and in the state court retaliatory case that was merged into this one; also, review docket and Federal Rules for same | | |
| 6/15/2023 | Brian H. Pollock Esq. | Draft/revise | Review file and conduct some legal research, then, begin to draft the MSJ on the issues of employment, preemption, and other issues | 3.20 | 1,760.00 |
| 6/19/2023 | Brian H. Pollock Esq. | Legal | Review file for what has and needs to be done; draft File Audit | 0.50 | 275.00 |
| 6/20/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call to potential witness Angela Melendez. | 0.40 | 150.00 |
| 6/21/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call with OC Randy Goldberg re: extending discovery deadline. | 0.20 | 75.00 |
| 7/3/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Revise Introduction and Section A to Argument of MSJ by including new caselaw and evidence incorporated from Statement of Material Facts. | 3.10 | 1,162.50 |
| 7/3/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Begin drafting Statement of Material Facts after analyzing evidence produced in discovery and on docket. | 2.50 | 937.50 |
| 7/5/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Revise Section B of Argument to include new case law and facts. Review evidence in case file to add to statement of material facts. | 3.10 | 1,162.50 |
| 7/6/2023 | Toussaint M. Cummings, Esq. | Draft/revise | drafting the letter to client enclosing deposition transcript | 0.10 | 37.50 |
| 7/13/2023 | Bridget Obando | Receipt, Review, and Analysis | Receipt email from client and translate to toussaint. | 0.20 | 30.00 |
| 7/16/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Finish drafting argument for Section B, factor 1: control. | 3.30 | 1,237.50 |
| 7/16/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze deposition of Plaintiff in preparation to draft argument section of MSJ. Continue analyzing all other depositions and exhibits for use in Statement of Material Facts. | 2.40 | 900.00 |
| 7/16/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Continue drafting statement of material facts. | 0.90 | 337.50 |
| 7/17/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Finish Drafting Section B factors 2-5. | 5.80 | 2,175.00 |
| 7/17/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze case law on factors 2-5 of the economic reality test to incorporate in argument section of MSJ. | 2.50 | 937.50 |
| 7/18/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Finish drafting Section B factor 6. Draft Revise order of Argument sections and draft Sections A and D, and Conclusion. Proofread and revise entire motion for summary judgment. | 7.50 | 2,812.50 |
| 7/18/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Finish drafting Statement of Material Facts. | 1.30 | 487.50 |
| 7/18/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Research case law on individual liability for FLSA defendants to include in Section D of motion for summary judgment. | 2.10 | 787.50 |
| 7/18/2023 | Toussaint M. Cummings, | Receipt, Review, and Analysis | Analyze Defendant's Motion for Summary judgment, Statement of Material Facts and attached Exhibits. | 1.50 | 562.50 |

| Date | Attorney | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | Analysis | Statement of Material Facts and attached Exhibits. | | |
| 7/19/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Revise statement of material facts and motion for summary judgment based on order striking both at ECF NO. 63. | 3.80 | 1,425.00 |
| 7/20/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft motion for extension of time nunc pro tunc for MSJ and SMF. | 0.30 | 112.50 |
| 7/20/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call and email to Randy Goldberg attempting to confer on MET NPT. | 0.20 | 75.00 |
| 7/25/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Defendant's Motion for Summary Judgment and Statement of Material Facts at ECF Nos. 57 and 58. | 1.90 | 712.50 |
| 7/25/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft motion for extension of time to respond to defense MSJ. | 0.50 | 187.50 |
| 7/25/2023 | Toussaint M. Cummings, Esq. | Email Communication | Read and respond to emails from opposing counsel conferring on motion for extension of time. | 0.20 | 75.00 |
| 7/26/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft Response to Defts MSJ: Section A part I and beginning of part 2. | 4.70 | 1,762.50 |
| 7/26/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze case law cited in Defts MSJ and related cases. | 1.40 | 525.00 |
| 7/27/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Continue drafting Section A, Part 2. Continue conducting research on analysis of three tests to determine IC v. employee. | 5.60 | 2,100.00 |
| 7/28/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Finish Drafting Section A, part 2. Begin Drafting Section C, Parts I and II. | 4.40 | 1,650.00 |
| 7/28/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze VIPs MSJ and all cited exhibits to dispute arguments re: Section C, Parts I and II. | 2.50 | 937.50 |
| 7/28/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call to witness Ana Maria Rowland re: declaration. | 0.50 | 187.50 |
| 7/28/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft declaration of Rowland. | 0.40 | 150.00 |
| 7/28/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft Cruz Declaration and send to Reyna for translation. | 0.50 | 187.50 |
| 7/30/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Response to MSJ - Continue Drafting Section C, Parts II and begin Part III. Begin Drafting Section B also. | 5.10 | 1,912.50 |
| 7/30/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze VIPs MSJ and all cited exhibits to dispute arguments re: Sections B and C, Parts II and III. | 2.00 | 750.00 |
| 7/31/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Response to MSJ - Continue Drafting Section C, Part III. Finish Drafting Section B after conducting research demonstrating no valid claim for FLSA retaliation. | 5.50 | 2,062.50 |
| 8/1/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Finalize All Sections of Response to MSJ and Finalize Statement of Material Facts. | 8.00 | 3,000.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/2/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Proofread Response to MSJ and Statement of Material Facts to ensure all citations are properly referenced. | 1.00 | 375.00 |
| 8/8/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Defts Reply and Reply to Statement of Material Facts at ECF Nos. 76 and 77. | 1.20 | 450.00 |
| 8/8/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Order striking Reply at ECF No. 78. | 0.20 | 75.00 |
| 8/24/2023 | Toussaint M. Cummings, Esq. | Draft/revise | draft N/Dissociation of Counsel | 0.20 | 75.00 |
| 8/28/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Granting Mr. Cummings' withdrawal as counsel for Plaintiff | 0.10 | 55.00 |
| 9/5/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the Court's Order Granting in Part and Denying in Part the Defendants' MSJ; then, draft email to client enclosing and regarding the same and its meaning to her | 1.10 | 605.00 |
| 9/5/2023 | Brian H. Pollock Esq. | Legal | Review depositions of Plaintiff, Ms. Velazquez McKinnon, and Ms. Ramirez to identify potential issues to be addressed in limine and then draft email to defense counsel regarding same, appetite for settlement, and pre-trial issues | 1.10 | 605.00 |
| 9/13/2023 | Brian H. Pollock Esq. | Draft/revise | Begin drafting proposed Jury Instructions | 1.20 | 660.00 |
| 9/14/2023 | Brian H. Pollock Esq. | Draft/revise | Conduct legal research and draft Proposal for Settlement to Defendant, ALL VIP, for as related to Counts I, II, and IV of the Counterclaims | 0.60 | 330.00 |
| 9/14/2023 | Brian H. Pollock Esq. | Draft/revise | Conduct additional legal plus factual research in file; then, draft Proposal for Settlement to ALL VIP for Counts III and IV of the Second Amended Complaint | 0.60 | 330.00 |
| 9/21/2023 | Brian H. Pollock Esq. | Draft/revise | Continue to draft proposed Jury Instructions and conduct research for same | 0.50 | 275.00 |
| 9/21/2023 | Brian H. Pollock Esq. | Draft/revise | Draft conferral email to defense counsel re: additional limine and pre-trial stipulation issues | 0.30 | 165.00 |
| 9/22/2023 | Brian H. Pollock Esq. | Draft/revise | Begin to draft Pre-Trial Stipulation | 2.20 | 1,210.00 |
| 9/29/2023 | Luna Alvey Esq. | Draft/revise | Draft motion in limine; legal research regarding same. | 2.60 | 1,040.00 |
| 9/29/2023 | Brian H. Pollock Esq. | Draft/revise | REvise the draft of the M/Limine and conduct research for same | 1.30 | 715.00 |
| 10/1/2023 | Brian H. Pollock Esq. | Legal | Review Defendants' revisions to the Pre-Trial Stipulation and then further revise same | 0.80 | 440.00 |
| 10/2/2023 | Brian H. Pollock Esq. | Draft/revise | Further revise the Motion in Limine and conduct additional legal research for same | 1.70 | 935.00 |
| 10/2/2023 | Brian H. Pollock Esq. | Draft/revise | Further revise the proposed Joint Pretrial Stipulation and then email Mr. Goldberg same and to address the trial Exhibit and Witness Lists | 1.00 | 550.00 |
| 10/2/2023 | Steffany Sanguino | Paralegal | Trial Exhibits were put together, and the Exhibit and Witness lists were drafted. | 2.00 | 330.00 |
| 10/3/2023 | Brian H. Pollock Esq. | Legal | Review and organize the proposed Exhibits for use at trial and redact social security numbers and date of birth from documents to be used as Exhibits | 0.80 | 440.00 |
| 10/3/2023 | Brian H. | | Revise the proposed Witness List for use at trial and review of | | |

| Date | Name | Type | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 10/3/2023 | Pollock Esq. | Draft/revise | file to identify witnesses | 0.40 | 220.00 |
| 10/4/2023 | Steffany Sanguino | Paralegal | A new Exhibit List draft has been created. | 0.60 | 99.00 |
| 10/4/2023 | Brian H. Pollock Esq. | Draft/revise | Revise the proposed Exhibit List and share same, along with the Witness List I revised, with defense counsel | 1.30 | 715.00 |
| 10/5/2023 | Steffany Sanguino | Paralegal | I completed putting together our Exhibits into a folder for use at trial | 0.60 | 99.00 |
| 10/5/2023 | Brian H. Pollock Esq. | Draft/revise | Continue to conduct legal research for, to compile record citations for, and to draft Plaintiff's Motion in Limine | 3.80 | 2,090.00 |
| 10/5/2023 | Brian H. Pollock Esq. | Legal | Review the proposed Exhibits and remove documents that we are not likely to use at trial from the materials compiled | 0.90 | 495.00 |
| 10/5/2023 | Brian H. Pollock Esq. | Legal | Exchange emails with defense counsel re: the Exhibit and Witness Lists; also, receive Defendant's Witness and Exhibit Lists and incorporate my objections to same | 1.00 | 550.00 |
| 10/6/2023 | Brian H. Pollock Esq. | Draft/revise | Continue to research, draft, and finalize Plaintiff's Motion in Limine | 2.80 | 1,540.00 |
| 10/6/2023 | Brian H. Pollock Esq. | Draft/revise | Review the actual Exhibits that the defense intends to offer into evidence and revise objections to be incorporated on the Exhibit List to identify particular documents | 0.80 | 440.00 |
| 10/6/2023 | Brian H. Pollock Esq. | Draft/revise | Conduct legal research re: issues in the Pre-Trial Stipulation, revise same, and exchange emails with defense counsel re: the Pre-Trial Stipulation | 2.20 | 1,210.00 |
| 10/6/2023 | Steffany Sanguino | Paralegal | I called the client to let her know about the hearing on 10/20 | 0.10 | 16.50 |
| 10/6/2023 | Steffany Sanguino | Paralegal | I spoke with the client and let her know we have the hearing on October 20 to learn when we are going to trial. I told the client we would contact her after October 20 to schedule a meeting. | 0.10 | 16.50 |
| 10/9/2023 | Brian H. Pollock Esq. | Legal | Re-read depositions of Ms. McKinnon and Ms. Ramirez in preparation for trial; also, review and organize the time records made by Ms. Valdivieso and then draft emailt to Mr. Goldberg to try and resolve some of his objections to the trial exhibits | 3.30 | 1,815.00 |
| 10/9/2023 | Brian H. Pollock Esq. | Teleconference with | T/c with Ana Marie Rowland to discuss her appearance at trial and anticipated testimony; then, draft trial subpoena and letter accompanying same to her | 1.00 | 550.00 |
| 10/10/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Referring Part of MIL to Magistrate Judge | 0.20 | 110.00 |
| 10/10/2023 | Brian H. Pollock Esq. | Draft/revise | Continue to conduct legal research and research in file to draft the proposed Jury Instructions; then, draft email to Mr. Goldberg enclosing same | 2.90 | 1,595.00 |
| 10/10/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Referring Part of the MIL to Magistrate Judge | 0.20 | 110.00 |
| 10/10/2023 | Brian H. Pollock Esq. | Draft/revise | Begin to draft the Verdict Form | 1.00 | 550.00 |
| 10/11/2023 | Steffany Sanguino | Paralegal | Combine all timesheets for Ms. Valdivieso and then draft email to OC enclosing them for his review | 0.40 | 66.00 |
| 10/11/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Amended Objections to Plaintiff's Trial Exhibits (the amendments now include objections to items that appear on Defendants' Exhibit List) | 0.20 | 110.00 |
| 10/11/2023 | Brian H. Pollock Esq. | Draft/revise | Begin to draft the proposed Verdict Form and review file for same | 1.60 | 880.00 |
| 10/11/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Revised Objections to the Plaintiff's Exhibit | 0.30 | 165.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/12/2023 | Brian H. Pollock Esq. | Draft/revise | Conduct legal research and research in file for the continued drafting of the Verdict Form | 1.10 | 605.00 |
| 10/12/2023 | Brian H. Pollock Esq. | Draft/revise | Exchange emails with Mr. Goldberg in an effort to streamline the issues by offering to stipulate to a contract to avoid the Promissory Estoppel Claim | 0.30 | 165.00 |
| 10/12/2023 | Brian H. Pollock Esq. | Draft/revise | Draft email to Mr. Goldberg to again request his proposed revisions to the Jury Instructions and receive response from Mr. Goldberg re: his focusing on responding the MIL | 0.20 | 110.00 |
| 10/13/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the Return of Service of Subpoena for Trial has been received (Ana Maria Rowland). | 0.20 | 110.00 |
| 10/13/2023 | Brian H. Pollock Esq. | Legal | T/c with Mr. Goldberg to discuss the issues in the case in response to his email and jointly requesting that we extend some deadlines; then, draft proposed Joint Motion and email it to him for his review/commentary | 1.00 | 550.00 |
| 10/13/2023 | Brian H. Pollock Esq. | Draft/revise | Draft Motion to Amend Joint Pretrial Stipulation and email to Mr. Goldberg re: same | 0.50 | 275.00 |
| 10/13/2023 | Steffany Sanguino | Paralegal | Compile the proposed Joint Exhibit List and organize proposed Joint Exhibits into a folder to be shared | 2.50 | 412.50 |
| 10/13/2023 | Steffany Sanguino | Paralegal | Plaintiff's Trial Exhibit List with Defendants Objections has been out together | 0.60 | 99.00 |
| 10/13/2023 | Steffany Sanguino | Paralegal | Finalize the proposed Joint Exhibit List and draft email to OC enclosing it for his review | 0.40 | 66.00 |
| 10/13/2023 | Brian H. Pollock Esq. | Legal | Review the proposed Joint Exhibits and Joint Exhibit List to be shared with Defense counsel; also, review the revised Plaintiff's Exhibit List | 0.40 | 220.00 |
| 10/13/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Granting Joint MET to file Jury Instructions, Verdict Form, and Response to MIL | 0.10 | 55.00 |
| 10/13/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Granting Joint Motion to Amend Joint PreTrial Stipulation | 0.10 | 55.00 |
| 10/16/2023 | Steffany Sanguino | Paralegal | I called the client to schedule an in-person meeting. | 0.10 | 16.50 |
| 10/16/2023 | Brian H. Pollock Esq. | Legal | Continued trial preparations - exchange emails with defense counsel re: Joint Pretrial Stipulation, Jury Instructions, Exhibits, and then draft/revise same. Also, draft and revise the proposed Verdict Form and begin examinations of Ms. Valdivieso and of Ms. Velazquez | 9.00 | 4,950.00 |
| 10/16/2023 | Brian H. Pollock Esq. | Draft/revise | Further revise the propose Jury Instructions and Exhibit Lists (Pl's with Defs' objs, Defs with Pl's Objs) and exchange emails with defense counsel re: and enclosing same prior to finalizing them | 0.90 | 495.00 |
| 10/17/2023 | Steffany Sanguino | Paralegal | Revise the Joint Exhibit list. | 0.60 | 99.00 |
| 10/17/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt of Defendants' Motion to Permit Ms. Melendez to testify remotely; then, conduct legal research and draft Response in Opposition to same | 2.00 | 1,100.00 |
| 10/17/2023 | Brian H. Pollock Esq. | Legal | Revise and exchange emails with defense counsel re: the proposed Verdict Form | 0.50 | 275.00 |
| 10/17/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Reply for the Motion for Leave | 0.30 | 165.00 |
| 10/17/2023 | Brian H. Pollock Esq. | Draft/revise | Draft email to Judge Dimitrouleas enclosing the proposed Verdict Form and Jury Instructions in compliance with the Trial Order | 0.20 | 110.00 |
| 10/17/2023 | Brian H. Pollock Esq. | Draft/revise | Conduct additional legal research and drafting of the Reply for our MIL | 2.10 | 1,155.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the Defendant's Response; then, begin to conduct additional legal research and drafting of the Reply for our MIL | 3.10 | 1,705.00 |
| 10/17/2023 | Steffany Sanguino | Paralegal | I called the client to change the start time of our meeting to 3 pm instead of 2 pm. | 0.10 | 16.50 |
| 10/18/2023 | Steffany Sanguino | Paralegal | I called the client to change the meeting date. | 0.20 | 33.00 |
| 10/18/2023 | Steffany Sanguino | Paralegal | Create a spreadsheet to incorporate all time and pay records and to calculate the OT owed to Ms. Valdivieso | 3.30 | 544.50 |
| 10/18/2023 | Brian H. Pollock Esq. | Attendance at | Prepare for and then attend hearing on our MIL re: issue 9 - profits/earnings | 0.90 | 495.00 |
| 10/19/2023 | Steffany Sanguino | Paralegal | Worked on the Plaintiff's Exhibit List. | 4.00 | 660.00 |
| 10/19/2023 | Steffany Sanguino | Paralegal | Worked on the Joint Exhibit List. | 1.60 | 264.00 |
| 10/19/2023 | Steffany Sanguino | Paralegal | I worked on the Plaintiff's Exhibit List with Defendant's Objections. | 1.00 | 165.00 |
| 10/19/2023 | Luna Alvey Esq. | Attendance at | Attendance at client meeting/trial preparation. | 2.50 | 1,000.00 |
| 10/20/2023 | Steffany Sanguino | Paralegal | Organize our trial files and computer file for trial; organize Exhibits and printed copies of same | 2.50 | 412.50 |
| 10/20/2023 | Luna Alvey Esq. | Federal Litigation - Plaintiff | Discuss trial date with client | 0.10 | 40.00 |
| 10/20/2023 | Brian H. Pollock Esq. | Attendance at | Prepare for and then attend Calendar Call; argued motion in limine and discussed pre-trial issues | 3.50 | 1,925.00 |
| 10/20/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Memorializing Ruling re: Witness Angela Melendez | 0.20 | 110.00 |
| 10/20/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Memorializing Rulings from the Bench re: MIL | 0.20 | 110.00 |
| 10/24/2023 | Brian H. Pollock Esq. | Draft/revise | Draft NOD Angela Melendez | 0.30 | 165.00 |
| 10/25/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Telephone call with client regarding Angela Melendez. | 0.20 | 80.00 |
| 10/25/2023 | Steffany Sanguino | Paralegal | I called the JA to find out how many exhibit folders we should take for trial. | 0.20 | 33.00 |
| 10/25/2023 | Brian H. Pollock Esq. | Legal | Review time records and materials signed by Ms. Melendez and prepare for her deposition; then, take it | 1.80 | 990.00 |
| 10/25/2023 | Brian H. Pollock Esq. | Legal | Continue to prepare for trial and work on the examination of Plaintiff and the demonstrative for use in opening statement | 2.90 | 1,595.00 |
| 10/26/2023 | Brian H. Pollock Esq. | Legal | Continued trial preparations; work on examinations of Ms. Valdivieso, Ms. Ramirez, and Ms. Ramirez; review trial exhibits and work on demonstratives | 6.30 | 3,465.00 |
| 10/27/2023 | Brian H. Pollock Esq. | Draft/revise | Draft Motion to Bring Electronic Equipment and proposed Order Granting same | 0.50 | 275.00 |
| 10/27/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of paperless Order Granting Motion to Bring Electronic Equipment into Courthouse | 0.10 | 55.00 |
| 10/27/2023 | Brian H. Pollock Esq. | Legal | T/c with Ms. Rowland in preparation for her testimony at trial | 0.40 | 220.00 |
| 10/27/2023 | Brian H. Pollock Esq. | Teleconference with | T/c with Ms. Valdivieso in preparation for trial | 0.50 | 275.00 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/27/2023 | Brian H. Pollock Esq. | Legal | Trial prep - work on examinations of the witnesses | 5.20 | 2,860.00 |
| 10/29/2023 | Brian H. Pollock Esq. | Legal | Prepare for trial, including demonstratives, examinations, voir dire, and opening | 14.80 | 8,140.00 |
| 10/30/2023 | Brian H. Pollock Esq. | Attendance at | Trial day 1 and prepare for Day 2 | 13.70 | 7,535.00 |
| 10/30/2023 | Luna Alvey Esq. | Attendance at | Attendance at trial; translate for client; trial/witness strategy. | 10.30 | 4,120.00 |
| 10/31/2023 | Steffany Sanguino | Paralegal | Coordinate interpreter re: time change for trial attendance | 0.20 | 33.00 |
| 10/31/2023 | Steffany Sanguino | Paralegal | Talk with the interpreter's office to secure attendance at trial. | 0.10 | 16.50 |
| 10/31/2023 | Luna Alvey Esq. | Attendance at | Attendance at trial; translate for client; trial/witness strategy. | 10.30 | 4,120.00 |
| 10/31/2023 | Brian H. Pollock Esq. | Attendance at | Trial day 2; prepare for same, complete examination of Ms. McKinnon, cross of Ms. Melendez, and direct of Mrs. Valdivieso; then, prepare for trial day 3, including cross of Ms. Ramirez, closing arguments, conduct legal research re: issues raised by court, draft proposed additional instructions and verdict form issues | 17.30 | 9,515.00 |
| 11/1/2023 | Brian H. Pollock Esq. | Attendance at | Continued preparation for and attendance at trial day 3: cross examination of Ms. Ramirez, argue Rule 50 Motions, jury instructions, verdict form, closing, receive verdict. | 11.00 | 6,050.00 |
| 11/2/2023 | Steffany Sanguino | Paralegal | Attend trial, translate for client, assist attorney with trial tasks | 10.50 | 1,732.50 |
| 11/2/2023 | Brian H. Pollock Esq. | Legal | Conduct legal research and then draft M/Prejudgment Interest on the B/K Claim and calculate same | 0.80 | 440.00 |
| 11/2/2023 | Brian H. Pollock Esq. | Draft/revise | Receipt and review of the Final Judgment entered by Judge Dimitrouleas; then, draft email to Mr. Goldberg to confer regarding amending the final judgment to provide for pre-judgment interest and the several bases upon which Ms. Valdivieso intends to seek attorneys' fees from All VIP Care Inc. after prevailing on the Counterclaims | 0.80 | 440.00 |
| 11/6/2023 | Brian H. Pollock Esq. | Federal Litigation - Plaintiff | Draft the post-trial Joint Trial Exhibit List and compile Exhibits Used at Trial for filing in compliance with Local Rules | 0.30 | 165.00 |
| 11/6/2023 | Brian H. Pollock Esq. | Federal Litigation - Plaintiff | Review file and compile Bill of Costs | 0.50 | 275.00 |
| 11/6/2023 | Brian H. Pollock Esq. | Draft/revise | Draft Motion for Prejudgment Interest and calculations and legal research for same | 1.00 | 550.00 |
| 11/6/2023 | Brian H. Pollock Esq. | Draft/revise | Begin to conduct legal research and to draft M/Fees | 2.20 | 1,210.00 |
| 11/7/2023 | Brian H. Pollock Esq. | Draft/revise | Draft Notice of Non-Objection (to M/Withdraw) | 0.30 | 165.00 |
| 11/7/2023 | Brian H. Pollock Esq. | Draft/revise | Continue to conduct legal research and to draft M/Fees | 4.10 | 2,255.00 |
| 11/7/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Deferring Ruling on M/Withdraw as Counsel | 0.10 | 55.00 |
| 11/7/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Compliance by Mr. Goldberg | 0.20 | 110.00 |
| 11/7/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Referring Motion for Bill of Costs | 0.10 | 55.00 |
| 11/9/2023 | Brian H. Pollock Esq. | Draft/revise | Continue to conduct legal research and to draft our M/Attorney's Fees | 2.30 | 1,265.00 |

| Date | Attorney | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/9/2023 | Brian H. Pollock Esq. | | Draft Notice of Filing Unaccepted Proposal for Settlement (Counterclaims) | 0.20 | 110.00 |
| 11/16/2023 | Luna Alvey Esq. | Teleconference with | Telephone calls with client regarding potential for her to appeal, pre-judgment interest and state court case. | 0.20 | 80.00 |
| 11/21/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Granting M/Withdraw (Mr. Goldberg) | 0.20 | 110.00 |
| 11/21/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order of Instructions to Pro Se Litigant | 0.20 | 110.00 |
| 11/21/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Stipulation for Substitution of Counsel | 0.20 | 110.00 |
| 11/22/2023 | Brian H. Pollock Esq. | Draft/revise | Exchange several emails with Ms. Perez re: her representation of Defendants and whether her client wants to resole the attorney's fees and costs issues | 0.60 | 330.00 |
| 11/24/2023 | Brian H. Pollock Esq. | Draft/revise | Exchange emails with Ms. Perez re: time and records in an attempt to resolve the fee issue | 0.30 | 165.00 |
| 11/27/2023 | Brian H. Pollock Esq. | Draft/revise | Further revise the proposed Motion for Fees and draft email to defense counsel enclosing same pursuant to Local Rule 7.3(a)(8) | 0.90 | 495.00 |
| 12/5/2023 | Luna Alvey Esq. | Draft/revise | Draft NOA | 0.30 | 120.00 |
| 12/5/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's M/Bill of Costs | 0.30 | 165.00 |
| 12/5/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's M/Extension of Time to FIle M/Fees | 0.40 | 220.00 |
| 12/5/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Referring Def's Bill of Costs | 0.10 | 55.00 |
| 12/5/2023 | Luna Alvey Esq. | Receipt, Review, and Analysis | Receipt, review and analysis of Order Referring Motion for Bill of Costs. | 0.10 | 40.00 |
| 12/5/2023 | Brian H. Pollock Esq. | Email Communication | Respond to Ms. Perez's email re: the extension to file Defendants' M/Fees by requesting the basis upon which either Defendant could seek fees | 0.30 | 165.00 |
| 12/8/2023 | Luna Alvey Esq. | Receipt, Review, and Analysis | Receipt, review and analysis of Order Granting Motion for Extension of Time to Comply with Local Rule 7.3 filed by Def. | 0.10 | 40.00 |
| 12/13/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Civil Docketing Notice (for appeal) | 0.20 | 110.00 |
| 12/13/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Eleventh Circuit Transcript Order Form by Defendants | 0.20 | 110.00 |
| 12/14/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Appellants' Transcript Order Form | 0.20 | 110.00 |
| 12/14/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Certification by Cristina Alonso, Esq., re: Transcript request | 0.10 | 55.00 |
| 12/15/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of the Court Reporter's Acknowledgement | 0.10 | 55.00 |
| 12/20/2023 | Brian H. Pollock Esq. | Draft/revise | Conduct additional legal research and continue to draft/revise the M/Fees and Costs | 2.80 | 1,540.00 |
| 12/21/2023 | Brian H. Pollock Esq. | Draft/revise | Draft proposed Declaration for Ms. Valdivieso to sign if correct. | 0.60 | 330.00 |
| 12/22/2023 | Brian H. Pollock Esq. | Legal | Review time records and summaries to include information into final version of motion for fees | 0.80 | 440.00 |
| 12/22/2023 | Brian H. Pollock Esq. | Draft/revise | Continue drafting proposed Declaration for Ms. Valdivieso and conduct research in file for same; also, reach out to | 0.80 | 440.00 |

| 12/22/2023 | Brian H. Pollock Esq. | Email Communication | Exchange emails with Ms. Alonso re: her request for information for the Civil Appeals Statement and the amount demanded by Plaintiff and by Defendant at trial and review of file for same | 0.30 | 165.00 |

Services Subtotal:167,700.50

## Expenses

| Date | Vendor | Category | Description | Total |
|------|--------|----------|-------------|-------|
| 8/22/2022 | FairLaw Firm | Filing Fee - Federal Court | Filed complaint in Federal Court with Broward County. | 402.00 |
| 9/2/2022 | FairLaw Firm | Service of Process | Return of Service on Defendant John Corrigan #MIA4155 | 49.00 |
| 9/2/2022 | FairLaw Firm | Service of Process | Return of Service on defendant Leigh-Ann #MIA4156 | 49.00 |
| 9/2/2022 | FairLaw Firm | Service of Process | Service of Process on defendant All VIP Care, inc. #MIA4153 | 59.00 |
| 9/21/2022 | FairLaw Firm | Service of Process | Invoice MIA 4154 accurate serve | 98.00 |
| 5/23/2023 | FairLaw Firm | Court Reporter Attendance / Transcript Costs | invoice 1636 depo of cr liz McKinnon | 259.97 |
| 6/7/2023 | FairLaw Firm | Court Reporter Attendance / Transcript Costs | Depo. Diane Ramirez Attendance & Transcript (Inv.20518054) | 939.85 |
| 6/12/2023 | FairLaw Firm | Mediation Fees to Mediator | | 975.00 |
| 6/20/2023 | FairLaw Firm | Certified Transcript | invoice 6747 transcripts of corp rep (D Ramirez) | 788.25 |
| 7/6/2023 | FairLaw Firm | Deposition transcripts | Transcript of Cruz Valdivieso Depo (Inv. 14764) | 546.31 |
| 10/31/2023 | FairLaw Firm | Court Reporter Attendance / Transcript Costs | Depo. Melendez (Attendance - Inv. 20518054) | 95.00 |
| 10/31/2023 | FairLaw Firm | Interpretation / Translator Attendance | Spanish interpreter's attendance at trial | 720.00 |
| 11/1/2023 | FairLaw Firm | Parking Fee | Parking for paralegal, Steffany Sanguino's attendance at trial | 24.00 |
| 11/1/2023 | FairLaw Firm | Parking Fee | Parking fee for Brian Pollock for 3 days of trial attendance | 72.00 |
| 11/2/2023 | FairLaw Firm | Parking Fee | Parking for trial - 10/30/2023 and 10/31/2023 - for Luna Alvey, Esq. | 48.00 |

Expenses Subtotal:  5,125.38

**Notes:**

Total:172,825.88

Please make all amounts payable to: FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

Thank you for your business.