UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    PLAINTIFF,

VS.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    DEFENDANTS.
_____/

## NOTICE OF DISSOCIATION OF LUNAR CLAIRE ALVEY, ESQ. AS COUNSEL FOR PLAINTIFF

Lunar Claire Alvey, Esq., notifies the Court and all parties that she has dissociated herself from FairLaw Firm and is no longer of record for Plaintiff, Cruz Valdivieso Figuera, in this action. Brian H. Pollock, Esq. and FairLaw Firm remain counsel for Plaintiff.

Dated this 17th day of January 2024.

                                        s/ Lunar Claire Alvey, Esq.
                                        Lunar Claire Alvey, Esq.
                                        Fla. Bar No. 713473
                                        luna@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com