UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS CAUSE came before the Court upon the Motion to Withdraw as Attorney, filed by Lunar Claire Alvey, Esq. ("Motion"). [DE 161]. The Court has reviewed the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

The Motion [DE 161] is **GRANTED**. Lunar Claire Alvey, Esq. is hereby relieved as counsel for Plaintiff Cruz Valdivieso Figuera. The Clerk of Court shall terminate Lunar Claire Alvey, Esq. as counsel of record in this matter. Plaintiff shall continue to be represented in this action by the remaining counsel of record.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 17th day of January 2024.

                                            WILLIAM P. DIMITROULEAS
                                            United States District Judge

Copies to:
Counsel of record