UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON

    Defendants.
_____/

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY
## (PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS)

Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties of the filing of the following in support of her Motion for an Award of Attorney's Fees and Cost. [ECF No. 159.]

Order Approving FLSA Settlement and Closing Case entered in *Maracallo vs. Cusano Air Conditioning & Heating, Inc.*, S.D. Fla. Case No.: 24-CV-20546-GOODMAN at ECF No. 37, wherei the Court approved the undersigned counsel's hourly rate of $500/hour for litigating an FLSA matter on May 31, 2023 ("The Undersigned finds that Plaintiff's lead counsel's hourly rate of $500.00, for an attorney practicing law for approximately 25 years, to be reasonable.") The Court further approved Ms. Alvey's rate of $400/hour and Ms. Sanguino's rate of $165/hour. *Id.*

    Respectfully submitted this 25th day of July 2025,

                                    s/Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq.
                                    Fla. Bar No. 174742
                                    brian@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue, Suite 770
                                    Coral Gables, FL 33146
                                    Tel:    305.230.4884
                                    *Counsel for Plaintiff*