UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 22-61553-CIV-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA

       Plaintiff,

v.

ALL VIP CARE INC.,
and LIZ VELAZQUEZ MCKINNON,

       Defendant(s).
_____/

## ORDER REQUIRING NOTICE OF PREVIOUSLY AWARDED FEES AND COSTS

THIS CAUSE is before this Court on Plaintiff's Motion for Attorney's Fees. ECF No. 159. The Honorable William P. Dimitrouleas referred Plaintiff's request for damages and attorney's fees and costs to the undersigned for a report and recommendation. ECF No. 160; *see also* 28 U.S.C. § 636; S.D. Fla. L.R., Mag. R. 1. Having carefully reviewed Plaintiff's Motion, it is hereby ORDERED AND ADJUDGED that Plaintiff shall, on or before August 7, 2024, file a Notice of Previously Awarded Fees and Costs (the "Notice"). The Notice shall include the following: (i) the case name and number of all federal cases decided in the Southern District of Florida within the past two years wherein Plaintiff's counsel was awarded attorneys' fees and costs; (ii) the date of the award; (iii) the hourly rate(s) awarded to the attorney(s) identified in Plaintiff's Motion; and (iv) any paralegal rates awarded to the firm for the named paralegal(s), if any.

DONE AND ORDERED at Fort Lauderdale, Florida this 2nd day of August 2024.

.

                                        _____
                                        PATRICK M. HUNT
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable William P. Dimitrouleas

All Counsel of Record