UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON

    Defendants.
_____/

## **NOTICE OF PREVIOUSLY AWARDED FEES AND COSTS**

Plaintiff, Cruz Valdivieso Figuera, notices the Court and all parties her compliance with the Order Requiring Notice of Previously Awarded Fees and Costs [ECF No. 172] and states as follows:[1]

1. *Maracallo vs. Cusano Air Conditioning & Heating, Inc.*, S.D. Fla. Case No.: 24-CV-20546-GOODMAN [No. 37], approving attorney's fees and costs at the following rates:

| Attorneys | Rate Awarded |
|---|---|
| Brian H. Pollock, Esq. | $500/hour |
| Patrick Brooks LaRou, Esq. | $325/hour (noting appx. 2 years experience) |
| Lunar C. Alvey, Esq. | $400/hour (noting appx. 20 years experience) |

| Paralegal | Rate Awarded |
|---|---|
| Steffany Sanguino | $165/hour (noting appx. 10 years experience) |

---

[1] The timekeepers for whom Plaintiffs an award of attorney's fees herein include attorneys, Brian H. Pollock, Esq., Toussaint M. Cummings, Esq., and Lunar Claire Alvey, Esq., and paralegals, Bridget Obando and Steffany Sanguino.

2. *McLeod vs. Chef Creole Inc.,* 1:22-CV-22657-MOORE, July 17, 2024 [No. 45], awarding attorney's fees and costs in the Report and Recommendation for fees work performed through Dec. 19, 2023, as follows:

   | Attorneys | Rates Awarded |
   |---|---|
   | Brian H. Pollock, Esq. | $450/hour |
   | Lunar C. Alvey, Esq. | $350/hour |
   | Toussaint M. Cummings, Esq. | $350/hour |

   | Paralegals | Rates Awarded |
   |---|---|
   | Adrian Castillo | $125/hour |
   | Estefania Di Mare | $125/hour |
   | Bridget Obando | $125/hour |

3. *Sevares v. American Pipeline Const., LLC*, S.D. Fla. 1:22-CV-21233-MOORE, July 14, 2023 [No. 38], awarding attorney's fees and costs as follows:

   | Attorneys | Rates Awarded |
   |---|---|
   | Brian H. Pollock, Esq. | $450/hour |
   | Toussaint M. Cummings, Esq. | $350/hour |

   | Paralegal | Rate Awarded |
   |---|---|
   | Estefania Di Mare | $125/hour |

4. *Telleria vs. Aztlan Foods, Corp.,* 1:22-CV-21330-BLOOM, April 4, 2023 [Nos. 64, 66], awarding attorney's fees and costs as follows:

   | Attorneys | Rates Awarded |
   |---|---|
   | Brian H. Pollock, Esq. | $450/hour |
   | Toussaint M. Cummings, Esq. | $350/hour (in Report and Recommendation) |

   | Paralegal | Rate Awarded |
   |---|---|
   | Estefania Di Mare | $125/hour |

5. *Comas v. Chris's Auto Sales Corp.*, S.D. Fla. 1:22-CV-20701-BLOOM, Aug. 31, 2022 [Nos. 37, 39], awarding attorney's fees and costs as follows:

| Attorneys | Rates Awarded |
|---|---|
| Brian H. Pollock, Esq. | $475/hour |
| Toussaint M. Cummings, Esq. | $350/hour |

| Paralegal | Rate Awarded |
|---|---|
| Estefania Di Mare | $150/hour |

6. *Velez v. D Nakama Faction Corp.*, S.D. Fla. 1:21-CV-21287-REID, April 1, 2022 [No. 81], awarding attorney's fees and costs, as follows:

| Attorneys | Rates Awarded |
|---|---|
| Brian H. Pollock, Esq. | $450/hour |
| Toussaint M. Cummings, Esq. | $350/hour |

| Paralegals | Rates Awarded |
|---|---|
| Estefania Di Mare | $135/hour |
| Samantha Herrera | $135/hour |
| Awilda Montalvo | $135/hour |

Respectfully submitted this 5th day of August 2024,

    s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*