## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-20701-BLOOM/Otazo-Reyes

PABLOS COMAS,

    Plaintiff,

v.

CHRIS'S AUTO SALES CORP,
AMANDA BARRIOS, and
SACHA BROCHE,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff's Motion for an Award of Attorneys' Fees and Costs and Motion to Compel Fact Information Sheets, ECF No. [27] ("Motion"), filed on June 10, 2021. The Motion was previously referred to the Honorable Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [28]. On August 15, 2022, the Magistrate Judge issued a R&R recommending that the Motion be granted in part as to Chris's Auto Sales only. ECF No. [37]. The R&R states that the parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. at 2-3. To date, the parties have not filed any objections, nor have the parties sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and

correct. The Court, therefore, agrees with the analysis in the R&R and concludes that Plaintiff's Motion must **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [37]**, is **ADOPTED**;

2. The Motion, **ECF No. [27]**, is **GRANTED IN PART AND DENIED IN PART**;

3. Plaintiff is awarded the sum of **$7,374.37** as fees and costs in this action pursuant to 29 U.S.C. § 216(b), to be paid by Chris's Auto Sales only.

4. Chris's Auto Sales shall complete Florida Form 1.977, Fact Information Sheet, with all required attachments, within thirty (30) days of Plaintiff's service of Form 1.977 on Chris's Auto Sales.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 30, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2