UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC., et. al,

    Defendants.
_____/

### SUPPLEMENT TO PLAINTIFF'S
### NOTICE OF PREVIOUSLY AWARDED FEES AND COSTS

Plaintiff, Cruz Valdivieso Figuera, supplements the Notice of Previously Awarded Fees and Costs [ECF No. 173], with the Order entered earlier today:

7. *Mendez v. Alpha & Omega Calibration Services, LLC*, S.D. Fla. Case No.: 1:24-CV-20543-WILLIAMS [DE 40], awarding attorney's fees and costs at the following rates:

| Attorneys | Rate Awarded |
|---|---|
| Brian H. Pollock, Esq. | $450/hour |
| Patrick Brooks LaRou, Esq. | $275/hour |

| Paralegal | Rate Awarded |
|---|---|
| Steffany Sanguino | $150/hour |

Respectfully submitted this 13th day of August 2024,

                        s/Brian H. Pollock, Esq.
                        Brian H. Pollock, Esq.
                        Fla. Bar No. 174742
                        brian@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue, Suite 770
                        Coral Gables, FL 33146
                        Tel:   305.230.4884
                        *Counsel for Plaintiff*