UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT**

CRUZ VALDIVIESO FIGUERA,

   Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

   Defendants.

_____/

**MOTION TO WITHDRAW FROM LIMITED APPEARANCE
AS APPELLATE COUNSEL**

Undersigned counsel, Cristina Alonso of the law firm of Alonso Appeals, hereby moves to withdraw her limited appearance as appellate counsel on behalf of Defendants, All VIP Care Inc. and Liz Velazquez McKinnon, in the above-named case. Undersigned counsel represented Defendants on their appeal of this Court's final judgment. The appeal was voluntarily dismissed and the mandate issued. (ECF 170). Thus, undersigned counsel's representation of Defendants ended. Defendants continue to be represented by Elizabeth Perez, Esq. of Elizabeth P. Perez, P.A., their lead counsel of record before this Court. Undersigned counsel respectfully requests that this Court enter an order allowing her to withdraw from her limited appearance as appellate counsel of record for Defendants.

                                              Respectfully submitted,

                                              By: */s/ Cristina Alonso*
                                                   CRISTINA ALONSO
                                                   Florida Bar No. 327580
                                                   alonso@alonsoappeals.com
                                                   **ALONSO APPEALS**
                                                   15757 Pines Boulevard, Suite 222
                                                   Pembroke Pines, Florida 33027
                                                   Telephone: (954) 667-8675
                                                   *Former Appellate Counsel for Defendants*
                                                   *All VIP Care Inc. and Liz Velazquez McKinnon*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2024, I electronically filed or caused to be filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day on all counsel of record via transmission of a Notice of Electronic Filing generated by CM/ECF to:

| | |
|---|---|
| Brian Pollock, Esq.<br>135 San Lorenzo Ave., Ste. 770<br>Coral Gables, Florida 33146<br>brian@fairlawgroup.com<br>*Counsel for Plaintiff* | Elizabeth P. Perez, Esq.<br>Elizabeth P. Perez, P.A.<br>8004 NW 154th Street, Suite 280<br>Miami Lakes, FL 33016<br>Elizabeth@perezhealthlaw.com<br>*Counsel for Defendants* |

      By: */s/ Cristina Alonso*
          CRISTINA ALONSO
          Florida Bar No. 327580
          alonso@alonsoappeals.com