UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS CAUSE came before the Court upon the Motion to Withdraw from Limited Appearance as Appellate Counsel, filed by Cristina Alonso. (the "Motion"). [DE 176]. The Court has reviewed the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

The Motion [DE 176] is **GRANTED**. Cristina Alonso is hereby relieved as counsel for Defendants. The Clerk of Court shall terminate Cristina Alonso as counsel of record in this matter. Plaintiff shall continue to be represented in this action by the remaining counsel of record.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 16th day of August 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record