UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER EXTENDING TIME FOR DEFENDANT TO FILE OBJECTIONS

THIS CAUSE is before the Court on the Defendants' Motion for Extension of Time to File Their Objections to Report and Recommendation (the "Motion") [DE 179]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** that the Motion [DE 179] is **GRANTED**. Defendants shall file their objections no later than September 3, 2024.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 30th day August, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record