# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|
| TO THE MARSHAL OF: Southern District of Florida | 0:22-CV-61553-DIMITROULEAS/HUNT |

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

All VIP Care Inc.
5601 Corporate Way, Suite 204
West Palm Beach, FL 33407

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $149,073.91 | and | plus prejudgment interest accruing since September 6, 2024 |

in the United States District Court for the **Southern** District of **Florida**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

All VIP Care Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. Court | DISTRICT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| CITY Fort Lauderdale | DATE 09/19/2024 |

Witness the Honorable **William P. Dimitrouleas**

*(United States Judge)*

| DATE 09/19/2024 | CLERK OF COURT Dimas Rodriguez |
| | (BY) DEPUTY CLERK Angela E. Noble |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

Print    Reset Form