UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,
    Plaintiff,

vs.

ALL VIP CARE INC. and
LIZ VANESSA MCKINNON
    Defendants

and

PNC BANK, N.A.
    Garnishee
_____/

## NOTICE OF STRIKING DOCKET ENTRY

    Defendants ALL VIP CARE INC. and LIZ VANESSA MCKINNON, by and through their undersigned counsel hereby file this notice of striking docket entry No. 188, which was inadvertently filed without undersigned counsel's signature block. The corrected document will be refiled.

    Respectfully Submitted,

    /s/Elizabeth P. Perez
    Elizabeth P. Perez, Esq.
    15800 Pines Blvd., Ste 3210
    Pembroke Pines, FL 33027
    Tel.: 305.709.0888
    Fax: 305.709.0888
    E-Mail: elizabeth@plglawoffice.com
    Florida Bar No.:182461
    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 26th day of September 2024. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

*/s/Elizabeth P. Perez*
Elizabeth P. Perez, Esq.