UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC., et. al,

    Defendants,

and

PNC BANK, N.A.,

    Garnishee.
_____/

## ORDER GRANTING AGREED EMERGENCY MOTION TO DISBURSE GARNISHED FUNDS

THIS MATTER came before the Court on the Writ of Garnishment, the Agreed Emergency Motion to Disburse Garnished Funds, and the Court, after having been advised of the agreement of the parties and after having reviewed the Writ, the Motion (with Exhibits), and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that same is GRANTED, as follows:

1. The Court accepts and approves the parties' Agreement;

2. Garnishee, P.N.C. Bank, N.A., shall promptly disburse (by check, EFT, or wire transfer) $100,000.00 to "FairLaw Firm" no later than three (3) business days following the Court's Order;

3. Garnishee, P.N.C. Bank, N.A., shall promptly disburse (by check, EFT, or wire transfer) $100.00 to counsel for the Garnishee in satisfaction of the statutory fee;

4. Garnishee, P.N.C. Bank, N.A., shall disburse and release all remaining funds to Defendants within one business day of receipt of this order; and

5. The Court retains jurisdiction over this matter for 60 days to enforce the Agreement and for such other further and related matters.

Done and Ordered in Chambers in Fort Lauderdale, Florida, on this 27th day of September 2024.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies Furnished:
*All Counsel of Record*