**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

CRUZ VALDIVIESO FIGUERA,                         Case No.: 0:22-CV-61553-WPD

      Plaintiff,

v.

ALL VIP CARE, INC. AND

LIZ VELAZQUEZ MCKINNON,

      Defendant.

_____/

**<u>NOTICE OF UNAVAILABILITY</u>**

      Counsel for Defendant, ALL VIP CARE INC. and LIZ VELAZQUEZ MCKINNON, hereby files this Notice of Unavailability stating that the undersigned will be unavailable through the following time period:

**October 29, 2024 – November 1, 2024**

      Counsel for Defendant requests that no hearings, depositions, mediations/arbitrations, and other proceedings requiring Defendant's counsel's attendance, be scheduled during that time period.

                                                     Respectfully Submitted,

                                                   /s/_Elizabeth P. Perez_____
                                                   15800 Pines Blvd., Suite 3210
                                                   Pembroke Pines, FL 33027
                                                   Telephone: (305) 709-0888
                                                   Email: elizabeth@plglawoffice.com
                                                   Florida Bar No.:0182461

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 4th day of October 2024. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/_Elizabeth P. Perez_____
Elizabeth P. Perez