UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## ORDER REGARDING EMAIL RECEIVED BY CHAMBERS

THIS CAUSE is before the Court upon Chamber's receipt of an email letter dated November 1, 2024, from Defendant All VIP Care Inc. and Liz Vanessa McKinnon, requesting an opportunity to file our opposition to Plaintiff's counsel's recently filings and proposed Final Judgment Order before an order is entered.

Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court, either in person or by mail. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers, including by email. Any papers improperly delivered directly to chambers will not considered by the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court will not consider the email letter dated November 1, 2024 described above.

2. Should Defendants require an extension of time in which to file a response to [DE 195] they may file a motion for extension of time in the record.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 4th day of November 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

2