UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CRUZ VALDIVIESO FIGUERA,                                    Case No.: 0:22-CV-61553-WPD

    Plaintiff,

v.

ALL VIP CARE, INC. AND

LIZ VELAZQUEZ MCKINNON,

    Defendant.

_____/

### **NOTICE OF UNAVAILABILITY**

    Counsel for Defendant, ALL VIP CARE INC. and LIZ VELAZQUEZ MCKINNON, hereby files this Notice of Unavailability stating that the undersigned will be unavailable through the following time period:

**December 23, 2024, through and including January 6, 2025**

    Counsel for Defendant requests that no hearings, depositions, mediations/arbitrations, and other proceedings requiring Defendant's counsel's attendance, be scheduled during that time period.

                                        Respectfully Submitted,

                                        /s/ Elizabeth P. Perez_____
                                        15800 Pines Blvd., Suite 3210
                                        Pembroke Pines, FL 33027
                                        Telephone: (305) 709-0888
                                        Email: elizabeth@plglawoffice.com
                                        Florida Bar No.:0182461

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 13th day of November 2024.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ Elizabeth P. Perez_____
Elizabeth P. Perez