UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61553-DIMITROULEAS

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

VIP CARE, INC., et. al.

    Defendants.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Plaintiff's Motion for Order to Show Cause [DE 201] to United States Magistrate Judge Patrick Hunt for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of November 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge Patrick Hunt