| | |
|---|---|
| **From:** | Elizabeth Perez |
| **To:** | Brian Pollock |
| **Cc:** | Juan Aragon; Michael Kaufman |
| **Subject:** | RE: Valdivieso Figuera vs. All VIP Care - Proposed Docs |
| **Date:** | Thursday, September 26, 2024 11:14:00 AM |
| **Attachments:** | image001.png |
| | image002.png |

Brian,

I just called you but it went to vm.  there is a glaring problem with your writ.  It is not based on a final judgment.  See *Pineiro v. Am. Express Card Servs. Co*., 105 So. 3d 614, 2013 Fla. App. LEXIS 570 (Fla. 4th DCA 2013).

You need to withdraw it immediately, do whatever you need to do to undo the funds being frozen because this is disrupting my client's business.  If you do not proceed to withdraw it immediately, we will file our Emergency Motion To Dissolve the Writ, and a 57.105 notice to you.

Sincerely,

**Elizabeth P. Perez, Esq.**
Partner
**PEREZ LEGAL GROUP**
15800 Pines Blvd., Suite 3210 | Pembroke Pines, Florida 33027
Phone: 305.709.0888 | Fax: 305.709.0888
www.perezhealthlaw.com



*Excellence. Experience. Effective.*

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

# Exhibit A