
**Sebastian Suarez**
Valdivieso Figuera vs. All VIP Care - Proposed Docs
To: Brian H. Pollock,   Cc: Elizabeth Perez,   Deborah Clase

Valdievieso, Cruz    September 26, 2024 at 2:14 PM

Details

Hi Brian,

Please see attached agreement executed by our client.

Let us know if you have any questions.

Sincerely,

Sebastian Suarez
Paralegal
**PEREZ LEGAL GROUP**
15800 Pines Blvd., Suite 3210 | Pembroke Pines, Florida 33027
Phone: 305.709.0888 | Fax: 305.709.0888
www.perezhealthlaw.com

*Excellence. Experience. Effective.*

Send payment: pay.plglawoffice.com

**PLEASE SAVE OUR NEW FIRM EMAIL ADDRESS**
_____
IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

payments to be made under this Agreement are being made in good faith in satisfaction of a debt, judgment, and/or award of attorney's fees and costs in the Lawsuit, not intended as a preference or fraudulent transfer under bankruptcy law, and not subject to recoupment in or through any bankruptcy proceeding by Defendants. Defendants further attest that they are currently solvent, that the payment(s) to be made through this Agreement will not render any or all of them insolvent, and waive any right to seek recovery of this payment as a preference in any future bankruptcy proceeding.

This Agreement contains the parties' entire agreement, and it may not be changed except in writing and signed by all Defendants and either Plaintiff or her counsel, Brian H. Pollock, Esq., of FairLaw Firm. A copy or .pdf of any signature or this Agreement shall have the same force and effect as an original. This document may be wet signed or e-signed, each of which shall be enforced equally.

Defendants understand that although Plaintiff's counsel prepared this Agreement, Defendants were advised of and had the opportunity to review this Agreement with their counsel, they were not provided with any legal advice by Plaintiff's counsel prior to signing, that they understood this agreement before signing it.

**IN WITNESS WHEREOF**, the undersigned have executed this Agreement willingly and freely after consultation with my counsel in Palm Beach County, Florida, under penalty of perjury, and declare as of the dates set forth below, under 28 U.S.C. §1746, that the foregoing is true and correct.

LIZ VELAZQUEZ MCKINNON                    ALL VIP CARE INC.
By: _____               By: _____
Liz Velazquez McKinnon, individually      Liz Velazquez McKinnon, Authorized Agent
Dated: 9/26/2024                          Dated: 9/26/2024