| | |
|---|---|
| **From:** | **Elizabeth Perez** elizabeth@plglawoffice.com  |
| **Subject:** | Proposed Order | Valdivieso v. All VIP Care, et. al. | 0:22–cv–61553–WPD |
| **Date:** | September 26, 2024 at 4:30 PM |
| **To:** | dimitrouleas@flsd.uscourts.gov |
| **Cc:** | Brian Pollock brian@fairlawattorney.com, Sebastian Suarez paralegal@plglawoffice.com, Juan Aragon juan@fairlawattorney.com |

Dear Honorable Judge Dimitrouleas:

Attached for your review and consideration is a Proposed Order in Word format in compliance with CM/ECF Admin. Proc. R. 3I(6) related to our filing ECF No. 188, our proposed order granting *Agreed Emergency Motion To Disburse Garnished Funds.*

Respectfully,

**Elizabeth P. Perez, Esq.**
Partner
**PEREZ LEGAL GROUP**
15800 Pines Blvd., Suite 3210 | Pembroke Pines, Florida 33027
Phone: 305.709.0888 | Fax: 305.709.0888
www.perezhealthlaw.com



*Excellence. Experience. Effective.*

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Order GR Agreed Mot to Disburse (Proposed)(Valdivieso).docx**
22 KB


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC., et. al,

    Defendants,

and

PNC BANK, N.A.,

    Garnishee.
_____/

## **ORDER GRANTING AGREED EMERGENCY MOTION**
## **TO DISBURSE GARNISHED FUNDS**

THIS MATTER came before the Court on the Writ of Garnishment, the Agreed Emergency Motion to Disburse Garnished Funds, and the Court, after having been advised of the agreement of the parties and after having reviewed the Writ, the Motion (with Exhibits), and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that same is GRANTED, as follows:

1. The Court accepts and approves the parties' Agreement;

2. Garnishee, P.N.C. Bank, N.A., shall promptly disburse (by check, EFT, or wire transfer) $100,000.00 to "FairLaw Firm" no later than three (3) business days of the Court's Order;

3. Garnishee, P.N.C. Bank, N.A., shall promptly disburse (by check, EFT, or wire transfer) $100.00 to counsel for the Garnishee in satisfaction of the statutory fee;

4. Garnishee, P.N.C. Bank, N.A., shall disburse and release all remaining funds to Defendants within one business day of receipt of this order; and

5. The Court retains jurisdiction over this matter for 60 days to enforce the Agreement and for such other further and related matters.

Done and Ordered in Chambers in Ft. Lauderdale, Florida, on this September  , 2024.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies Furnished:
*Counsel of Record by CM/ECF*