UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

v.

ALL VIP CARE, INC., *et. al.*

    Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COMES NOW, Elizabeth P. Perez, Esq. of Perez Legal Group ("Perez Legal Group"), herby respectfully files this Motion To Withdraw from further representation of Defendants, **ALL VIP CARE INC.** and **LIZ VELAZQUEZ MCKINNON**, pursuant to Local Rule 11.1(d)(3) of the Southern District of Florida and Rule 4-1.16 of the Florida Rules of Professional Conduct, and in support thereof states as follows:

1. Undersigned counsel, Elizabeth P. Perez, Esq. and Perez Legal Group was retained to represent Defendants in the above-captioned matter with post-trial matters.

2. On November 21, 2023, Perez Legal Group filed its Stipulation For Substitution of Counsel [ECF No. 145].

3. From the commencement of this representation, undersigned counsel has provided professional legal services to Defendants in accordance with applicable standards and obligations.

4. At the present time, the only pending matter is a ruling by the Court on Plaintiff's Motion for Default Judgment [ECF 195], Plaintiff's Motion for Order to Show Cause [ECF No. 201], Plaintiff's Motion for Writ of Execution renewed [ECF 202], and Defendants' Response In

Opposition To Plaintiff's second Motion For Writ of Execution, Motion For Order To Show Cause, and Motion For Default Judgment. [ECF No. 206].

5. Irreconcilable differences have arisen between Defendants and Perez Legal Group attorneys, such that they are unable to continue in the representation of Defendants in this matter.

6. Additionally, Defendant Liz Velazquez McKinnon has directly contacted the Court improperly via email without the knowledge, consent, or consultation of undersigned counsel. Going against Counsel's advice, Ms. McKinnon then filed a second improper filing. As a result, the Court entered Orders of Improper Filing [ECF Nos. 208 and 209].

7. Thereafter, Defendant notified undersigned counsel that she was terminating counsel's representation, and requested the firm's withdrawal as counsel.

8. Withdrawal at this stage will not prejudice Defendants.

9. To the best of undersigned counsel's knowledge, there are no imminent deadlines or hearing dates in this matter that would hinder Defendants from securing new counsel and adequately continuing their defense.

10. Undersigned counsel has provided notice of this motion to Defendants.

11. Defendants' current mailing address is ALL VIP CARE, INC. c/o LIZ VELAZQUEZ McKINNON, 5601 Corporate Way, Ste. 204, W. Palm Beach, FL 33407, and email address is liz@allvipcare.com.

12. Undersigned counsel requests that Defendants be given a reasonable amount of time for Defendants to obtain new counsel.

WHEREFORE, Elizabeth P. Perez, Esq. and Perez Legal Group respectfully requests that this Court grants this Motion to Withdraw and that Perez Legal Group lawyers be relieved of any further responsibility in this case.

**CONFERRAL PURSUANT TO LOCAL RULE 7.1(A)(3)**

On February 14, 2025, the Perez Legal Group conferred via electronic mail with Counsel for Plaintiff regarding the relief this Motion seeks. As of the filing of this Motion, there has been no response from opposing counsel.

Respectfully Submitted,

/s/ Elizabeth P. Perez
15800 Pines Blvd., Suite 3210
Pembroke Pines, FL 33027
Telephone: (305) 709-0888
Email: elizabeth@plglawoffice.com
Florida Bar No.:0182461

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 19th day of February 2025. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ Elizabeth P. Perez
Elizabeth P. Perez