UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRUZ VALDIVIESO FIGUERA,                    Case No.: 0:22-CV-61553-WPD

    Plaintiff,

v.

ALL VIP CARE, INC.

    Defendant.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

Defendant, ALL VIP CARE INC., by and through undersigned counsel, hereby files this Notice of Compliance pursuant to the Court's **Order Deferring Ruling on Motion to Withdraw as Counsel** [DE 211], and state as follows:

1. On February 20, 2025, Undersigned Counsel received the Court's Order [DE 211] via the Court's CM/ECF system.

2. Subsequently on February 20, 2025, Undersigned Counsel transmitted a copy of the Court's Order [DE 211] to Defendant, ALL VIP CARE, INC., via email at liz@allvipcare.com.

3. Accordingly, Undersigned Counsel has complied with the Court's directive to provide Defendant with a copy of the Order on or before **February 25, 2025.**

4. A copy of the transmittal email is attached hereto as **Exhibit "A."**

Respectfully Submitted,

*/s/ Elizabeth P. Perez*
15800 Pines Blvd., Suite 3210
Pembroke Pines, FL 33027

                                              Telephone: (305) 709-0888
                                              Email: elizabeth@plglawoffice.com
                                              Florida Bar No.:0182461

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 21st day of February 2025.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                              /s/ Elizabeth P. Perez
                                              Elizabeth P. Perez

 Outlook

### Re: Order on Motion to Withdraw - Valdivieso

| | |
|---|---|
| From | Sebastian Suarez <paralegal@plglawoffice.com> |
| Date | Thu 2/20/2025 5:56 PM |
| To | Liz V. McKinnon (Work) <liz@allvipcare.com> |
| Cc | Elizabeth Perez <elizabeth@plglawoffice.com> |

🗎 1 attachment (203 KB)
25.02.20 Order Deferring Motion to Withdraw.pdf;

In furtherance of my previous email:

We advise that you carefully read the Court's Order which is attached to this email, as there are time sensitive deadlines.

You previously instructed Ms. Perez to withdraw from the Case, and the Court would like to confirm whether you have any objection. As well, you have until March 6th to have new counsel enter the case, or the judge will order a Default Judgment against you. Please respond to this email acknowledging receipt and review of this email, the attached Court's Order, and confirm that you have no objection to Ms. Perez' withdrawal from this case.

I have attached the Order again for your reference.

Sebastian Suarez
Paralegal
**PEREZ LEGAL GROUP**
15800 Pines Blvd., Suite 3210 | Pembroke Pines, Florida 33027
Phone: 305.709.0888 | Fax: 305.709.0888
www.perezhealthlaw.com

*Excellence. Experience. Effective.*

Send payment: pay.plglawoffice.com

PLEASE SAVE OUR NEW FIRM EMAIL ADDRESS
_____
IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**From:** Sebastian Suarez
**Sent:** Thursday, February 20, 2025 5:26 PM
**To:** Liz V. McKinnon (Work) <liz@allvipcare.com>

**EXHIBIT "A"**

**Cc:** Elizabeth Perez <elizabeth@plglawoffice.com>
**Subject:** Order on Motion to Withdraw - Valdivieso

Good afternoon Liz,

Please see the Court's order on the Motion to Withdraw in the Valdivieso case.

Let me know if you have any questions.

Sebastian Suarez
Paralegal
**PEREZ LEGAL GROUP**
15800 Pines Blvd., Suite 3210 | Pembroke Pines, Florida 33027
Phone: 305.709.0888 | Fax: 305.709.0888
www.perezhealthlaw.com

*Excellence. Experience. Effective.*

Send payment: pay.plglawoffice.com

PLEASE SAVE OUR NEW FIRM EMAIL ADDRESS
_____
IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.