**All VIP Care, Inc.**
*"Home Care Begins Here!"*

FILED BY ___VK___ D.C.
MAR 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

March 5, 2025

Honorable William P. Dimitrouleas
United States District Court
Southern District of Florida

Re: Cruz Valdivieso Figuera v. All VIP Care, Inc. & Liz Vanessa McKinnon
Case No: 0:22-CV61553-DIMITROULEAS/HUNT

Dear Honorable Judge Dimitrouleas,

I am the Defendant in the above-captioned case. I write to respectfully request an extension of time from March 6, 2025 to Monday, March 10, 2025 to obtain a new counsel on record.

This is my first request for an extension. I have been interviewing several attorneys, dealing with unexpected events that are out of my control, and I need more time to obtain crucial information to obtain new counsel.

I hope the court can grant me the extension.

Thank you.

Sincerely,

Liz McKinnon
All VIP Care

5601 Corporate Way #204
W. Palm Beach, FL 33407
(561) 268 - 2531 (Office)
(561) 847 - 4612 (Fax)
www.allvipcare.com