UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-61553-WPD

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

v.

ALL VIP CARE, INC., et. al.

    Defendants.

_____/

## ORDER GRANTING EXTENSION OF TIME

THIS CAUSE is before Defendant Liz Velazquez McKinnon's Motion for Extension of time to Obtain New Counsel. [DE 214]. The Court previously stated that it would defer granting Attorney Elizabeth Perez's Motion to Withdraw as Attorney [DE 210] until March 6, 2025. *See* [DE 211]. The Court has carefully considered the Motion [DE 214] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court will defer ruling on the Motion [DE 210] until March 10, 2025.

2. Counsel Elizabeth P. Perez, Esq. is **DIRECTED** to provide Defendants ALL VIP CARE INC. and LIZ VELAZQUEZ with a copy of this Order on or before **March 7, 2025** and file a notice of compliance in the record, stating the manner in which the Order was provided to the Defendants.

**DONE and ORDRED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of March, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished:
All counsel of record