# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CRUZ VALDIVIESO FIGUERA,             Case No.: 0:22-CV-61553-WPD

    Plaintiff,

v.

ALL VIP CARE, INC.

    Defendant.

_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

Defendant, ALL VIP CARE INC., by and through undersigned counsel, hereby files this Notice of Compliance pursuant to the Court's **Order Granting Extension of Time** [DE 215], and state as follows:

1. On March 6, 2025, Undersigned Counsel received the Court's Order [DE 215] via the Court's CM/ECF system.

2. Subsequently on March 6, 2025, Undersigned Counsel transmitted a copy of the Court's Order [DE 215] to Defendant, ALL VIP CARE, INC., via email at liz@allvipcare.com.

3. Accordingly, Undersigned Counsel has complied with the Court's directive to provide Defendant with a copy of the Order on or before **March 7, 2025.**

4. A copy of the transmittal email is attached hereto as **Exhibit "A."**

                                                                      Respectfully Submitted,

                                                                      */s/ Elizabeth P. Perez*
                                                                      15800 Pines Blvd., Suite 3210
                                                                      Pembroke Pines, FL 33027
                                                                      Telephone: (305) 709-0888
                                                                      Email: elizabeth@plglawoffice.com

Florida Bar No.:0182461

# CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 7th day of March 2025.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ Elizabeth P. Perez
Elizabeth P. Perez

 **Outlook**

---

**Order Granting Extension of Time - Valdivieso v. ALL VIP CARE**

---

| | |
|---|---|
| From | Sebastian Suarez <paralegal@plglawoffice.com> |
| Date | Thu 3/6/2025 1:02 PM |
| To | Liz V. McKinnon (Work) <liz@allvipcare.com> |
| Cc | Elizabeth Perez <elizabeth@plglawoffice.com> |

📎 1 attachment (187 KB)
25.03.06 Order re Motion For Extension on M to Withdraw.pdf;

Hi Liz,

We advise that you carefully read the Court's Order which is attached to this email, as there are time sensitive deadlines.

**You have until March 10th to have new counsel enter the case**, or the judge will order a Default Judgment against you.  Please respond to this email acknowledging receipt and review of this email and the attached Court's Order

I have attached the Order for your reference.

Sebastian Suarez
Paralegal
**PEREZ LEGAL GROUP**
15800 Pines Blvd., Suite 3210 | Pembroke Pines, Florida 33027
Phone: 305.709.0888 | Fax: 305.709.0888
www.perezhealthlaw.com

*Excellence. Experience. Effective.*

Send payment: pay.plglawoffice.com

PLEASE SAVE OUR NEW FIRM EMAIL ADDRESS
_____
IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Exhibit "A"**