UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-61553-WPD

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

v.

ALL VIP CARE, INC., et. al.

    Defendants.

_____/

### ORDER ON MOTION TO WITHDRAW

THIS CAUSE is before Attorney Elizabeth Perez Esq.'s Motion to Withdraw as Attorney for Defendants **ALL VIP CARE, INC**. and **LIZ VELAZQUEZ MCKINNON**. [DE 210]. The Court deferred ruling on the Motion [DE 210] until March 10, 2025 to allow Defendants to file objections to the Motion. The Court notes Elizabeth P. Perez, Esq.'s compliance with the Courts Order at [DE 215]. *See* [DE 216]. However as of the date of this Order, Defendants have not filed any objections in the record to [DE 210].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw [DE 210] is **GRANTED**.

2. Perez Legal Group lawyers are relieved of any further responsibility in this case;

3. It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. See *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

4. Accordingly, Defendant ALL VIP CARE, INC. is required to obtain new counsel to file an appearance in the record by **March 24, 2025.**

5. Failure to obtain new counsel may result in any post judgment motions being decided adversely against ALL VIP CARE, INC. by default.

**DONE and ORDRED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of March, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
All counsel of record