IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.                              Case No.:  0:22-CV-61553-DIMITROULEAS/HUNT

ALL VIP CARE INC., et.al
    Defendants.
_____/

NOTICE OF APPEARANCE

Comes now, **Michael A. Hurckes, Esq. of Ironclad Law LLC**, and hereby enters this Notice of Appearance on behalf of Defendants ALL VIP CARE INC. and LIZ VELAZQUEZ MCKINNON**,** and request service of copies of pleadings and/or any papers filed in the above-captioned case and hereby designate following E-mail address upon which service in this case must be directed.

**Primary Email Address: mh@ironclad.law**  (Michael A. Hurckes)

                            **legal@ironclad.law**

Dated: March 14, 2025

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 14, 2025, this Notice of Appearance was served on all counsel and parties of record by electronic service.

By: /s/Michael A. Hurckes
IRONCLAD LAW
Florida Bar No. 1040918
333 SE 2nd Ave Ste. 2000
Miami, Florida 33131
Tel: (917) 791 - 0636
Email: mh@ironclad.law
Counsel for Defendants
