# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CV61553-WPD

Cruz Valdivieso Figuera
    Plaintiff(s),

v.

VIP Care Inc. et al          /
    Defendant(s).

### CLERK'S NOTICE OF DESTRUCTION OF EXHIBITS

Pursuant to Local Rule 5.3(c), the Clerk's Office in the Southern District of Florida is authorized to destroy exhibits in the above matter. Having received no response to the Clerk's Notice of Intent to Dispose of Exhibit [DE# 213], filed on 03/03/2025, exhibits associated with [DE#] 131 filed by plaintiff have been destroyed.

DONE at Fort Lauderdale Florida, this 26th day of March, 20 25.

        Angela E. Noble
        Court Administrator • Clerk of Court

By: Dimas Rodriguez
        Deputy Clerk

c: All counsel of record

06/25/2013

Print    Reset Form