UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ VELAZQUEZ MCKINNON,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

Plaintiff, Cruz Valdivieso Figuera, notifies the Court that ninety (90) days have elapsed since the filing of the Reply Supporting Plaintiff's Motions for Default, Order to Show Cause, and Writ of Execution and Response in Opposition to Defendant's Motion to Dissolve and for Sanctions on December 4, 2024 [ECF No. 207], without a hearing or ruling on Plaintiff's Verified Motion for *Ex Parte* Final Judgment Following Default In Verified Agreement and Release [ECF No. 195] or Plaintiff's Motion to Show Cause [ECF No. 201].

Dated this 24th day of April 2025.

                                                            Brian H. Pollock, Esq.
                                                            Brian H. Pollock, Esq. (174742)
                                                           brian@fairlawattorney.com
                                                           FAIRLAW FIRM
                                                           135 San Lorenzo Avenue
                                                           Suite 770
                                                           Coral Gables, FL 33146
                                                           Tel:    305.230.4884
                                                           *Counsel for Plaintiff*