UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61553-CIV-DIMITROULEAS

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC., et.al,

    Defendant.

_____/

### ORDER DEFERRING RULING ON MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE is before the Court upon the Defense Counsel's Motion to Withdraw [DE 224], filed by attorney Michael Alexander Hurckes, on July 28, 2025. The Court has carefully considered the Motion [DE 224] and is otherwise fully advised in the premises.

The Court will defer ruling on the Motion [DE 224] until Defendant All VIP Care, Inc and Liz Velazquez McKinnon have had an opportunity to file any objection to the Motion. A failure to timely file an objection will result in the granting of the Motion.

The Court notes that if the Motion is granted, Defendant All VIP Care, Inc will be required to obtain new counsel to file an appearance in the record. It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court will defer ruling on the Motion [DE 224] until **August 8, 2025**;

2. Counsel is **DIRECTED** to provide Defendant All VIP Care, Inc and Liz Velazquez McKinnon with a copy of this Order on or before **August 1, 2025** and file a notice of compliance in the record, stating the manner in which the Order was provided to the Defendant.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 31st day of July, 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge