UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61553-CIV-DIMITROULEAS

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC., et.al,

    Defendant.
_____/

**<u>ORDER DENYING MOTION TO WITHDRAW AS COUNSEL</u>**

THIS CAUSE is before the Court upon the Defense Counsel's Motion to Withdraw [DE 224], filed by attorney Michael Alexander Hurckes, on July 28, 2025. The Court has carefully considered the Motion [DE 224] and is otherwise fully advised in the premises.

On July 31, 2025, the Court entered an Order directing moving counsel to "provide Defendant All VIP Care, Inc and Liz Velazquez McKinnon with a copy of this Order on or before August 1, 2025 and file a notice of compliance in the record, stating the manner in which the Order was provided to the Defendant." [DE 225]. The Court deferred ruling on the motion to withdraw until August 8, 2025, to provide Defendants an opportunity to object. *Id.*

However, upon review of the record, Michael Alexander Hurckes has failed to comply with this Court's directive and has not filed a notice of compliance in the record stating how it served the Court's Order [DE 225] on Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** that Counsel's motion to withdraw [DE 224] is **DENIED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 21st day of August, 2025.

Copies to

Counsel of record

WILLIAM P. DIMITROULEAS
United States District Judge