UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv- 61553-WPD

CRUZ VALDIVIESO FIGUERA

      Plaintiff,             Magistrate Judge Hunt

v.

ALL VIP CARE INC. AND
LIZ VELAZQUEZ MCKINNON,

      Defendants.

_____/

## FINAL JUDGMENT

This cause is before the Court on the Report and Recommendation ("Report") of Magistrate Judge Hunt, filed on August 1, 2025, and the Court's Order adopting and approving the Report. Pursuant to Rule 58, the Court hereby issues a separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff is awarded judgment in the amount of $25,045.19, and against the Defendants, All VIP Care Inc. and Liz Velazquez McKinnon, jointly and severally.

2. The Court is **DIRECTED** to issue a Writ of Execution to the Plaintiff in the amount of $25,045.19, for which sum let execution issue.

3. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 2nd day of September, 2025.

Copies to

Counsel of record

WILLIAM P. DIMITROULEAS
United States District Judge