UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-61553

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

VIP CARE, INC. AND ALL VIP CARE, INC.

    Defendants.            /

## ORDER DENYING MOTION WITHOUT PREJUDICE

This cause is before the Court on Plaintiff's Ex Parte Motion for Writ of Garnishment Against PNC Bank. [DE 232] (sealed). The Motion is premature. According to the Clerk's Office Operating Procedures, 14 days from the date of the judgment must pass before a Writ of Garnishment can be issued.

Accordingly, the Motion [DE 232] (sealed) is **DENIED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 16th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record