UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRUZ VALDIVIESO FIGUERA,   CASE NO. 22-61553-CIV-WPD

    Plaintiff,

vs.

VIP CARE, INC. AND ALL VIP CARE, INC,

    Defendants.
_____/

**ORDER OF REFERRAL**

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiff's Motion for Award of Additional/Supplemental Attorneys' Fees [DE 233] is hereby **REFERRED** to United States Magistrate Judge Patrick Hunt for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of September 2025.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Hunt
Counsel of Record