UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ VELAZQUEZ MCKINNON,

    Defendants,

and

PNC BANK, N.A.,

    Garnishee.
_____/

## GARNISHMENT NOTICE

**To:   ALL VIP CARE INC. AND LIZ VELAZQUEZ MCKINNON:**

YOU ARE NOTIFIED that Garnishee, PNC BANK, N.A., has answered the writ of garnishment issued in this action. The Writ of Garnishment is attached as Exhibit "A". A copy of the Garnishee's Answer is attached as Exhibit "B".

If any allegation in the Plaintiff's Motion for Writ of Garnishment is untrue, you must move to dissolve the Writ of Garnishment within twenty (20) days of the date indicated on the attached Certificate of Service, exclusive of the day of service, serve a copy of the motion on Plaintiff's attorney, Brian H. Pollock, Esq., and on the Garnishee's attorney, William E. Pruitt, Esq, Esq., and file the original with the Clerk of this Court either before

service on the attorneys or immediately thereafter. If you fail to do so, a default under the Writ of Garnishment will be entered against you.

You may have exemptions from the Writ of garnishment that must be asserted as a defense.

Dated this 25th day of September 2025.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*