UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61553-DIMITROULEAS

**Cruz Valdivieso Figuera**,

      Plaintiff,

v.

**VIP Care, Inc. et. al,**

      Defendants.

_____/

## ORDER STRIKING EMAIL SENT TO CHAMBERS

THIS CAUSE is before the Court on the email received by the undersigned on Thursday October 2, 2025, from Defendant Liz Velazquez McKinnon. A copy of this email is attached to this Order.

Defendant Liz Velazquez McKinnon is a *pro se* litigant. *Pro se* litigants must file conventionally, either by filing documents at the Clerk's Office during its hours of operation, or by mailing documents to the Clerk's Office. Mailing documents to any District Judge or Magistrate Judge does not substitute for conventional filing. Emailing any District Judge or Magistrate Judge does not substitute for conventional filing. Accordingly, this email shall be stricken as it is prohibited.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that:

1. The email sent to the undersigned on October 2, 2025 is **STRICKEN**.

2. The Clerk is **DIRECTED** to send a copy of this order to the mailing and email addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 3rd day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
**Liz Velazquez McKinnon**
5601 Corporate Way
Suite 204
West Palm Beach, FL 33407
liz@allvipcare.com

| | |
|---|---|
| **From:** | Liz McKinnon |
| **To:** | FLSDdb_efile Dimitrouleas |
| **Cc:** | brian@fairlawattorney.com |
| **Subject:** | Re: Cruz Valdivieso Figuera v. All VIP Care, Inc. & Liz Vanessa McKinnon Case No: 0:22-CV61553-DIMITROULEAS/HUNT |
| **Date:** | Thursday, October 2, 2025 10:44:57 AM |
| **Attachments:** | Outlook-m4zvk0th.png |
| | hurckes10.2.25.pdf |

**CAUTION - EXTERNAL:**

Good Morning,

Regardless, that I have sent Mr. Pollack $150,000, he has motioned the court to garnish my business account.  Mr. Pollack continues to seek more money and more money.

My current attorney seems to be in JAIL.  I have not heard from him or his office. Therefore, I am asking the Honorable Judge Dimitrouleas to be fair and not to interpret this communication as improper.  I am also asking the Judge to vacate the garnishment that is not necessary and affecting my business.  Afterall, justice is about completing someone and not putting them ahead.

Meanwhile, I will be diligent in seeking new counsel.  I hope to find one with dignity and professionalism soon.

Thank you.



**Liz Vanessa McKinnon, MBA**
**Administrator, Community Liaison**
**All VIP Care & Staffing, Inc.**
**5601 Corporate Way, Ste 204**
**W. Palm Beach, FL 33407**
**561/294-5374 (Cell)**
**561/268-2531 (Office)**
**561/228-0729 (eFax)**

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
**561/285-9673 (Office)**
**561/228-0729 (eFax)**

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (eFax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**
**954/206-0444 (eFax)**

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Brian Pollock |
|---|---|
| To: | FLSDdb_efile Dimitrouleas |
| Cc: | Michael Hurckes; Liz McKinnon |
| Subject: | Re: Cruz Valdivieso Figuera v. All VIP Care, Inc. & Liz Vanessa McKinnon Case No: 0:22-CV61553-DIMITROULEAS/HUNT |
| Date: | Thursday, October 2, 2025 3:51:21 PM |
| Attachments: | Outlook-m4zvk0th.png<br>hurckes10.2.25.pdf |

**CAUTION - EXTERNAL:**

Good Afternoon, Your Honor,

I will refrain from providing any substantive response to Ms. McKinnon's email other than to indicate that the pending Final Judgment has not been satisfied, that Mr. Hurckes appears to have been arrested in Pasco County, and that he is the subject of a Petition for Emergency Suspension filed by The Florida Bar (bearing Case No.: SC2025-1375). Like Ms. McKinnon, I have not received any response to any recent email I sent to him.

Ms. McKinnon previously emailed me, but I limited my response to her to state that I am prohibited from communicating directly with her while she is represented by counsel.

Respectfully submitted,

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com


On Oct 2, 2025, at 10:44 AM, Liz McKinnon <liz@allvipcare.com> wrote:

Good Morning,

Regardless, that I have sent Mr. Pollack $150,000, he has motioned the court to garnish my business account.  Mr. Pollack continues to seek more money and more money.

My current attorney seems to be in JAIL.  I have not heard from him or his office.  Therefore, I am asking the Honorable Judge Dimitrouleas to be fair and not to interpret this communication as improper.  I am also asking the Judge to vacate the
garnishment that is not necessary and affecting my business.  Afterall, justice is about completing someone and not putting them ahead.

Meanwhile, I will be diligent in seeking new counsel.  I hope to find one with dignity and professionalism soon.

Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



**Liz Vanessa McKinnon, MBA**
**Administrator, Community Liaison**
**All VIP Care & Staffing, Inc.**
**5601 Corporate Way, Ste 204**
**W. Palm Beach, FL 33407**
**561/294-5374 (Cell)**
**561/268-2531 (Office)**
**561/228-0729 (eFax)**

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
**561/285-9673 (Office)**
**561/228-0729 (eFax)**

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (eFax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**
**954/206-0444 (eFax)**

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**

**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**