

Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

October 13, 2025

LAW OFFICE OF BRIAN H POLLOCK P A
135 SAN LORENZO AVE
SUITE 770
CORAL GABLES, FL, 33146-1524

Reference: 222698979

Dear LAW OFFICE OF BRIAN H POLLOCK P A:

On 10/10/25 2:03 PM, we received a deposit of $25,000.00 to your account ending in the numbers XXXXXXXXX3471 through the Mobile Banking service. The check submitted with this deposit could not be processed for deposit for the following reason(s):

Check Amount: $25,000.00
Reason: NSF
The check was written from an account that did not have enough money to cover it at the time of presentment. Please contact the person who wrote this check and ask them to verify that enough money is available to pay it, or provide you with a new check from another account.

We are enclosing a photocopy of the check(s) in question for reference. It may be necessary to contact the maker of the check to help resolve the issue.

If the check is eligible for redeposit, you may be able to deposit it at your local Wells Fargo.

If you have any questions, please call us at one of the numbers below. Phone Bankers are available to assist you 24 hours a day, 7 days a week.

Business Accounts – National Business Banking Center 1-800-CALL-WELLS (1-800-225-5935)
Consumer Accounts – Wells Fargo Phone Bank$^{SM}$ 1-800-TO-WELLS (1-800-869-3557)

We appreciate your business and thank you for banking with Wells Fargo.

Sincerely,

Wells Fargo Bank



ALL VIP CARE INC
5601 CORPORATE WAY #204
WEST PALM BEACH, FL 33407

3397
63-8414-2670
740

DATE 1/17/2025

PAY TO THE ORDER OF Brian Pollock, Esq.   $25,000

Twenty five thousand — DOLLARS

PNCBANK
PNC Bank, N.A.

FOR _____

⑆003397⑆ ⑈267084199⑈ 123824628⑈