UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC.,

    Defendant,

and

PNC BANK, N.A.,

    Garnishee.

_____/

## PLAINTIFF'S MOTION FOR FINAL JUDGMENT AGAINST GARNISHEE

Plaintiff, Cruz Valdivieso Figuera, through her undersigned counsel and pursuant to Chapter 77, Florida Statutes, moves the Court to issue a Final Judgment Against Garnishee, PNC Bank, N.A. ("Garnishee"), and directing Garnishee to promptly disburse funds towards satisfaction of the judgment held by the Plaintiff/Judgment Creditor as follows:

1. This Court entered a Final Judgment awarding Plaintiff the (additional) amount of $25,045.19 for attorney's fees (and interest thereon) on September 2, 2025. [ECF No. 231.]

2. The Final Judgment [ECF No. 231] awarding attorneys' fees and costs remains unsatisfied and outstanding.

3. Plaintiff received a Writ of Garnishment, which she served on the Garnishee.

4. The Garnishee served its Answer of Garnishee and Demand for Payment of Attorney's Fees on September 17, 2025, identifying accounts holding a total of **$3,619.49** for Defendant, All VIP Care, Inc. [ECF No. 238].

5. Plaintiff served the Defendants with the Garnishment Notice on September 25, 2025. [ECF No. 239.]

6. Defendants had 20 days from September 25, 2025, exclusive of the day of service, within which to dissolve the Writ of Garnishment, or until October 15, 2025, to file something to contest the garnishment.

7. Defendants filed nothing and otherwise failed to timely move to dissolve the Writ of Garnishment.

8. Plaintiff requests the Court to enter a Final Judgment against the Garnishee for **$3,619.49**, in partial satisfaction of the Final Judgment. [ECF No. 203.]

WHEREFORE, Plaintiff respectfully requests that the Court issue a Final Judgment against the Garnishee pursuant to the Writ of Garnishment in the amount of **$3,619.49**, as set forth above, and to enter the Final Judgment Against Garnishee submitted herewith.

Respectfully submitted this 20th day of October 2025,

        s/Brian H. Pollock, Esq.
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue, Suite 770
        Coral Gables, FL 33146
        Tel:    305.230.4884
        *Counsel for Plaintiff*