UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC.,

    Defendant,

and

PNC BANK, N.A.,

    Garnishee.

_____/

**FINAL JUDGMENT AGAINST GARNISHEE**

THIS CAUSE came before the Court on Plaintiff's Motion For Final Judgment Against Garnishee, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that same is GRANTED:

A Final Judgment is entered against the Garnishee, PNC Bank, N.A., in the amount of $3,619.49 in partial satisfaction of the Final Judgment [ECF No. 203], for which sum let execution issue.

Said check is to be made payable to "FairLaw Firm" and promptly mailed to FairLaw Firm, 135 San Lorenzo Ave., Suite 770, Coral Gables, FL 33146.

Done and Ordered in Chambers in Ft. Lauderdale, Florida, on this ___ day of October 2025.

                                                _____
                                                WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished:
*Counsel of Record by CM/ECF*