UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61553-WPD

Cruz Valdivieso Figuera.,

    Plaintiff,

v.

All VIP Care, Inc., et. al.

    Defendants.

## ORDER REFERRING MOTION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, Renewed Motion for Order to Show Cause [DE 242] and Motion

for Judgment [DE 243] are hereby **REFERRED** to United States Magistrate Judge Hunt for

appropriate disposition *or* report and recommendation.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

21st day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Hunt