**From:** **Liz McKinnon** liz@allvipcare.com  📎
**Subject:** Re: Garnishment
**Date:** September 22, 2025 at 2:41 PM
**To:** Brian Pollock brian@fairlawattorney.com
**Cc:** Michael Hurckes mh@ironclad.law, law@ironcladlaw.com, Juan Aragon juan@fairlawattorney.com

Hello,

I have tried to no avail.  Meanwhile, I would like to pay what the judge has ordered.

Thank you.



**Liz Vanessa McKinnon, MBA**
**Administrator, Community Liaison**
**All VIP Care & Staffing, Inc.**
**5601 Corporate Way, Ste 204**
**W. Palm Beach, FL 33407**
**561/294-5374 (Cell)**
**561/268-2531 (Office)**
**561/228-0729 (eFax)**

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
**561/285-9673 (Office)**
**561/228-0729 (eFax)**

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (eFax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**
**954/206-0444 (eFax)**

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**

---

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Monday, September 22, 2025 2:39 PM
**To:** Liz McKinnon <liz@allvipcare.com>
**Cc:** Michael Hurckes <mh@ironclad.law>; law@ironcladlaw.com <law@ironcladlaw.com>; Juan Aragon <juan@fairlawattorney.com>
**Subject:** Re: Garnishment

I sent Mr. Hurckes an email on Sept. 19 with the information requested to resolve the pending garnishment and to address my application for additional fees/costs but have not heard back from him. Please reach out to Mr. Hurckes so he can respond to me.

Thanks,

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

On Sep 22, 2025, at 2:35 PM, Liz McKinnon <liz@allvipcare.com> wrote:

Good Morning,

I am still waiting to hear.

Thank you.

<Outlook-vpf4v4zg.png>

Liz Vanessa McKinnon, MBA
Administrator, Community Liaison
All VIP Care & Staffing, Inc.
5601 Corporate Way, Ste 204
W. Palm Beach, FL 33407
561/294-5374 (Cell)
561/268-2531 (Office)
561/228-0729 (eFax)

Pahokee/Belle Glade Satellite Office
323 Bacom Point Road, Ste 200
Pahokee, Florida 33476
561/285-9673 (Office)
561/228-0729 (eFax)

Port St. Lucie Satellite Office
1664 SW Bayshore Blvd
Port St. Lucie, Florida 34984
772/ 236-7520 (Office)
561/228-0729 (eFax)

Broward Location
10 Fairway Drive, Ste 100 F
Deerfield Beach, FL 33441
954/884-5505 (Office)
954/206-0444 (eFax)

Miami Location
1380 NE Miami Gardens Dr., Ste 271
N Miami Gardens, FL 33179
786/765-1614 (Office)
305/675-2639 (Fax)

This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

---

**From:** Brian Pollock <brian@fairlawattorney.com>
**Sent:** Friday, September 19, 2025 8:39 AM
**To:** Liz McKinnon <liz@allvipcare.com>
**Cc:** Michael Hurckes <mh@ironclad.law>; law@ironcladlaw.com <law@ironcladlaw.com>; Juan Aragon <juan@fairlawattorney.com>
**Subject:** Re: Garnishment

Good Morning. Ms. Velazquez McKinnon,

Thanks for reaching out by email. Since you are represented by him as your legal counsel, I cannot communicate (or negotiate) with you directly.

I forwarded your email to Mr. Hurckes, your attorney, along with my comments and some additional information.

I will await his response (or his writing that I can communicate directly with you).

I appreciate your understanding.

Best regards

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
Ofc: 305.230.4884
Dir:  305.230.4822
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

> On Sep 18, 2025, at 3:38 PM, Liz McKinnon <liz@allvipcare.com> wrote:
>
> I have just been informed per the court that All VIP Care owes you $25,045.91
>
> Please send your banking information to wire the funds to your account first thing tomorrow morning.
>
> Liz
>
> <Outlook-xxgt4tva.png>
> Liz Vanessa McKinnon, MBA
> Administrator, Community Liaison
> All VIP Care & Staffing, Inc.
> 5601 Corporate Way, Ste 204
> W. Palm Beach, FL 33407
> 561/294-5374 (Cell)
> 561/268-2531 (Office)
> 561/228-0729 (eFax)
>
> Pahokee/Belle Glade Satellite Office
> 323 Bacom Point Road, Ste 200
> Pahokee, Florida 33476
> 561/285-9673 (Office)
> 561/228-0729 (eFax)

561/228-0729 (eFax)

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (Fax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**
**954/206-0444 (eFax)**

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**

**From:** Liz McKinnon
**Sent:** Thursday, September 18, 2025 3:18 PM
**To:** brian@fairlawattorney.com <brian@fairlawattorney.com>
**Subject:** Garnishment

Why am I receiving this garnishment?  What are you own now?

Please explain.

<Outlook-00gdb55x.png>
**Liz Vanessa McKinnon, MBA**
**Administrator, Community Liaison**
**All VIP Care & Staffing, Inc.**
**5601 Corporate Way, Ste 204**
**W. Palm Beach, FL 33407**
**561/294-5374 (Cell)**
**561/268-2531 (Office)**
**561/228-0729 (eFax)**

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
**561/285-9673 (Office)**
**561/228-0729 (eFax)**

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (eFax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**
**954/206-0444 (eFax)**

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**