**From:** Brian H. Pollock brian@fairlawattorney.com 
**Subject:** Re: Following UP
**Date:** December 15, 2025 at 5:19 PM
**To:** Liz McKinnon liz@allvipcare.com
**Cc:** Michael Hurckes mh@ironclad.law

Good Afternoon Ms. McKinnon,

Good Evening, Ms. McKinnon,

I consulted with The Florida Bar and was told that under Rule 4-4.2, I still cannot I can communicate directly with you - not because I'm looking to play games, but because you are represented by counsel, even if he is suspended by The Florida Bar, because he remains an active attorney in the Southern District of Florida and your attorney of record in this case. I have copied Mr. Hurckes on this email.

Best regards,

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

> On Dec 15, 2025, at 3:06 PM, Liz McKinnon <liz@allvipcare.com> wrote:
>
> Please dismiss the garnishment so I can pay you per the Judge's orders.
>
> If you do not respond, I will motion the court.
>
> Thank you.
>
> 
>
> **Liz Vanessa McKinnon, MBA**
> **Administrator, Community Liaison**
> **All VIP Care & Staffing, Inc.**
> **5601 Corporate Way, Ste 204**
> **W. Palm Beach, FL 33407**
> **561/294-5374 (Cell)**
> **561/268-2531 (Office)**
> **561/228-0729 (eFax)**

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
**561/285-9673 (Office)**
**561/228-0729 (eFax)**

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (eFax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**
**954/206-0444 (eFax)**

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**