UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

    Defendants.
_____/

## **PARTIAL SATISFACTION OF JUDGMENT**

    Plaintiff, Cruz Valdivieso Figuera, pursuant to Federal Rules of Civil Procedure, files and submits this Partial Satisfaction of Judgment, and states as follows in support thereof:

    1.    The Court entered a Final Judgment for the principal amount of $25,045.19 (for attorney's fees) on September 2, 2025 [ECF No. 231].

    2.    Plaintiff, Cruz Valdivieso Figuera, acknowledges payment/receipt of the principal amount of $25,045.19 on December 29, 2025, in satisfaction of the principal amount (only) of the Final Judgment entered in this case on September 2, 2025 [ECF No. 231].

    3.    Post-judgment interest on the principal Final Judgment amount of $25,045.19 has not been paid, remains outstanding, and continues to be subject to collection/enforcement.

    Dated this 5th day of January 2026.

                                                  s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*