UNITED STATES DISTRICT CURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0.22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA
    Plaintiff,

Vs.

ALL VIP CARE INC. And LIZ VELAZQUEZ MCKINNON
    Defendants

And
PNC Bank, N.A.,
    Garnishee.
_____/ Notice of filing Proposed Order

FILED BY _____ D.C.
FEB 04 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**EMERGENCY MOTION TO DISSOLVE WRIT OF GARNISHMENT**

    COMES NOW, All VIP Care, Inc. and Liz Velazquez McKinnon, Defendants in the above-styled and numbered cause, and moves the Court to dismiss the Writ of Garnishment issued by this Court on September 17, 2025, **because it is harming the business operations, such as blocking the payroll.**

    ORDERED AND ADJUDGED the same is GRANTED, as follows:

1. The Defendants have satisfied the ORDER entered on December 29, 2025.

2. Liz Velazquez McKinnon funds are exempt from garnishment because she is "Head of Family."

3. The "Debt" has been paid in full as ORDERED by the court on December 31, 2025, in the amount of $25,045.19.

Done and Ordered in chambers in Ft. Lauderdale, Florida, on this February 4, 2026.

                                                  _____
                                                WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Plaintiff's attorney, Brian H. Pollock at brian@fairlawattorney.com.

x *[signature]* Liz Velazquez McKinnon
All VIP Care, Inc.,
Owner

 Outlook

**RE: Today's wire**

From Emily Duck <Emily_Duck@appliedbank.com>
Date Wed 12/31/2025 1:02 PM
To   Liz McKinnon <liz@allvipcare.com>

Hi Liz,

I pasted the confirmations for each wire below.

IMAD: $ 69,814.75 - 20251231QMGFT003000430

IMAD: $ 25,045.19 - 20251231QMGFT012000500

Thank you!

### Emily Duck
Applied Bank
Head Teller
Phone: 302-227-3044
Email: emily_duck@appliedbank.com

37012 Country Club Road
Rehoboth Beach, DE 19971


AppliedBank
★★★★★
Protect Your Deposits with the Safest Bank in the Country

*[Handwritten note: Wire payment to Brian Pollack]*

From: Liz McKinnon <liz@allvipcare.com>
Sent: Wednesday, December 31, 2025 12:26 PM
To: Emily Duck <Emily_Duck@appliedbank.com>
Subject: Today's wire

**Caution. External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
Hello,

I need the confirmation for the wire in the amount of $25,045.19 that was issued today.

Thank you.