UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61553-WPD

Cruz Valdivieso Figuera.,

    Plaintiff,

v.

All VIP Care, Inc., et. al.

    Defendants.

## ORDER REFERRING MOTION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Motion to Dissolve Writ of Garnishment [DE 251] is hereby **REFERRED** to United States Magistrate Judge Hunt for appropriate disposition *or* report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of February, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Hunt