UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

 Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

 Defendants,
_____/

## **PLAINTIFF'S NOTICE SATISFACTION OF GARNISHEE'S ANSWER FEE**

 Plaintiff, Cruz Valdivieso Figuera, notifies the Court and all parties that she satisfied the Garnishee's Answer Fee, as identified in ECF No. 238, through payment of FairLaw Firm Check No. 7355 for $100.00, sent on the date identified below.

 Dated this 12th day of February 2026.

             s/Brian H. Pollock, Esq.
             Brian H. Pollock, Esq.
             Fla. Bar No. 174742
             brian@fairlawattorney.com
             FAIRLAW FIRM
             135 San Lorenzo Avenue
             Suite 770
             Coral Gables, FL 33146
             Tel: 305.230.4884
             *Counsel for Plaintiff*