UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

    Defendants,
_____/

## **PLAINTIFF'S NOTICE OF COMPLIANCE WITH [ECF NO. 256]**

Plaintiff, Cruz Valdivieso Figuera, notifies the Court and all parties of her compliance with the Court's Paperless Order Setting Motion Hearing [ECF No. 256] by identifying the unpaid and outstanding principal ($330.23) and post-judgment interest thereon ($1.60), for a total of $331.83,[1] which remains due and owing to the Plaintiff (Exhibit "A"), along with her attorneys' fees and additional taxable costs incurred since the rendition of the Final Judgment entered September 4, 2024 [ECF No. 182], and such other and further relief as the Court deems just and proper.

Dated this 12th day of February 2026.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue, Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*

---

[1] "Nevertheless, a general common law rule, known as the United States rule, provides that in the absence of any direction by the parties, payment on a debt shall first apply to accrued interest and then to principal." *Karl v. Stalnaker (In re Stalnaker)*, 2010 Bankr. LEXIS 4687, at *6 (Bankr. M.D. Ga. Dec. 14, 2010) (collecting cases); *accord SEC v. Fusion Analytics Inv. Partners, LLC*, 2022 U.S. Dist. LEXIS 180336, at *6 (S.D. Fla. Sep. 29, 2022) ("Payments shall be deemed made on the date they are received by the Commission and shall be applied first to post judgment interest….")