| Post-Judgment Interest Calculator - Valdivieso ||||||
|---|---|---|---|---|---|
| Effective Interest Rate Date | Annual Interest Rate (%) | Daily Interest Rate | Daily Interest Amount | Days Effective | Interest Accrued ($) |
| 8/29/25 | 3.85% | 0.000105479 | $2.64 | 125 | $330.23 |
|  |  |  |  |  |  |
| 1/5/26 | 3.85% | 0.000105479 | $0.03 | 46 | $1.60 |

| | |
|---|---|
| Principal | $25,045.91 |
| Since | Sept. 2, 2025 |
| Partially Satiisfied | Jan. 5, 2025 |
| Days | 125 |

| | |
|---|---|
| Principal | $25,045.91 |
| Interest | $330.23 |
| Total | $25,376.14 |
| Paid 1/5/2026 | $25,045.91 |
|  |  |
| Remaining Principal | $330.23 |
| Remaining Interest | $1.60 |
| Total Still Due | $331.83 |

| | |
|---|---|
| Remaining Principal | $330.23 |
| Since | Jan. 5, 2025 |
| Through Hearing | Feb. 19, 2026 |
| Days | 46 |