UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

    Defendants,

_____/

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Plaintiff, Cruz Valdivieso Figuera, by and through undersigned counsel, hereby gives notice of filing the attached Orders as supplemental authority in support of Plaintiff's pending Motion for Attorney's Fees [ECF No. 233] and related filings.

Plaintiff submits the attached Orders, entered in separate matters within this District, as evidence of the reasonableness of the hourly rates requested by Plaintiff's counsel in the instant action. In support thereof, Plaintiff states:

1. Attached hereto as Exhibit "A" is the Order Granting Plaintiff's Motion for Attorneys' Fees and Costs entered on January 26, 2026, by the Honorable Darrin P. Gayles in the matter of Carlos Manuel Vasquez Lopez v. Henry Vera, Case No. 1:25-cv-21679-GAYLES/AUGUSTIN.

2. Attached hereto as Exhibit "B" is the Order Granting Plaintiff's Motion for Attorneys' Fees and Costs entered on January 26, 2026, by the Honorable Darrin P. Gayles in the matter of Mairalys Fernandez Reyes v. Henry Vera, Case No. 1:25-cv-21678-GAYLES.

3. While these Orders were entered in cases distinct from the instant matter, they are respectfully submitted for the Court's consideration regarding the prevailing market rates in this District.

4. Specifically, in both Orders, the District Court found the following hourly rates for Plaintiff's counsel and staff to be reasonable:

   - $550.00 for Brian Pollock;
   - $338.64 for P. Brooks LaRou;
   - $275.00 for Katelyn Schickman; and
   - $165.00 for Steffany Sanguino.

Respectfully submitted,

Dated this 13th day of February 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff