UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

      Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

      Defendants,

_____/

**PLAINTIFF'S NOTICE OF FILING RELEVANT CORRESPONDENCE
SUPPORTING ITS MOTION FOR SUPPLEMENTAL ATTORNEY'S FEES**

Plaintiff, Cruz Valdivieso Figuera, through her undersigned counsel, notifies the Court and all parties of the filing of the following email exchanges with Defendant, Liz Velazquez McKinnon, as further support of Plaintiff's pending Motion for Supplemental Attorney's Fees [ECF No. 233]:

- December 29, 2025 - email to Defendant, Liz Velazquez McKinnon [redacted]
- January 5, 2026 - emails exchanged with Defendant, Liz Velazquez McKinnon
- January 28-29, 2026 - emails exchanged with Defendant, Liz Velazquez McKinnon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was eFiled with CM/ECF on this 19th day of February 2026, which will serve all who appeared in this action and by email on Defendant, Liz Velazquec McKinnon, *pro se*, at liz@allvipcare.com.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*