**From:** Brian H. Pollock brian@fairlawattorney.com
**Subject:** Valdivieso vs. All VIP and Figuera / Confidential Settlement Communication
**Date:** December 29, 2025 at 6:44 PM
**To:** liz@allvipcare.com
**Cc:** Juan Aragon juan@fairlawattorney.com

Good Evening Ms. McKinnon,

I hope you're doing well. I write to, hopefully, alleviate some of your frustration with the legal process and to try to resolve this matter. Therefore, this email is for settlement purposes only and cannot be used for any other purpose, as it is a confidential settlement communication.

I recently filed a Motion with the Court requesting permission to communicate directly with you because you had reached out to me, indicating that you wanted to try and resolve this matter, and because Mr. Hurckes had been arrested and suspended by The Florida Bar. As I learned in our case, being suspended by The Florida Bar does not mean that the attorney is automatically suspended from practicing in federal court.

Earlier today, the Court entered an Order denying my Motion as moot because Mr. Hurckes was suspended from practicing in the Southern District of Florida last week, and I have attached a copy of that Order.



0250. ORDER denying as moot [249] Motion to Address Defens...

Now, as it relates to the pending issues, we have a few. First of all, there is the issue of the remainder of the judgment for attorney's fees of $25,045.19 entered on September 1, 2025, along with post-judgment interest on the fee judgment of $262.97 (total of $25,308.16).

Also pending is my firm's current motion seeking additional attorneys' fees and costs for $31,473 as of September 16, 2025, a copy of which I have attached along with the time records referenced in it, and I intend to supplement this Motion to seek at least another ▇▇▇▇ in fees and costs (including the $210 in costs/expenses for service of the Writ of Garnishment ($110) and the statutory fee to the garnishee (of $100)).



233 P's Mot for Add'l Attorney Fees (Valdivieso).pdf
121 KB

233-1 Ex A (Valdivieso).pdf

If you would like to resolve everything, meaning old fees, additional fees, and to be entirely done, then the demand to do so is as follows:

| | |
|---|---|
| Principal Fee Judgment: | $25,045.19 |
| Interest on Judgment: | $   262.97 |
| Add'l Fees/Costs Since: | $ ▇▇▇▇ |
| Total Demanded: | $ ▇▇▇▇ |

Given how things have played out, I will not consider any resolution that involves installment payments. To resolve this matter, I require a cashier's check payable to "FairLaw Firm" for ▇▇▇▇ or a wire transfer to FairLaw Firm for ▇▇▇▇, in accordance with the attached instructions. Upon receipt, and after the funds clear, I will submit an Order that releases your garnished accounts (minus the $100 statutory fee to the garnishee bank) to you, and denies all remaining relief as moot. I will then file a Satisfaction of Judgment for the $25,045.19 fee award, and we'd be completely done and resolved.



135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146

TEL 305.230.4884   FAX 305.230.4844

brian@fairlawattorney.com   www.fairlawattorney.com

## FAIRLAW FIRM OPERATING ACCOUNT WIRE INFO

Wire into:

WellsFargo Bank, N.A.
Title:           FairLaw Firm
ABA No. :
Account No.:
SWIFT: