**From:** Brian Pollock brian@fairlawattorney.com
**Subject:** Re: Writ of Garnishment
**Date:** January 5, 2026 at 2:32 PM
**To:** Liz McKinnon liz@allvipcare.com
**Cc:** Juan Aragon juan@fairlawattorney.com



Understood. I'll proceed accordingly,

Brian H. Pollock, Esq. l Managing Attorney
FairLaw Firm
Ofc: 305.230.4884
Dir:  305.230.4822
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

> On Jan 5, 2026, at 1:20 PM, Liz McKinnon <liz@allvipcare.com> wrote:
>
> I do not agree.
>
> Thank you.
>
> <Outlook-giupe1h1.png>
> **Liz Vanessa McKinnon, MBA**
> **Administrator, Community Liaison**
> **All VIP Care & Staffing, Inc.**
> **5601 Corporate Way, Ste 204**
> **W. Palm Beach, FL 33407**
> **561/294-5374 (Cell)**
> **561/268-2531 (Office)**
> **561/228-0729 (eFax)**
>
> **Pahokee/Belle Glade Satellite Office**
> **323 Bacom Point Road, Ste 200**
> **Pahokee, Florida 33476**
> **561/285-9673 (Office)**
> **561/228-0729 (eFax)**
>
> **Port St. Lucie Satellite Office**
> **1664 SW Bayshore Blvd**
> **Port St. Lucie, Florida 34984**
> **772/ 236-7520 (Office)**
> **561/228-0729 (eFax)**
>
> **Broward Location**
> **10 Fairway Drive, Ste 100 F**
> **Deerfield Beach, FL 33441**
> **954/884-5505 (Office)**
> **954/206-0444 (eFax)**
>
> **Miami Location**
> **1380 NE Miami Gardens Dr., Ste 271**
> **N Miami Gardens, FL 33179**
> **786/765-1614 (Office)**
> **305/675-2639 (Fax)**
>
>
> **This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**

**From:** Brian H. Pollock <brian@fairlawattorney.com>
**Sent:** Monday, January 5, 2026 12:33 PM
**To:** Liz McKinnon <liz@allvipcare.com>
**Cc:** Juan Aragon <juan@fairlawattorney.com>
**Subject:** Re: Writ of Garnishment

Good Afternoon,

I have been out of the office since 12.31.

As noted in my email to you dated 12/29/25, the amount required to satisfy the fee award was $25,308.16, for the principal of $25,045.19 and interest of $262.97.

Your payment did not include interest

I propose submitting a Final Judgment against PNC Bank, directing it to issue a check to my firm for the interest ($262.97), a check to Pruit & Pruit for its statutory fee ($100), and the balance released back to your account.

To accomplish this, I have attached a proposed Final Judgment. If you agree, I'll submit the proposed Final Judgment Against Garnishee and the Partial Satisfaction of Judgment, both attached.

The sooner you respond to me about the Agreed Final Judgment, the sooner I can submit it to the Court for entry.

Of course, the issue my firm's additional attorney's fees will remain pending for the Court to resolve.

Thanks,

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

> On Jan 5, 2026, at 7:58 AM, Liz McKinnon <liz@allvipcare.com> wrote:
>
> Good Morning,
>
> This is my second email and I have yet to receive your letter of satisfaction to remove the garnishment. PNC Bank has not received the letter of satisfaction as well.
>
> Please advise.
>
> <Outlook-enx30fzf.png>
>
> **Liz Vanessa McKinnon, MBA**
> **Administrator, Community Liaison**
> **All VIP Care & Staffing, Inc.**
> **5601 Corporate Way, Ste 204**
> **W. Palm Beach, FL 33407**
> **561/294-5374 (Cell)**
> **561/268-2531 (Office)**
> **561/228-0729 (eFax)**
>
> **Pahokee/Belle Glade Satellite Office**
> **323 Bacom Point Road, Ste 200**
> **Pahokee, Florida 33476**
> **561/285-9673 (Office)**
> **561/228-0729 (eFax)**
>
> **Port St. Lucie Satellite Office**
> **1664 SW Bayshore Blvd**
> **Port St. Lucie, Florida 34984**
> **772/ 236-7520 (Office)**
> **561/228-0729 (eFax)**
>
> **Broward Location**
> **10 Fairway Drive, Ste 100 F**

Deerfield Beach, FL 33441
954/884-5505 (Office)
954/206-0444 (eFax)

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
786/765-1614 (Office)
305/675-2639 (Fax)

This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

---

**From:** Liz McKinnon
**Sent:** Friday, January 2, 2026 8:39 AM
**To:** Brian H. Pollock <brian@fairlawattorney.com>
**Subject:** Writ of Garnishment

Mr. Pollock,

I have satisfied with the court's order. On December 31, 2025, you were wired $25,045.91.

Please remove the garnishment and/or send me the appropriate information so I can forward to PNC Bank this morning.

Thank you.

C: File

<Outlook-0rth2ut2.png>
**Liz Vanessa McKinnon, MBA**
**Administrator, Community Liaison**
**All VIP Care & Staffing, Inc.**
**5601 Corporate Way, Ste 204**
**W. Palm Beach, FL 33407**
561/294-5374 (Cell)
561/268-2531 (Office)
561/228-0729 (eFax)

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
561/285-9673 (Office)
561/228-0729 (eFax)

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
772/ 236-7520 (Office)
561/228-0729 (eFax)

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
954/884-5505 (Office)
954/206-0444 (eFax)

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**