**From:** Liz McKinnon liz@allvipcare.com
**Subject:** Re: Garnishment Release Letter Request - Again.
**Date:** January 29, 2026 at 4:58 PM
**To:** Brian H. Pollock brian@fairlawattorney.com

You are absolutely wrong.  And this should not be a way for you to earn income.

The judgement has been satisfied.  Your option is to do the right thing!

If you continue to behave inappropriate, I will seek legal action.

Thank you.



**Liz Vanessa McKinnon, MBA**
**Administrator, Community Liaison**
**All VIP Care & Staffing, Inc.**
**5601 Corporate Way, Ste 204**
**W. Palm Beach, FL 33407**
**561/294-5374 (Cell)**
**561/268-2531 (Office)**
**561/228-0729 (eFax)**

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
**561/285-9673 (Office)**
**561/228-0729 (eFax)**

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (eFax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**

954/206-0444 (eFax)

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.**

---

**From:** Brian H. Pollock <brian@fairlawattorney.com>
**Sent:** Thursday, January 29, 2026 4:39 PM
**To:** Liz McKinnon <liz@allvipcare.com>
**Subject:** Re: Garnishment Release Letter Request - Again.

Ms. McKinnon,

We previously exchanged emails about this issue, and I issued a partial satisfaction of the judgment for attorney's fees. What remains is the interest and the $100 statutory fee to the bank's attorney.

You have two options, which include:

1 - agreeing to the entry of a judgment that would release the interest to my firm, $100 statutory fee to the bank's attorney, and the remainder to your account; or
2 - sending the interest owed and the $100 to my firm, and I'll then issue the satisfaction of judgment and have the garnishment released.

Since the interest remains outstanding and unpaid, I am not "required" to file anything at this time other than to collect on the interest (and as related to the additional attorney's fees and costs incurred).

Regards,

Brian H. Pollock, Esq. l Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

> On Jan 28, 2026, at 4:12 PM, Liz McKinnon <liz@allvipcare.com> wrote:
>
> Mr. Pollock,
>
> The purpose of this email is to "demand" you provide All VIP Care the "Satisfaction of Judgment Letter."  All VIP care has satisfied the Judgment as per the Judge's order.  Therefore, you are required to file a satisfaction of judgment with the court, and to PNC Bank.

You may fax the Letter to PNC at 855/442-8715.

I hope this matter is resolved within 48 hours.

Please act accordingly.

Thank you.

<Outlook-akk5ee23.png>
**Liz Vanessa McKinnon, MBA**
**Administrator, Community Liaison**
**All VIP Care & Staffing, Inc.**
**5601 Corporate Way, Ste 204**
**W. Palm Beach, FL 33407**
**561/294-5374 (Cell)**
**561/268-2531 (Office)**
**561/228-0729 (eFax)**

**Pahokee/Belle Glade Satellite Office**
**323 Bacom Point Road, Ste 200**
**Pahokee, Florida 33476**
**561/285-9673 (Office)**
**561/228-0729 (eFax)**

**Port St. Lucie Satellite Office**
**1664 SW Bayshore Blvd**
**Port St. Lucie, Florida 34984**
**772/ 236-7520 (Office)**
**561/228-0729 (eFax)**

**Broward Location**
**10 Fairway Drive, Ste 100 F**
**Deerfield Beach, FL 33441**
**954/884-5505 (Office)**
**954/206-0444 (eFax)**

**Miami Location**
**1380 NE Miami Gardens Dr., Ste 271**
**N Miami Gardens, FL 33179**
**786/765-1614 (Office)**
**305/675-2639 (Fax)**

**This e-mail, including attachments, may include confidential and/or proprietary information and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the**

reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.