UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

    Defendants,
_____/

**PLAINTIFF'S NOTICE OF FILING ADDITIONAL FEES AND COSTS INCURRED SINCE THE MOTION FOR SUPPLEMENTAL ATTORNEY'S FEES**

Plaintiff, Cruz Valdivieso Figuera, through her undersigned counsel, notifies the Court and all parties of the filing of the undersigned counsel's time and expense records to reflect the additional attorney's fees and costs incurred in this matter since September 16, 2025, as also sought in Plaintiff's pending Motion for Supplemental Attorney's Fees [ECF No. 233]:

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was eFiled with CM/ECF on this 19th day of February 2026, which will serve all who appeared in this action and by email on Defendant, Liz Velazquec McKinnon, *pro se*, at liz@allvipcare.com.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*