

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Cruz Valdivieso Figuera

**Rates Used**
Brian H. Pollock, Esq.   $550/hr
Steffany Sanguino   $165/hr

**INVOICE**

**Open (Not Sent)**

**Invoice #** 807

**Invoice Date:** 2/19/2026

**Due Date:** 2/26/2026

Amount due
6,403.00

**Services**

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 9/17/2025 | Brian H. Pollock Esq. | Legal | Receipt and review of Order Denying M/Writ of Garnishment as premature; then, revise M/Writ of Garnishment due to the expiration of the required 14 days | 0.30 | 165.00 |
| 9/17/2025 | Brian H. Pollock Esq. | Draft/revise | Draft (renewed) M/Writ of Garnishment and proposed Writ of Garnishment | 0.30 | 165.00 |
| 9/19/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Answer by Garnishee | 0.20 | 110.00 |
| 9/22/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Notice of Noncompliance (No Fact Info Sheet's Received) | 0.30 | 165.00 |
| 9/25/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Notice re: Garnishment and Answer by Garnishee | 0.30 | 165.00 |
| 10/20/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Renewed Motion to Show Cause against Defendants re: failure to provide completed fact information sheets | 0.70 | 385.00 |
| 10/20/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Plaintiff's Motion for Final Judgment against Garnishee and proposed Final Judgment; then, draft email to Judge Dimitrouleas enclosing the proposed Final Judgment for entry | 0.80 | 440.00 |
| 11/13/2025 | Brian H. Pollock Esq. | Attendance at | Prepare for and attend hearing on M/Show Cause and M/Default vs. Garnishee | 0.50 | 275.00 |
| 12/9/2025 | Brian H. Pollock Esq. | Attendance at | Review file and then attend hearing on our M/Show Cause | 0.40 | 220.00 |
| 12/15/2025 | Brian H. Pollock Esq. | Draft/revise | Receipt of email from Ms. McKinnon re: her intention to pay the fee judgment; then, call The Florida Bar for guidance to then conduct research and draft a Motion requesting the Court's permission to contact Ms. McKinnon and compile exhibits for it; also, respond to Ms. McKinnon by email | 1.80 | 990.00 |
| 12/15/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Motion to Address Defense Counsel's Status | 0.30 | 165.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/22/2025 | Steffany Sanguino | Paralegal | I got a call from the courthouse regarding our motion addressing counsel's status. The clerk wanted to know if the motion is to moot the contempt motion. I was unable to answer, so they said they would email BP directly. | 0.20 | 33.00 |
| 12/29/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Denying the Motion for Permission as Moot | 0.20 | 110.00 |
| 12/29/2025 | Brian H. Pollock Esq. | Draft/revise | Draft email to Ms. McKinnon re: the Court's Order, pending motion for fees, and to convey a settlement demand and enclose related materials | 0.70 | 385.00 |
| 1/5/2026 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Defendant's Pro Se Motion to Dissolve Writ of Garnishment | 0.20 | 110.00 |
| 1/5/2026 | Brian H. Pollock Esq. | Draft/revise | Draft proposed Agreed Final Judgment Against Garnishee and the Partial Satisfaction of Judgment; then, exchange emails with Ms. McKinnon re: resolving the Final Judgment for Fees issues 9.2.25 and the partial satisfaction | 0.80 | 440.00 |
| 1/5/2026 | Brian H. Pollock Esq. | Draft/revise | Draft Notice of Partial Satisfaction of Judgment | 0.20 | 110.00 |
| 1/16/2026 | Brian H. Pollock Esq. | Draft/revise | Conduct legal and factual research and then draft Response to Defendants' M/Dissolve Writ of Garnishment | 1.50 | 825.00 |
| 1/19/2026 | Brian H. Pollock Esq. | Email with Others (Not Client) | Exchange emails with Ms. Velazquez McKinnon re: her "demand" to have the garnishment withdrawn and/or hold on her count removed | 0.20 | 110.00 |
| 2/12/2026 | Brian H. Pollock Esq. | Draft/revise | Draft letter to Pruitt & Pruitt enclosing the Garnishee's Answer Fee ($100) in Check No. 7355 | 0.20 | 110.00 |
| 2/12/2026 | Brian H. Pollock Esq. | Draft/revise | Draft N/Satisfaction of Garnishee's Answer Fee | 0.20 | 110.00 |
| 2/12/2026 | Brian H. Pollock Esq. | Draft/revise | Calculate remaining amounts owed, conduct research re: apply payments towards interest and then to principal judgment, and draft N/Compliance | 0.80 | 440.00 |
| 2/13/2026 | Brian H. Pollock Esq. | Draft/revise | Draft NOF Supp Authority (Recent Fee Awards) | 0.30 | 165.00 |

**Services Subtotal: 6,193.00**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 9/18/2025 | FairLaw Firm | Service of Process | Service of Writ of Garnishment | 110.00 |
| 12/31/2025 | FairLaw Firm | Garnishee Legal Processing Fee |  | 100.00 |

**Expenses Subtotal: 210.00**

**Notes:**

Payment is due upon receipt.

**Total: 6,403.00**