UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

     Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

     Defendants,

_____/

<u>PLAINTIFF'S NOTICE OF SATISFACTION</u>

Plaintiff, Cruz Valdivieso Figuera, by and through undersigned counsel, hereby files this Notice of Satisfaction and states as follows:

1. On February 12, 2026, Plaintiff filed a Notice of Compliance [ECF No. 258] identifying that the unpaid and outstanding principal ($330.23) and post-judgment interest thereon ($1.60), totaling $331.83, remained due and owing to the Plaintiff.

2. Plaintiff hereby provides notice to the Court that Defendant, Liz Velazquez McKinnon, has tendered payment in the amount of $331.83.

3. Accordingly, the outstanding principal and post-judgment interest identified in ECF No. 258 have been satisfied.

4. This Notice does not act as a waiver or release of Plaintiff's pending motions or requests for additional attorneys' fees and taxable costs incurred since the rendition of the Final Judgment entered September 4, 2024 [ECF No. 182].

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was eFiled with CM/ECF on this 23rd day of February 2026, which will serve all who appeared in this action and by email on Defendant, Liz Velazquec McKinnon, pro se, at liz@allvipcare.com.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
Counsel for Plaintiff