UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-61553-WPD

CRUZ VALDIVIESO FIGUERA,

    Plaintiff,

v.

VIP CARE, INC. AND ALL VIP CARE,
INC., et. al.

    Defendants.

_____/

## ORDER ADOPTING AND APPROVING
## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation (the "Report") [DE 265], issued by Magistrate Judge Patrick M. Hunt on February 24, 2026.

The Report is premised on an agreement between parties—arrived at after two hearings—that the judgment has been paid in full by Defendant Liz Velazquez McKinnon to Plaintiff, Cruz Valdivieso Figuera, and that the underlying garnishment proceedings are therefore moot. *See also* [DE 264] (Plaintiff's notification that Defendant, Liz Velazquez McKinnon, has tendered final payment in the amount of $331.83).

Accordingly, an objections period is unnecessary and the Magistrate Judge's factual findings in the Report [DE 265] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

1

The Court has also conducted a *de novo* review of the Report [DE 265] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 265] is hereby **ADOPTED** and **APPROVED**;
2. Plaintiff's Motion for Final Judgment, [DE 243] is **DENIED AS MOOT**;
3. Defendant's Motion to Dissolve Writ of Garnishment, [DE 251] is **GRANTED**;
4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Hunt

Counsel of record