UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:22-cv-61553-WPD

CRUZ VALDIVIESO FIGUERA,

      Plaintiff/Counter-Defendant,

vs.

ALL VIP CARE, INC. and
LIZ VELAZQUEZ MCKINNON, et al.

      Defendants/Counter Plaintiffs.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as Attorney of Record on behalf of Defendants, **LIZ VELAZQUEZ MCKINNON AND ALL VIP CARE, INC.** in the above-styled cause. The undersigned respectfully requests that copies of all pleadings, notices, correspondence, and communications of any type in this action be furnished to him in accordance with CM/ECF Procedures.

Dated: March 19, 2026                 Respectfully submitted,

                              /s/ Peter M. Hoogerwoerd

                              Peter Michael Hoogerwoerd, Esquire
                              Florida Bar Number 188239
                              E-mail: pmh@rgph.law
                              **REMER, GEORGES-PIERRE &**
                              **HOOGERWOERD, PLLC**
                              2745 Ponce de Leon Blvd
                              Coral Gables, FL 33134
                              Telephone: (305) 416-5000