**EXHIBIT A — Fee Analysis: ECF 233 (Invoice #752)**
**Valdivieso Figuera v. All VIP Care Inc. et al., Case No. 0:22-CV-61553-WPD**
*Brian H. Pollock — Claimed Rate: $650/hr | Court-Approved Rate: $450/hr | Total Claimed: 48.42 hrs ($31,473.00)*

| Date | Description | Category | Claimed Hours | Reasonable Hours | Objection / Basis for Reduction |
|---|---|---|---|---|---|
| 10/2/2024 | Draft email to Ms. Perez requesting she file a Satisfaction of Judgment based on the Verified Agreement and the Court's Order thereon; review her response and refusal to do so by email, and then review her longer email response re: what she contends needs to be resolved before the filing of a satisfaction of judgment | Draft/revise | 0.80 | 0.30 | Excessive for email exchange about satisfaction of judgment; reduced |
| 10/2/2024 | Draft a comprehensive responsive email to Ms. Perez to address, on a point-by-point basis, each of the issues she raised in her email | Draft/revise | 0.50 | 0.20 | Duplicative of prior entry on same date; reduced |
| 10/3/2024 | Receipt and review of email from Ms. Perez re: her refusal to file a Satisfaction of Judgment until the costs judgment to her client is satisfied | Receipt/Review | 0.20 | 0.10 | Routine email; reduced |
| 10/4/2024 | Receipt and review of Notice of Unavailability of counsel for ALL VIP | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 10/17/2024 | Receipt and review of Paperless Order Granting our M/Compel Fact Information Sheets | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 10/31/2024 | Conduct research and then Draft Motion for Final Judgment, proposed Order, and email to Judge Dimitrouleas enclosing same | Draft/revise | 3.20 | 1.50 | Block-billed: combines research, motion drafting, proposed order, and emailing chambers in single entry; reduced |
| 11/1/2024 | Receipt and review of email enclosing letter of objection to Judge Dimitrouleas requesting opportunity to file a response in opposition before issuance of Final Judgment | Receipt/Review | 0.30 | 0.10 | Routine email with attachment; reduced |
| 11/4/2024 | Receipt and review of Order Referring Motion for Default Final Judgment to Magistrate Judge Hunt | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 11/4/2024 | Receipt and review of Order re: email from defense counsel to be disregarded | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 11/11/2024 | Begin to draft motion for sanctions against defense counsel and conduct legal research for same | Draft/revise | 4.60 | 0.00 | Sanctions motion was never filed; 4.60 hours of non-compensable work product that generated no benefit to the litigation |
| 11/13/2024 | Exchange emails with Ms. Perez re: her client's continued attempt to delay and avoid paying me the money she agreed to pay | Email | 0.70 | 0.00 | Settlement negotiation; non-compensable — payment negotiations are ordinary debt collection, not enforcement litigation |
| 11/13/2024 | T/c with Ms. Perez's assistant re: the email she sent about her client's request to delay until January to pay $50,000 only | Teleconference | 0.20 | 0.00 | Settlement negotiation; non-compensable |
| 11/13/2024 | Receipt, review, and analysis of Defendant's Motion for Extension of Time; then, conduct legal research and draft Response in Opposition to their MET and include arguments that included judicial estoppel | Draft/revise | 1.90 | 0.80 | Block-billed but compensable enforcement work; combines review, research, and drafting; reduced |
| 11/13/2024 | Draft, review, and exchange multiple lengthy emails with Ms. Perez re: the requested extension to pay, the outstanding money owed, the failure to resolve same timely, an analysis of why the Defendants are in the current position they find themselves in, and making a final offer to them to resolve the pending issue of nonpayment | Email | 0.80 | 0.00 | Settlement negotiation; non-compensable |
| 11/18/2024 | Conduct legal research and then draft Motion to Show Cause (re: failure to provide Fact Information Sheets with all attachments) | Draft/revise | 1.20 | 0.50 | Block-billed but compensable enforcement motion; reduced |
| 11/18/2024 | Draft Renewed Motion for Writ of Execution with Renewed Writ of Execution | Draft/revise | 0.90 | 0.30 | Form-based motion; excessive for template-driven filing; reduced |
| 11/19/2024 | Receipt and review of Writ of Execution issued (as to both Defendants) | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 11/19/2024 | Receipt and review of Order Referring M/Order to Show Cause | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 11/19/2024 | Receipt and review of email from Ms. Perez requesting add'l time to make payment; then, draft a comprehensive response explaining what led up to this point, the missed deadline by her client, and identifying what has been requested to resolve the pending issues | Email | 0.50 | 0.00 | Settlement negotiation; non-compensable |
| 11/20/2024 | Receipt and review of Paperless Order Granting MET to Respond to M/Default Final Judgment | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 11/27/2024 | T/c from Ms. Perez wherein she again contested that the Order was the equivalent of a final judgment subject to execution, that her client signed under duress, and that her client was not required to file a Satisfaction of Judgment, offered to pay $50k by January 10 (or before), and engaged in further discussions | Teleconference | 0.50 | 0.00 | Settlement negotiation; non-compensable |
| 11/29/2024 | Receipt and review of Response in Opposition re: M/Writ of Execution, Order to Show Cause, Default Judgment, etc. | Receipt/Review | 0.90 | 0.30 | Compensable review of opposition but excessive; reduced |
| 12/2/2024 | Conduct legal research, review file materials (including correspondence), and begin to draft Reply (and Response) re: the pending Motions to address Defendants' conduct in violating the Agreement and Orders | Draft/revise | 4.20 | 1.00 | Reply brief cluster 12/2–12/4: 7.80 hrs total for a single reply in post-judgment enforcement is grossly excessive; reduced to 1.50 total across three entries |
| 12/2/2024 | Receipt and review of email from Ms. Perez that her client will be sending a check of $25,000 towards the $50,000 that remains due and payable | Receipt/Review | 0.10 | 0.00 | Settlement communication; non-compensable |
| 12/3/2024 | Continue to conduct legal research, review file materials (including correspondence), and begin to draft Reply (and Response) re: the pending Motions to address Defendants' conduct in violating the Agreement and Orders | Draft/revise | 3.10 | 0.30 | Reply brief cluster continued; 0.30 of 1.50 total |
| 12/4/2024 | Continue to conduct legal research, review file materials (including correspondence), and continue to draft Reply (and Response) re: the pending Motions; also, compile Exhibits (from emails) for same | Draft/revise | 0.50 | 0.20 | Reply brief cluster continued; 0.20 of 1.50 total |
| 12/19/2024 | Receipt and review of Order to Show Cause to Magistrate Judge | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 12/20/2024 | Receipt and review of Paperless Order Granting extension of time to respond to M/Default | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 1/28/2025 | Receipt and review of Order / Notice of Improper Filing | Receipt/Review | 0.31 | 0.00 | Self-created: this was a court notice about Pollock's own improper filing; non-compensable |
| 1/31/2025 | Receipt and review of the Letter/Correspondence by Ms. McKinnon | Receipt/Review | 0.40 | 0.10 | Excessive for reviewing a letter; reduced |
| 2/14/2025 | Receipt and review of email from Ms. Perez re: her withdrawal from representation | Receipt/Review | 0.20 | 0.10 | Routine; reduced |
| 2/19/2025 | Receipt and review of the M/Withdraw filed by Ms. Perez | Receipt/Review | 0.20 | 0.10 | Routine; reduced |
| 2/20/2025 | Receipt and review of Order Deferring Ruling on M/Withdraw by Ms. Perez | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 2/21/2025 | Receipt and review of N/Compliance and of the enclosed emails | Receipt/Review | 0.30 | 0.10 | Excessive for reviewing notice; reduced |

| Date | Description | Category | Claimed | Reasonable | Notes |
|---|---|---|---|---|---|
| 3/5/2025 | Receipt and review of MET to Retain Counsel | Receipt/Revie | 0.20 | 0.10 | Routine; reduced |
| 3/6/2025 | Receipt and review of Order/Notice of Improper Filing | Receipt/Review | 0.20 | 0.00 | Self-created: second court notice about Pollock's own improper filing; non-compensable |
| 3/6/2025 | Receipt of email from Mr. Gaitan; call him to discuss the potential for resolution and then draft email to him conveying an offer to resolve the remainder of this case | Legal | 0.60 | 0.00 | Settlement negotiation with new defense counsel; non-compensable |
| 3/6/2025 | Receipt and review of Order Granting MET to Retain Counsel | Receipt/Revie | 0.11 | 0.10 | Reasonable (minor rounding) |
| 3/7/2025 | Receipt and review of N/Compliance | Receipt/Revie | 0.10 | 0.10 | Reasonable |
| 3/7/2025 | Exchange emails with Mr. Gaitan further to and in regard to the offer made | Email | 0.20 | 0.00 | Settlement negotiation; non-compensable |
| 3/10/2025 | Exchange emails with Mr. Gaitan re: the terms of the offer conveyed by him and my response to it | Email | 0.50 | 0.00 | Settlement negotiation; non-compensable |
| 3/14/2025 | Receipt and review of Order Granting M/Withdraw by Ms. Perez | Receipt/Revie | 0.10 | 0.10 | Reasonable |
| 3/14/2025 | Receipt and review of N/Appearance by Mr. Hurckes | Receipt/Revie | 0.10 | 0.10 | Reasonable |
| 3/17/2025 | Receipt and review of Amended Order on M/Withdraw | Receipt/Revie | 0.10 | 0.10 | Reasonable |
| 4/24/2025 | Draft N/90 days expiring after reviewing the file for same | Draft/revise | 0.20 | 0.10 | Form notice; 0.20 excessive; reduced |
| 5/28/2025 | Exchange emails with Mr. Hooper, law clerk to Judge Hunt, re: the Court's hearing on the pending motions | Email | 0.20 | 0.10 | Compensable scheduling communication; reduced |
| 6/13/2025 | Receipt and review of Paperless Order setting hearing on Pl's M/Default Judgment, M/Order to Show Cause, M/Writ of Execution | Receipt/Review | 0.10 | 0.10 | Reasonable |
| 7/25/2025 | Begin to prepare for hearing on our Motions (Final Judgment, Show Cause, and Writ of Execution) by compiling motions, responses, and law cited by the parties in preparation for the hearing | Legal | 1.00 | 0.50 | Compensable hearing prep; reduced |
| 7/25/2025 | Exchange emails with defense counsel re: his request to continue the hearing and withdraw, respond with my opposition, and then receipt and review of email from defense counsel enclosing the Motion to Continue and Motion to Withdraw (which he could not file) | Receipt/Review | 0.60 | 0.20 | Block-billed; partially compensable but includes unnecessary opposition to continuance; reduced |
| 7/27/2025 | Draft comprehensive email identifying the chronology of events in the case to Mr. Hooper to address the defense counsel's request to continue the pending hearing and to withdraw from representing the Defendants and review file in preparation for drafting this | Draft/revise | 1.30 | 0.00 | Self-created work: Pollock drafted lengthy chronology email opposing a continuance; non-compensable — 2.20 hrs across two entries on 7/27 for email correspondence opposing a request for continuance |
| 7/27/2025 | Receipt of email from defense counsel requesting to postpone the hearing and then review the file to draft a comprehensive response that identifies the filings at issue, the numerous attorneys who have appeared for the Defendants in this case, and to oppose a continuance and withdrawal | Email | 0.90 | 0.00 | Duplicative of prior entry; same opposition to continuance; non-compensable |
| 7/28/2025 | Continued preparation for and then attendance at the hearing on our Motions (for Default Final Judgment, Show Cause, and Writ of Execution) | Attendance | 1.40 | 0.80 | Compensable hearing attendance; reduced for prep overlap with 7/25 entry |
| 7/28/2025 | Begin to conduct additional research and to draft the proposed Order (final judgment following today's hearing) as requested by Magistrate Judge Hunt | Draft/revise | 2.70 | 0.50 | Proposed order cluster 7/28–29: 3.40 hrs total for a proposed order is excessive; reduced to 0.50 total |
| 7/28/2025 | Receipt and review of Defense Counsel's M/Continuance and M/Withdraw | Receipt/Review | 0.30 | 0.10 | Already reviewed on 7/25; duplicative; reduced |
| 7/29/2025 | Continue to revise and then finalize the proposed Order reflecting the rulings at yesterday's hearing and then draft email to Magistrate Judge Hunt re: and enclosing same | Draft/revise | 0.70 | 0.00 | Included in 7/28 proposed order reduction; non-compensable separately |
| 7/31/2025 | Receipt of email of Order deferring ruling on M/Withdraw | Receipt/Revie | 0.10 | 0.10 | Reasonable |
| 8/1/2025 | Receipt and review of the Report and Recommendation (following breach of Verified Agreement) | Receipt/Review | 0.70 | 0.20 | R&R review; excessive at 0.70; reduced |
| 8/11/2025 | Begin to objection to R&R | Draft/revise | 1.10 | 0.00 | R&R objection cluster 8/11–12: 4.00 hrs for objections that were entirely overruled by the Court; capped at 1.00 total — 0.00 for this entry |
| 8/11/2025 | Conduct legal research and then revise the draft of the Objection to the R&R | Draft/revise | 1.40 | 0.50 | R&R objection cluster; 0.50 of 1.00 total |
| 8/12/2025 | Further Revise Objection to R&R to align better with our argument - saved as v2 | Draft/revise | 0.70 | 0.30 | R&R objection cluster; 0.30 of 1.00 total |
| 8/12/2025 | Conduct add'l legal research and further revise and then finalize our Objection to the R&R | Draft/revise | 0.80 | 0.20 | R&R objection cluster; 0.20 of 1.00 total |
| 8/21/2025 | Receipt and review of Order Denying Def Counsel's M/Withdraw | Receipt/Revie | 0.20 | 0.10 | Routine; reduced |
| 8/22/2025 | PAPERLESS ORDER denying Motion to Continue Hearing | Receipt/Revie | 0.10 | 0.10 | Reasonable |
| 9/2/2025 | Receipt and review of Order Adopting Report and Recommendations and Overruling Objections | Receipt/Review | 0.30 | 0.10 | Routine order review; objections were overruled; reduced |
| 9/2/2025 | Receipt and review of Final Judgment for Fees | Receipt/Revie | 0.10 | 0.10 | Reasonable |
| 9/11/2025 | Draft second Motion for Writ of Garnishment and proposed Writ of Garnishment (to reflect adjustments in amount of remaining award for recent Final Judgment entered by the Court) | Draft/revise | 0.60 | 0.20 | Partially form-based; reduced |
| 9/11/2025 | Begin to draft and conduct legal/factual research for Motion for Fees Following Final Judgment (due to Defendants' breaches of the Settlement Agreement) | Draft/revise | 1.30 | 0.50 | Compensable fee motion drafting; reduced for block billing |
| 9/15/2025 | Continue to conduct legal research and then online research re: CPI and inflation for use in our M/Supplemental or Additional Fees and further revise it | Draft/revise | 1.40 | 0.80 | Compensable but includes CPI/inflation research for unsupported $650 rate increase; reduced |
| 9/16/2025 | Further revise and then finalize the M/Fees | Draft/revise | 0.50 | 0.30 | Compensable; slightly reduced |
| **TOTALS** | | | **48.42** | **13.50** | |

**Claimed Hours:** 48.42

**Reasonable Hours:** 13.50

**Reduction:** 72.1%