**EXHIBIT B — Fee Analysis: ECF 261 (Invoice #807)**
**Valdivieso Figuera v. All VIP Care Inc. et al., Case No. 0:22-CV-61553-WPD**
*Brian H. Pollock ($550/hr) + Steffany Sanguino ($165/hr) | Court-Approved Rate: $450/hr | Total Claimed: 11.40 hrs ($6,193.00 services)*

| Date | Description | Category | Claimed Hours | Reasonable Hours | Objection / Basis for Reduction |
|---|---|---|---|---|---|
| 9/17/2025 | Receipt and review of Order Denying M/Writ of Garnishment as premature; then, revise M/Writ of Garnishment due to the expiration of the required 14 days | Legal | 0.30 | 0.10 | Form notice/revision; reduced |
| 9/17/2025 | Draft (renewed) M/Writ of Garnishment and proposed Writ of Garnishment | Draft/revise | 0.30 | 0.20 | Largely form-based renewal; reduced |
| 9/19/2025 | Receipt and review of Answer by Garnishee | Receipt/Review | 0.20 | 0.10 | Routine review; reduced |
| 9/22/2025 | Draft Notice of Noncompliance (No Fact Info Sheet's Received) | Draft/revise | 0.30 | 0.10 | Form notice; reduced |
| 9/25/2025 | Draft Notice re: Garnishment and Answer by Garnishee | Draft/revise | 0.30 | 0.10 | Form notice; reduced |
| 10/20/2025 | Draft Renewed Motion to Show Cause against Defendants re: failure to provide completed fact information sheets | Draft/revise | 0.70 | 0.30 | Compensable enforcement motion; reduced |
| 10/20/2025 | Draft Plaintiff's Motion for Final Judgment against Garnishee and proposed Final Judgment; then, draft email to Judge Dimitrouleas enclosing the proposed Final Judgment for entry | Draft/revise | 0.80 | 0.40 | Block-billed: combines motion, proposed judgment, and email to chambers; reduced |
| 11/13/2025 | Prepare for and attend hearing on M/Show Cause and M/Default vs. Garnishee | Attendance | 0.50 | 0.40 | Compensable hearing attendance; slightly reduced |
| 12/9/2025 | Review file and then attend hearing on our M/Show Cause | Attendance | 0.40 | 0.30 | Compensable hearing attendance; slightly reduced |

| 12/15/2025 | Receipt of email from Ms. McKinnon re: her intention to pay the fee judgment; then, call The Florida Bar for guidance to then conduct research and draft a Motion requesting the Court's permission to contact Ms. McKinnon and compile exhibits for it; also, respond to Ms. McKinnon by email | Draft/revise | 1.80 | 0.80 | Most egregious block billing in either invoice: six discrete tasks in single 1.80-hour entry; Florida Bar ethics call is attorney's own compliance overhead, not a litigation expense properly shifted to adversary; reduced |
| 12/15/2025 | Draft Motion to Address Defense Counsel's Status | Draft/revise | 0.30 | 0.20 | Compensable; slightly reduced |
| 12/22/2025 | [Sanguino, Paralegal] I got a call from the courthouse regarding our motion addressing counsel's status. The clerk wanted to know if the motion is to moot the contempt motion. I was unable to answer, so they said they would email BP directly. | Paralegal | 0.20 | 0.00 | Non-compensable: paralegal could not answer the question; no value generated; entry documents inability to assist |
| 12/29/2025 | Receipt and review of Order Denying the Motion for Permission as Moot | Receipt/Review | 0.20 | 0.10 | Routine; reduced |
| 12/29/2025 | Draft email to Ms. McKinnon re: the Court's Order, pending motion for fees, and to convey a settlement demand and enclose related materials | Draft/revise | 0.70 | 0.00 | Settlement negotiation; non-compensable — conveying settlement demand is not enforcement litigation |
| 1/5/2026 | Receipt and review of Defendant's Pro Se Motion to Dissolve Writ of Garnishment | Receipt/Review | 0.20 | 0.10 | Routine; reduced |
| 1/5/2026 | Draft proposed Agreed Final Judgment Against Garnishee and the Partial Satisfaction of Judgment; then, exchange emails with Ms. McKinnon re: resolving the Final Judgment for Fees issues 9.2.25 and the partial satisfaction | Draft/revise | 0.80 | 0.50 | Block-billed; includes settlement emails with McKinnon; reduced |
| 1/5/2026 | Draft Notice of Partial Satisfaction of Judgment | Draft/revise | 0.20 | 0.00 | Clerical: one-line satisfaction notice at $550/hr; non-compensable at attorney rate |

| 1/16/2026 | Conduct legal and factual research and then draft Response to Defendants' M/Dissolve Writ of Garnishment | Draft/revise | 1.50 | 0.70 | Compensable but excessive for response to pro se motion; reduced |
|---|---|---|---|---|---|
| 1/19/2026 | Exchange emails with Ms. Velazquez McKinnon re: her 'demand' to have the garnishment withdrawn and/or hold on her count removed | Email | 0.20 | 0.00 | Direct communication with represented party; questionable under no-contact rule; non-compensable |
| 2/12/2026 | Draft letter to Pruitt & Pruitt enclosing the Garnishee's Answer Fee ($100) in Check No. 7355 | Draft/revise | 0.20 | 0.00 | Clerical: cover letter enclosing $100 check at $550/hr; non-compensable at attorney rate |
| 2/12/2026 | Draft N/Satisfaction of Garnishee's Answer Fee | Draft/revise | 0.20 | 0.00 | Clerical: form notice at $550/hr; non-compensable at attorney rate |
| 2/12/2026 | Calculate remaining amounts owed, conduct research re: apply payments towards interest and then to principal judgment, and draft N/Compliance | Draft/revise | 0.80 | 0.50 | Block-billed but partially compensable calculation work; reduced |
| 2/13/2026 | Draft NOF Supp Authority (Recent Fee Awards) | Draft/revise | 0.30 | 0.10 | Largely form filing; reduced |
| **TOTALS** | | | **11.40** | **5.00** | |

**Claimed Hours:** 11.40

**Reasonable Hours:** 5.00

**Reduction:** 56.1%