UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61553-DIMITROULEAS/HUNT

CRUZ VALDIVIESO FIGUERA,

      Plaintiff,

vs.

ALL VIP CARE INC. AND LIZ
VELAZQUEZ MCKINNON,

      Defendants.

_____/

## SATISFACTION OF JUDGMENT [ECF NO. 274]

Plaintiff, Cruz Valdivieso Figuera, pursuant to Federal Rules of Civil Procedure, files and submits this Partial Satisfaction of Judgment, and states as follows in support thereof:

1. The Court entered an Order Adopting Report of Magistrate Judge awarding $16,752.00 (for attorney's fees and costs) on May 18, 2026 [ECF No. 274].

2. Plaintiff, Cruz Valdivieso Figuera, acknowledges payment/receipt of $16,752.00 in satisfaction of the award [ECF No. 274].

Dated this 8th day of June 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*